Fill in this information to identify the case:

Debtor name: **J. Levine Auction & Appraisal LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:19-bk-02843**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 650448 Dallas, TX 75265 | | Credit card purchases | | | | $57,242.87 |
| Andy Bell 39750 N Linda Dr Cave Creek, AZ 85331 | | Consignment Proceeds | | | | $18,953.55 |
| Arizona Dept of Revenue PO Box 29079 Phoenix, AZ 85038 | | Taxes | | | | $31,371.39 |
| Barbara Luther 1855 W Wickenberg Way #139 Wickenburg, AZ 85390 | | Consignment Proceeds | | | | $23,014.90 |
| BVA Technology Services 7201 E Camelback Rd #240 Scottsdale, AZ 85251 | | Consginment Proceeds | | | | $18,542.00 |
| Chase Ink PO Box 6294 Carol Stream, IL 60197 | | Credit card purchases | | | | $16,997.47 |
| Danielle Rovinsky 6317 N. 10th Pl Phoenix, AZ 85014 | | Consignment Services | | | | $27,139.40 |
| David Blumberg Empire Wholesale Jewelry 5016 Chesebro Rd Suite 102 Agoura Hills, CA 91301 | | Consignment Proceeds | | | | $19,252.90 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Donovan's Steak & Chop House Attn: Aaron Selles 5315 Avenida Encinas, Ste 250 Carlsbad, CA 92008 | Aaron Selles | | | | | $39,765.05 |
| Doug Crandall 8307 E Kiem Dr Scottsdale, AZ 85250 | | Consignment Proceeds | | | | $13,008.95 |
| Fred Shaulis 2402 E Esplanade Lane Apt 1203 Phoenix, AZ 85016 | | Consignment Proceeds | | | | $18,494.35 |
| Gaylen Brotherson 12002 N Hayden Rd Scottsdale, AZ 85260 | | Consignment Proceeds | | | | $16,118.25 |
| George McNeil 10187 E Bayview Dr Scottsdale, AZ 85258 | | Consignment Proceeds | | | | $80,000.00 |
| Joanne Kwan Trust c/o Childers & Coventry 17215 N. 72nd Dr. Suite B110 Glendale, AZ 85308 | | Consignment Services | | | | $25,000.00 |
| John Trump 2089 Platt Cline AZ 86005 | | Consignment Proceeds | | | | $95,351.41 |
| Larry Webster 7904 E Chaparral RD, STE A110 Scottsdale, AZ 85250 | | Consignment Proceeds | | | | $19,770.23 |
| Relentless Accountability 18841 N 94th Way Scottsdale, AZ 85255 | | Consignment Services | | | | $28,749.39 |
| Sima Madison 7351 E. Speedway Blvd. , APT # : 21 H Tucson, AZ 85710 | | Consignment Proceeds | | | | $135,800.70 |
| US Bank P.O. Box 790179 Saint Louis, MO 63179 | | Credit card purchases | | | | $24,973.85 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Bank**<br>**P.O. Box 790179**<br>**Saint Louis, MO 63179** | | **Credit card purchases** | | | | $11,787.09 |