Wesley D. Ray, Esq. (SBN 026351)
Wesley.Ray@SacksTierney.com
Michael Galen, Esq. (SBN 035044)
Michael.Galen@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*


Wesley D. Ray, Esq. (SBN 026351)
Wesley.Ray@SacksTierney.com
Michael Galen, Esq. (SBN 035044)
Michael.Galen@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>J. LEVINE AUCTION<br>& APPRAISAL LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:19-bk-02843-SHG<br><br>**DECLARATION PURSUANT TO BANKRUPTCY RULE 2016 BY PROPOSED ATTORNEYS FOR THE DEBTOR** |

The undersigned attorney does hereby declare, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure that:

1. The compensation paid or promised to Sacks Tierney P.A. ("Sacks Tierney") for services rendered or to be rendered in connection with the above-captioned bankruptcy case is as follows:

    a) Sacks Tierney received a retainer in the amount of $35,000 in connection with these bankruptcy proceedings.

    b) This retainer was comprised of $7,698.84 remaining on deposit with Sacks Tierney, in connection with its prepetition engagement, and a supplemental payment from the Debtor in the amount of $27,301.16.

    c) Prior to filing the Debtor's petition, Sacks Tierney offset the retainer against prepetition fees and costs incurred in connection with these bankruptcy proceedings in the amount of $11,035.50.

2. The debtor in the above-captioned case has agreed to pay Sacks Tierney at the firm's standard hourly rates, which currently range from $150 to $525 per hour.

3. The source of the retainer received, and the compensation to be received, by Sacks Tierney in connection with these bankruptcy proceedings is the Debtor.

4. Neither Sacks Tierney nor the declarant have agreed to share such compensation with any other person.

DATED: March 15, 2015

SACKS TIERNEY P.A.

By: /s/ Wesley D. Ray
Wesley D. Ray
Michael Galen
*Proposed Attorneys for the Debtor*