Debtor name    **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-02843-SHG**

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 29, 2019__      X __/s/ Joshua Levine__
                                               Signature of individual signing on behalf of debtor

                                               __Joshua Levine__
                                               Printed name

                                               __Sole Member__
                                               Position or relationship to debtor

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.........................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.....................................................................................    $      **391,756.84**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.......................................................................................    $      **391,756.84**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **3,809,346.79**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **82,920.36**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **1,723,002.74**

4.    Total liabilities ...............................................................................................................
     Lines 2 + 3a + 3b      | $      **5,615,269.89** |

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Business Checking** | **8721** | $0.00 |
| 3.2. | **Sunflower Bank** | **Business Checking** | **2517** | $49,672.79 |
| 3.3. | **Comerica Bank** | **Business Savings** | **3381** | $475.06 |
| 3.4. | **PayPal Account** | | **1070** | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Escrow** | **4460** | $50.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $50,197.85 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Security Deposit for lease of 951 W. Watkins Rd, Phoenix, AZ 85007**        $37,215.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**        $37,215.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:        **6,027.42**    -        **0.00**    =....        $6,027.42
face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**        $6,027.42
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Inventory** | | $0.00 | | $53,550.00 |

22.    **Other inventory or supplies**

23.   **Total of Part 5.**                                                          | $53,550.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** <br> Office furniture, fixtures, and equipment. | $0.00 | | $207,766.57 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | $207,766.57 |

Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Ford Cargo Van** | **Unknown** | **Kelley Blue Book** | **$17,500.00** |
| 47.2. **2015 Ford Cargo Van** | **Unknown** | **Kelley Blue Book** | **$19,500.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Equipment leased from Navitas Credit<br>Corporation** | **Unknown** | | **Unknown** |

**51.** **Total of Part 8.**                                                                    **$37,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease of property<br>located at 951 W.<br>Watkins Rd, Phoenix,<br>AZ 85007** | | **Unknown** | | **Unknown** |

**56.** **Total of Part 9.**                                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property**<br>**J. Levine Auction & Appraisal LLC cell phone application** | Unknown | | Unknown |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

|  | $0.00 |
|---|---|

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**

Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       **Acuity represented by Premier Southwest Insurance**
       **Group**
       **- Property , General Liability, Automobile, Excess**
       **Liablilty, Employee Benefits Liability,**
       **Employment-Related Practices Liability**                                    **$0.00**

---

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**
       **J Levine Auction & Appraisal LLC et al. v. Promo 360**
       **LLC, et al.**
       **Case No. CV2015-055426 - Maricopa County Superior**
       **Court**                                                                   **Unknown**

| Nature of claim | Judgment in favor of Debtor |
|---|---|
| Amount requested | $0.00 |

---

       **J. Levine Auction & Appraisal, LLC v. Michael**
       **Connernan and Jane Doe Connernan**
       **Case No. CV2012-053808 - Maricopa County Superior**
       **Court**                                                                   **Unknown**

| Nature of claim | Judgment in favor of Debtor |
|---|---|
| Amount requested | $0.00 |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,197.85** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$37,215.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$6,027.42** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$53,550.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$207,766.57** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$37,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$391,756.84** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          **$391,756.84**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name    **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-02843-SHG**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Arcarius/ Velocity Capital Group** | | $150,000.40 | $6,027.42 |
| --- | --- | --- | --- | --- |

**Arcarius/ Velocity Capital Group**
Creditor's Name

**91 Carmon Ave**
**Cedarhurst, NY 11516**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**7/13/18**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Arcarius/ Velocity Capital Group**
**2. BNC Bank**
**3. Green Capital Funding, LLC**
**4. Headway Capital**
**5. Kabbage**
**6. Kalamata Capital Group/ Kings Cash Group**
**7. Kash Capital**
**8. Nawaz A Qureshi & Kelly S. Lowery**
**9. PayPal/ LoanBuilder/ Swift Capital**
**10. Region Capital**
**11. Second Wind Enterprises, LLC**

**Describe debtor's property that is subject to a lien**
**Over 90 days old: Accounts Receivable/ inventory**

**Describe the lien**
**Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **BNC Bank** | Describe debtor's property that is subject to a lien | $245,822.53 | $6,027.42 |
| --- | --- | --- | --- | --- |

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document    Page 10 of 111

Creditor's Name

**Over 90 days old: Accounts Receivable/ Inventory/ Equipment, Instruments and Chattel Paper/ General Intangibles/ Documents**

**20175 N 67th Avenue**
**Glendale, AZ 85308**

Creditor's mailing address

Describe the lien
**Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2/6/13**

Last 4 digits of account number
**9702**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Ford Credit** | Describe debtor's property that is subject to a lien | $8,950.00 | $19,500.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford Cargo Van**

**PO Box 790093**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**2428**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Ford Credit** | Describe debtor's property that is subject to a lien | $5,061.04 | $17,500.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford Cargo Van**

**PO Box 790093**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**2301**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Green Capital Funding, LLC** | | | $90,000.00 | $6,027.42 |
|-----|-------------------------------|---|---|-----------|-----------|

| | | | |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| **116 Nassau Street, Suite 804** | **Over 90 days old: Accounts Receivable/ inventory** | | |
| **New York, NY 10038** | | | |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Loan** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **10/16/18** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **3052** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **Specified on line 2.1** | ■ Disputed | | |

---

| 2.6 | **Headway Capital** | | | $22,289.33 | $6,027.42 |
|-----|---------------------|---|---|-----------|-----------|

| | | | |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| **175 W. Jackson Blvd, Ste 1000** | **Over 90 days old: Accounts Receivable/ inventory** | | |
| **Chicago, IL 60604** | | | |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Line of Credit** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **4/3/18** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **6418** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **Specified on line 2.1** | ■ Disputed | | |

---

| 2.7 | **Kabbage** | | | $90,054.13 | $6,027.42 |
|-----|-------------|---|---|-----------|-----------|

| | |
|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** |
| **925B Peachtree Street NE, Ste 1688** | **Over 90 days old: Accounts Receivable/ inventory** |
| **Atlanta, GA 30309** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Loan** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document          Page 12 of 111

Creditor's email address, if known

**Date debt was incurred**
**11/26/18**
**Last 4 digits of account number**
**7463**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Kalamata Capital Group/ Kings Cash Group** | | $156,056.84 | $6,027.42 |

Creditor's Name

**c/o Berkovitch & Bouskila, PLLC**
**1330 6th Ave Suite 600B**
**New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/21/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Over 90 days old: Accounts Receivable/ inventory**

Describe the lien
**Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Kash Capital** | | $90,000.00 | $6,027.42 |

Creditor's Name

**1022 Avenue M**
**Brooklyn, NY 11230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/23/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Over 90 days old: Accounts Receivable/ inventory**

Describe the lien
**Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.1**

---

| 2.1 0 | **Navitas Credit Corporation** | Describe debtor's property that is subject to a lien | $32,781.37 | $196,638.98 |
|---|---|---|---|---|

Creditor's Name

**201 Executive Center Drive,
Suite 100
Columbia, SC 29210**

Creditor's mailing address

**Equipment**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
6052**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Nawaz A Qureshi & Kelly S. Lowery** | Describe debtor's property that is subject to a lien | $2,190,942.43 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**PO Box 13018
Las Vegas, NV 89112**

Creditor's mailing address

**Over 90 days old: Accounts Receivable/
inventory**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/15/18**

**Last 4 digits of account number
7904**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.1 2 | **PayPal/ LoanBuilder/ Swift Capital** | Describe debtor's property that is subject to a lien | $50,178.72 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**3505 Silverside Road
Wilmington, DE 19810**

Creditor's mailing address

**Over 90 days old: Accounts Receivable/
inventory**

**Describe the lien**

**Loan**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**10/18/18** | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 3 | **Region Capital** | Describe debtor's property that is subject to a lien | $127,210.00 | $6,027.42 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**323 Sunny Isles Blvd Suite 501**<br>**Sunny Isles, FL 33160**<br>Creditor's mailing address | **Over 90 days old: Accounts Receivable/ inventory**<br><br>Describe the lien<br>**Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**11/2/18** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 4 | **Second Wind Enterprises, LLC** | Describe debtor's property that is subject to a lien | $550,000.00 | $6,027.42 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**Attn: Ray Dankel**<br>**8110 E. Del Tiburon Drive**<br>**Scottsdale, AZ 85258**<br>Creditor's mailing address | **Over 90 days old: Accounts Receivable/ inventory/ Equipment/ Fixtures, etc.**<br><br>Describe the lien<br>**Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,809,346.79 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ford Motor Credit**<br>**c/o Buchalter - Attn: Nancy K. Swift**<br>**16435 North Scottsdale Road, Suite 440**<br>**Scottsdale, AZ 85254** | Line **2.3** | |
| **Kalamata Capital Group**<br>**80 Broad Street, 12th Floor**<br>**New York, NY 10004** | Line **2.8** | |
| **Second Wind Ent. c/o Quarles & Brady**<br>**Renaissance one**<br>**Two North Central Ave**<br>**Phoenix, AZ 85004** | Line **2.14** | |
| **Velocity Capital Group c/o Thomas Frank**<br>**The Law Offices of Mark J. Friedman PC**<br>**66 Split Rock Road**<br>**Syosset, NY 11791** | Line **2.1** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:19-bk-02843-SHG**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Dept of Revenue**<br>**PO Box 29079**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,080.52 | $75,080.52 |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of Scottsdale**<br>**3939 N. Drinkwater Blvd.**<br>**Scottsdale, AZ 85251** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,972.19 | $1,972.19 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document        Page 17 of 111

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,625.00 | $3,625.00 |
|---|---|---|---|---|

**Gregg Granger**
**951 W. Watkins Road**
**Phoenix, AZ 85007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.65 | $2,242.65 |
|---|---|---|---|---|

**Josh Levine**
**4362 E. Ludlow Dr.**
**Phoenix, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages; $1250; $Commsions: $717.90;**
**Healthcare Contribution: $274.75**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,565.25 |
|---|---|---|---|

**Acuity Insurance Co**
**2800 S Taylor Dr**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Insurance services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,734.65 |
|---|---|---|---|

**Alan Nichals**
**6000 N Canon Del Pajaro**
**Tucson, AZ 85750**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,337.64 |
|---|---|---|---|

**Alfredo Molina**
**3134 E. Camelback Rd.**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.64 |
|---|---|---|---|

**Alfredo Salas**
**1546 E Fountain St**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,122.90 |
|---|---|---|---|

**Ali Zarrin**
**9457 S. University Blvd. #174**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.70 |
|---|---|---|---|

**Allan Bernstein**
**190 Morgan Rd.**
**Sedona, AZ 86776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,242.87 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3805__

Basis for the claim: __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express (Costco)**
**P.O. Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,431.00 |
|---|---|---|---|

**AmTrust**
**PO Box 6939**
**Cleveland, OH 44101-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,675.50 |
|---|---|---|---|

**Amy Oroshnik**
**4848 N Goldwater Blvd #2046**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.15 |

**Andera Hernandez**
**4822 S 40th St**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |

**Andrew Goldstein**
**23822 N 85th St**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,556.80 |

**Andrew Piotrowski**
**10643 N Frank Lloyd Wright, Suite 202**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,953.55 |

**Andy Bell**
**39750 N Linda Dr**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.25 |

**Angelique Berry**
**11 Glen St**
**Maiden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.40 |

**Anna Hall**
**834 E Marconi Av**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.75 |

**Anne Wendell**
**4525 N. 66th Street Unit 34**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $955.15 |
|---|---|---|---|

**Annette Schultise**
**2550 S. San Tan Village Pkwy. Apt. 4046**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $454.00 |
|---|---|---|---|

**Anthony Kesman**
**1305 W White Wood Dr**
**Sun City, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,335.76 |
|---|---|---|---|

**APS**
**PO Box 2906**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.75 |
|---|---|---|---|

**Arthur Sheppard**
**7920 E. Camelback Rd.**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $138.50 |
|---|---|---|---|

**Asha Sethi**
**5028 N. Scottsdale Road**
**Scottsdale, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,287.00 |
|---|---|---|---|

**Audrey Hanks**
**Cecilia Buse Trust 14022 N. Bolivar Dr.**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,263.60 |
|---|---|---|---|

**AZ Elevator Solutions**
**208 South River Drive**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
| --- | --- | --- | --- |
| | **Barbara  Graham**<br>**7878 E. Gainey Ranch Road #52**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.25 |
| --- | --- | --- | --- |
| | **Barbara  Mark-Dreyfuss**<br>**12638 N. 78th Street**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.35 |
| --- | --- | --- | --- |
| | **Barbara Downs**<br>**18012 N. 56th Ln.**<br>**Glendale, AZ 85308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,014.90 |
| --- | --- | --- | --- |
| | **Barbara Luther**<br>**1855 W Wickenberg Way  #139**<br>**Wickenburg, AZ 85390** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
| --- | --- | --- | --- |
| | **Benito Gatica**<br>**824 E. Cambridge St.**<br>**Phoenix, AZ 85006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.10 |
| --- | --- | --- | --- |
| | **Betty  Treder**<br>**530 E. HUnt Hwy  STE 103-481**<br>**San Tan Valley, AZ 85143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.25 |
| --- | --- | --- | --- |
| | **Bill Combs**<br>**1933 Savanna Way**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document     Page 22 of 111

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.10 |
|---|---|---|---|

**Bill Fisher**
**725 W Smoke Tree Rd**
**Gilbet, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.93 |
|---|---|---|---|

**Blake Staffer**
**7616 E. Mary Sharon Dr.**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.60 |
|---|---|---|---|

**Bob  Golay**
**2418 S Buttercup**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.75 |
|---|---|---|---|

**Bob Saegert**
**7336 E Ironwood Ct**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.20 |
|---|---|---|---|

**Brenda Kirby**
**639 E Charlevoix AV**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |
|---|---|---|---|

**Brent Gibson**
**3022 E. Bloomfield Rd.**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,939.90 |
|---|---|---|---|

**Brian  Bell**
**10390 E. Lakeview Drive #202**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document        Page 23 of 111

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Brumfield Family Trust**
**Attn: Tim Brumfield**
**2108 W. Palomino Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2018

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,542.00** |
|---|---|---|---|

**BVA Technology Services**
**7201 E Camelback Rd #240**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189.30** |
|---|---|---|---|

**C. N. Spike Flanders**
**808 C Street**
**Silver City, NM 88061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,688.59** |
|---|---|---|---|

**Capital One**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  9476

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,188.00** |
|---|---|---|---|

**Carl Scates**
**4246 N. Scottsdale Rd.**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$782.60** |
|---|---|---|---|

**Carol Hitchcock**
**PO BOX 1524**
**Cave Creek, AZ 85327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$595.90** |
|---|---|---|---|

**Carol Miller**
**5330 N Central Av**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document    Page 24 of 111

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.70** |
|---|---|---|---|
| | **Caroline Sitler** | ☐ Contingent | |
| | **1501 W Sequoia Drive** | ☐ Unliquidated | |
| | **Phoenix, AZ 85027** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Consignment Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.50** |
|---|---|---|---|
| | **Cassie Martin** | ☐ Contingent | |
| | **2275 E. Scenic St.** | ☐ Unliquidated | |
| | **Apache Junction, AZ 85119** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Consignment Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.30** |
|---|---|---|---|
| | **Cathy Poulos** | ☐ Contingent | |
| | **9484 E. Adobe Dr.** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85255** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Consignment Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.00** |
|---|---|---|---|
| | **Century Link** | ☐ Contingent | |
| | **PO Box 91155** | ☐ Unliquidated | |
| | **Seattle, WA 98111** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Utility__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,279.00** |
|---|---|---|---|
| | **CenturyLink** | ☐ Contingent | |
| | **Business Services PO Box 52187** | ☐ Unliquidated | |
| | **Phoenix, AZ 85072-2187** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Utility__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$658.60** |
|---|---|---|---|
| | **Chad Lakridis** | ☐ Contingent | |
| | **8175 E Evans Road  #12277** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85267** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Consignment Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,291.55** |
|---|---|---|---|
| | **Chana Tiechtel** | ☐ Contingent | |
| | **1246 W 10th St** | ☐ Unliquidated | |
| | **Tempe, AZ 85281** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | Basis for the claim: __Consignment Contract__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document    Page 25 of 111

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.49 |
|---|---|---|---|

**Charles P. Joyce**
**2971 RT 417 E PO Box 330**
**Wellsville, NY 14895**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.00 |
|---|---|---|---|

**Charles Pshaenich**
**28585 N. 114th St.**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Disney**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.04 |
|---|---|---|---|

**Chase Freedom**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,997.47 |
|---|---|---|---|

**Chase Ink**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **1053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,959.33 |
|---|---|---|---|

**Chase Kookoo Toys**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,535.10 |
|---|---|---|---|

**Cheryl Schneider**
**14955 W. Crenshaw Drive**
**Goodyear, AZ 85395**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Christina Nielsen**
**668 Cedar St**
**Central Point, OR 97502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$487.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Cindy Richmond**
**4319 N. 29th Street**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,065.35**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Cindy Beaudry**
**7671 E. Pleasant Run**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$316.40**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Citi Business**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number __2071__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

**$2,889.10**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Citi Business Card**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number __2460__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

**$11,313.64**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**CitiBank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number __3225__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

**$2,436.62**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**City of Phoenix**
**200 W. Washington Street**
**Phoenix, AZ 85003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Is the claim subject to offset? ■ No ☐ Yes

**$1,156.17**

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,430.40 |
| --- | --- | --- | --- |

**Colleen Guhin**
13828 N 28th Pl
Phoenix, AZ 85032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,621.00 |
| --- | --- | --- | --- |

**Colling Media, LLC**
14362 N. Frank Lloyd Wright Blvd Ste. 12
Scottsdale, AZ 85260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,276.99 |
| --- | --- | --- | --- |

**Comerica Master Card**
PO Box 71203
Philadelphia, PA 19176

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0176**

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.80 |
| --- | --- | --- | --- |

**Cuauhtemoc Rendon**
2601 N. 50th Ave.
Phoenix, AZ 85035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.06 |
| --- | --- | --- | --- |

**Cybertech Designs LLC**
305 South Rockford
Tempe, AZ 85281

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.70 |
| --- | --- | --- | --- |

**Cyndi Ray**
7125 S Howard Av, #442
Tampa, FL 33606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
| --- | --- | --- | --- |

**Cynthia Tyler**
205 Casa De Corte Via
Sedona, AZ 86351

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.70 |
|---|---|---|---|

**Dale Johnson**
**7551 E Kael Cirle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.50 |
|---|---|---|---|

**Dale Koehn**
**1107 S. 53rd Pl.**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.40 |
|---|---|---|---|

**Dan Andris**
**900 S. Canal Dr. #105**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.50 |
|---|---|---|---|

**Daniel Milligan**
**1405 S Newberry Ln #A**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,139.40 |
|---|---|---|---|

**Danielle Rovinsky**
**6317 N. 10th Pl**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Darren  Lomay**
**1202 E. Meadow Lane**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.40 |
|---|---|---|---|

**Darrin Salvemini**
**3265 S Holly Ct**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.25 |
|---|---|---|---|

**Dave Brown**
2702 W. Yorkshire #1024
Phoenix, AZ 85027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.70 |
|---|---|---|---|

**David Roach**
19109 N. 78th Lane
Glendale, AZ 85308

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,252.90 |
|---|---|---|---|

**David Blumberg**
Empire Wholesale Jewelry
5016 Chesebro Rd Suite 102
Agoura Hills, CA 91301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,269.00 |
|---|---|---|---|

**David Brown**
8210 Aspen Glen Lane
Flagstaff, AZ 86004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.90 |
|---|---|---|---|

**David Reimold**
2626 E AZ Biltmore Cir, #1
Phoenix, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.80 |
|---|---|---|---|

**Dawn Birenbaum**
1709 W. Sherman Street Apt 1
Phoenix, AZ 85007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.05 |
|---|---|---|---|

**Dean Hall**
8637 N. 84th St.
Scottsdale, AZ 85258

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.20 |
|---|---|---|---|

**3.88**

Nonpriority creditor's name and mailing address

**Debbie Shook**
**1179 E. Goldcrest Street**
**Gilbert, AZ 85297**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$481.20**

---

**3.89**

Nonpriority creditor's name and mailing address

**Debbie Forde**
**4725 W Mayo Blvd**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,479.40**

---

**3.90**

Nonpriority creditor's name and mailing address

**Debbie Meier**
**1169 E Sunset Drive**
**Casa Grande, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$86.65**

---

**3.91**

Nonpriority creditor's name and mailing address

**Debbie Mueldener**
**9986 W Blue Sky Drive**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$93.25**

---

**3.92**

Nonpriority creditor's name and mailing address

**Deborah Davis**
**1024 East Palo Verde Drive**
**Phoenix, AZ 85014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$105.40**

---

**3.93**

Nonpriority creditor's name and mailing address

**Deborah Kray**
**4820 W Elecktra Lane**
**Glendale, AZ 85310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$89.25**

---

**3.94**

Nonpriority creditor's name and mailing address

**Deborah Ratkovic**
**36050 N 61st Street**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

**$14.30**

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.10 |
|---|---|---|---|

**Dennis Bourgeois**
**1301 W Aster Drive**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.65 |
|---|---|---|---|

**Dennis Stonewall**
**24654 N Lake Pleasant PKWY**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.30 |
|---|---|---|---|

**Denny Wisely**
**12010 N 114th way**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Deonise Hannay**
**16212 E. Glenview Pl.**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.50 |
|---|---|---|---|

**Diane Fox**
**900 W Broadway Av**
**Apache Junction, AZ 85120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.50 |
|---|---|---|---|

**Diane Suder**
**7215 E Silverlone Drive**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**DNS**
**DNS Services 6400 NE Hwy 99, Ste. G-291**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$232.90** |
|---|---|---|---|

**Don Rumer-Rivera**
**12958 E Corrine Drive**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,548.00** |
|---|---|---|---|

**Donald Donahue**
**35619 7th Av**
**Phoenix, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$388.05** |
|---|---|---|---|

**Donald Sharp**
**3165 E. University Dr. #935**
**Mesa, AZ 85213**

Date(s) debt was incurred  **8/6/17**

Last 4 digits of account number  **1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,697.00** |
|---|---|---|---|

**Donna Hoffman**
**148 W Latige Cir**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$433.00** |
|---|---|---|---|

**Donna Veile**
**3859 Tarpon Pointe Cir.**
**Palm Harbor, FL 34684**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,765.05** |
|---|---|---|---|

**Donovan's Steak & Chop House**
**Attn: Aaron Selles**
**5315 Avenida Encinas, Ste 250**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$419.70** |
|---|---|---|---|

**Doris Monroe**
**11612 N. 86th Street**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.75 |

**Dorothy  Cohen**
**9915 E. Broken Spur Drive**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.20 |

**Doug Campbell**
**860 E. Silversword Lane**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,008.95 |

**Doug Crandall**
**8307 E Kiem Dr**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.50 |

**Douglas  C Underwood**
**9025 N. 124th Street**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,908.25 |

**Douglas Simmons**
**4636 E Robert E Lee Street**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.20 |

**Dr. Glen  Bowers**
**7215 E. Silverstone Drive #3012**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.50 |

**Earl Linderman**
**10607 E. Autumn Sage Dr.**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,715.45 |
|---|---|---|---|

**Edward  De Paoli**
**2255 W. Germann Road #1048**
**Chandler, AZ 08528**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,487.25 |
|---|---|---|---|

**Eileen Oleary**
**11922 S 182nd Av**
**Goodyear, AZ 85338**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.50 |
|---|---|---|---|

**Elaine Oldman**
**1945 N Arroya**
**Mesa, AZ 85205**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.50 |
|---|---|---|---|

**Elizabeth  Hulings**
**5215 N. 18th Drive**
**Phoenix, AZ 85015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,216.80 |
|---|---|---|---|

**Er-Chang Ping**
**42041 N. 107th Place**
**Scottsdale, AZ 85262**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,457.00 |
|---|---|---|---|

**Erica Schnitzer**
**10358 E. Bahia Dr.**
**Scottsdale, AZ 85255**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.40 |
|---|---|---|---|

**Eva Zautra**
**107 W. Granada**
**Phoenix, AZ 85003**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.50 |
|---|---|---|---|

**Fernando Barajas**
**3040 N 2nd St Apt 108**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,464.03 |
|---|---|---|---|

**Financial Pacific Leasing**
**3455 S 344th Way, Suite 300 PO Box 4568**
**Federal Way, WA 98063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Forrest Hill**
**345 E. Pomona Rd.**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,494.35 |
|---|---|---|---|

**Fred Shaulis**
**2402 E Esplanade Lane Apt 1203**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.25 |
|---|---|---|---|

**Gail  Snor**
**PO Box 21537**
**Wickenburg, AZ 85358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.90 |
|---|---|---|---|

**Ganko Donevski**
**20510 N. 84th Lane**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.10 |
|---|---|---|---|

**Gary  Whitt**
**1221 E. Del Rio Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document      Page 36 of 111

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.55 |
|---|---|---|---|

**Gary Lvov**
**12800 N Saguaro Blvd**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**Gary Robinson**
**13043 Moody River Parkway**
**North Fort Myers, FL 33903**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,118.25 |
|---|---|---|---|

**Gaylen  Brotherson**
**12002 N Hayden Rd**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.25 |
|---|---|---|---|

**Gaylord McMurrin**
**13717 W Utica Drive**
**Sun City, AZ 85375**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.95 |
|---|---|---|---|

**George Catlin**
**9809 N 1st Street**
**Phoenix, AZ 85020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**George McNeil**
**10187 E Bayview Dr**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.50 |
|---|---|---|---|

**Gerald  Marquart**
**474 E. Vesper Trail**
**San Tran Valley, AZ 85140**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.05 |
|---|---|---|---|

**Geraldine Lavallee**
**1738 E. Maygrass Lane**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.25 |
|---|---|---|---|

**Gerry Ecker**
**8459 W Aster Drive**
**Peoria, AZ 85381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.50 |
|---|---|---|---|

**Gilbert Hacohen**
**4226 W Tuckey Lane**
**Phoenix, AZ 85019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.30 |
|---|---|---|---|

**Ginny Temple**
**17212 N Scottsdale Rd #2350**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,798.95 |
|---|---|---|---|

**Gloria Laynor**
**909 E. Northern Ave. Apt. 123**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.35 |
|---|---|---|---|

**Gove Security Systems**
**1233 W Laredo Street**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,758.98 |
|---|---|---|---|

**Gregg Granger**
**951 W. Watkins Road**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.03 |
|---|---|---|---|

**Guardian Protection Services**
PO Box 37751
Philadelphia, PA 19101-5051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,411.10 |
|---|---|---|---|

**Heidi Zeisel**
5950 N.78th Street #253
Scottsdale, AZ 85250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.50 |
|---|---|---|---|

**Helen Anderson**
14575 N. Mountain View Blvd. #10203
Surprise, AZ 85374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.65 |
|---|---|---|---|

**Herb Bunchman**
3740 W Waterfront
Chandler, AZ 85248

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,047.50 |
|---|---|---|---|

**Hubert Field**
14790 W Goldwater Ridge Drive, #407
Surprise, AZ 85374

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,879.30 |
|---|---|---|---|

**Huifang Xuan**
2022 N Atwood
Mesa, AZ 85207

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**iHeart Media**
20880 Stone Oak Parkway
San Antonio, TX 78258

Date(s) debt was incurred _

Last 4 digits of account number  **0573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.151**    Nonpriority creditor's name and mailing address

**Irene Neudeck**
**9883 E Cortez St**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$614.25**

---

**3.152**    Nonpriority creditor's name and mailing address

**Irene Sterling**
**701 S. Dobson #20**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$488.95**

---

**3.153**    Nonpriority creditor's name and mailing address

**Isabel Hancock**
**29063 N Mountain View Rd**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$22.72**

---

**3.154**    Nonpriority creditor's name and mailing address

**Ivan Grullon Contreras**
**3601 E McDowell Rd., APT 2111**
**Phoenix, AZ 85009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$3,412.50**

---

**3.155**    Nonpriority creditor's name and mailing address

**Jack Bulger**
**16631 E Westby Drive, #207**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$32.80**

---

**3.156**    Nonpriority creditor's name and mailing address

**Jack McCormick**
**1817 E Latona Road**
**Phoenix, AZ 85042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$8,237.60**

---

**3.157**    Nonpriority creditor's name and mailing address

**Jacquelin Miller-Husome**
**8324 W. Hamster Ln.**
**Tolleson, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,058.20**

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,710.85** |
|-------|------|------|------|

**Jacqueline Carroll**
3219 E. Camelback Rd. #823
Phoenix, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$217.70** |
|-------|------|------|------|

**Jamal Judai**
7366 W Cholla St
Peoria, AZ 85345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$324.00** |
|-------|------|------|------|

**James  Freeman**
850 E. Jones #319
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$470.80** |
|-------|------|------|------|

**James Willinger**
225 E Saddle Lane
Phoenix, AZ 85020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,996.75** |
|-------|------|------|------|

**Jamie Balvin**
Great AZ Estate Sales 28505 N 154th Stre
Scottsdale, AZ 85262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.55** |
|-------|------|------|------|

**Jana Sizemore**
7007 W Indian School Road  Bld #14 Apt #
Phoenix, AZ 85033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.75** |
|-------|------|------|------|

**Jane Trumble**
5113 Idylwild Trail
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.25 |
|---|---|---|---|

**Janeen Wheatley**
**2443 S. Catarina**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.25 |
|---|---|---|---|

**Janet Neff**
**6015 W 119th St., Apt 2113 Brookdale Bld**
**Shawnee Mission, KC 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.60 |
|---|---|---|---|

**Janet Rees**
**3516 E North Lane**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.25 |
|---|---|---|---|

**Janice Compton**
**7820 E Camelback Rd Bldg 21, Unit 306**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404.00 |
|---|---|---|---|

**Janice Simon**
**6730 E Hermosa Vista Drive, #3**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.10 |
|---|---|---|---|

**Jean Quenzler**
**3104 E Broadway, Space 122**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.45 |
|---|---|---|---|

**Jean Renn**
**3539 W. Plymouth Drive**
**Anthem, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.90 |

**Jennifer Gittings**
602 E. Halifax Street
Mes, AZ 85202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,945.70 |

**Jennifer O'Cualain**
16143 N. 43rd Street
Phoenix, AZ 85032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.15 |

**Jennifer Meggison**
10836 E Cliffrose Lane
Florence, AZ 85132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $942.60 |

**Jennifer Snodgrass**
4419 N. 27th
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Jennifer Trask-Chester**
PO Box 199
Zephyr Cove, NV 89448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,549.00 |

**Jennifer Wahlberg**
1148 N Barkley
Mesa, AZ 85203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.40 |

**Jennifer Wright**
669 N Eagle Street
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514.50** |
|---|---|---|---|

**Jesus  Gonzalvez**
**1050 W Santa Cruz Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.60** |
|---|---|---|---|

**Jim Faux**
**4747 W. Kristol Way**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,379.60** |
|---|---|---|---|

**Jim Friend**
**4363 E. Morrow Dr.**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,498.15** |
|---|---|---|---|

**Joan Koemptgen**
**9710 W Oakridge Dr**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Joanne Kwan Trust**
**c/o Childers & Coventry**
**17215 N. 72nd Dr. Suite B110**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123.50** |
|---|---|---|---|

**Jodie Smith**
**2054 E. Ranch Dr.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.75** |
|---|---|---|---|

**Joe Camarena**
**5927 W. Elm Street**
**Phoenix, AZ 85033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**3.186** Nonpriority creditor's name and mailing address
Joe Michaud
13420 N. 21st Pl., Apt. 220
Phoenix, AZ 85022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$714.35

---

**3.187** Nonpriority creditor's name and mailing address
Joel Andrews
6745 E Superstition Springs Blvd #1025
Mesa, AZ 85026

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$201.50

---

**3.188** Nonpriority creditor's name and mailing address
Joel G. Lieberman Estate
PO Box 613
Fredericksburg, VA 22404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$11,370.00

---

**3.189** Nonpriority creditor's name and mailing address
John  Kinsey
105 3rd Street
Lake Oswego, OR 97034

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$504.60

---

**3.190** Nonpriority creditor's name and mailing address
John & Mary Ellen Burke
8291 E. Sierra Pinta Dr.
Scottsdale, AZ 85255

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$4,623.10

---

**3.191** Nonpriority creditor's name and mailing address
John Blanton
13310 W Serenade Lane
Sun City, AZ 85375

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$131.95

---

**3.192** Nonpriority creditor's name and mailing address
John Bower
2417 S Selrose Lane
Sana Barbara, CA 83109

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

$264.00

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.80** |
|---|---|---|---|

**John Caudron**
**3754 E Chickadee Rd**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.50** |
|---|---|---|---|

**John Craig Egan**
**6808 E Bronco Drive**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.50** |
|---|---|---|---|

**John Lacagnina**
**2737 AZ Biltmore Cir.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.50** |
|---|---|---|---|

**John McKinstry**
**5372 W Geronimo Street**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.65** |
|---|---|---|---|

**John Mollerus**
**13225 W Micheltorena Dr.**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,351.41** |
|---|---|---|---|

**John Trump**
**2089 Platt Cline**
**AZ 86005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.70** |
|---|---|---|---|

**Jon  Graham**
**5927 W. Michigan Avenue**
**Glendale, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349.20 |
|---|---|---|---|

**Jorge Perea**
**868 S AZ AVE apt 2055**
**Chandler, AZ 85225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.75 |
|---|---|---|---|

**Joseph Desalvo**
**3235 W Hwy 89A**
**Sedona, AZ 86336**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.00 |
|---|---|---|---|

**Joseph Goldenberg**
**11513 N. 141st Street**
**Scottsdale, AZ 85259**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.50 |
|---|---|---|---|

**Josh French**
**660 S Tyler Court**
**Chandler, AZ 85226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Josh Levine**
**4362 E. Ludlow Dr.**
**Phoenix, AZ 85032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,836.00 |
|---|---|---|---|

**Joyce Bunce**
**10419 W Gulf Hills Dr**
**Sun City, AZ 85351**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.75 |
|---|---|---|---|

**Judy Kingery**
**13455 W Miner Trail**
**Peoria, AZ 85383**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,450.25** |
|---|---|---|---|

**Julian Burgoin**
**101 W. 5th Apt. 1029**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371.40** |
|---|---|---|---|

**Julian Soncco**
**12406 N 51st Ln**
**Glendale, AZ 85304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226.50** |
|---|---|---|---|

**Julie Kendall**
**313 W Sequoia Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$172.25** |
|---|---|---|---|

**June Burruss**
**12800 E. Double Tree Ranch Rd.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$790.00** |
|---|---|---|---|

**Karen  Nielsen**
**5632 W. Hearn Road**
**Glendale, AZ 85306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,147.30** |
|---|---|---|---|

**Karen Rapp**
**3511 E Indian School Rd**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$296.55** |
|---|---|---|---|

**Katherine Hartley**
**2577 N Miller Rd**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

**3.214**

**Nonpriority creditor's name and mailing address**
Katie Rice
2922 N 39th Street, APT 105
Phoenix, AZ 85018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$10.40**

---

**3.215**

**Nonpriority creditor's name and mailing address**
Kelly McCartney
6350 E Carolina Drive
Scottsdale, AZ 85254

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$355.20**

---

**3.216**

**Nonpriority creditor's name and mailing address**
Ken Mars
6300 N Camino Arturo
Tucson, AZ 85718

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$433.00**

---

**3.217**

**Nonpriority creditor's name and mailing address**
Kenneth Marler
3516 E Monica Av
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$136.70**

---

**3.218**

**Nonpriority creditor's name and mailing address**
Kim Lank
8708 E. Clarendon Ave
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,299.60**

---

**3.219**

**Nonpriority creditor's name and mailing address**
Kourosh Moradi
99 Talisman, Apt 424
Irvine, CA 92620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$35.75**

---

**3.220**

**Nonpriority creditor's name and mailing address**
Kristina Arment
4848 N. Goldwater Blvd. #1118
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$14.30**

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document      Page 49 of 111

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.60 |
|---|---|---|---|

**L William McCrea**
**1360 Sheridan Road Apt# 41**
**Willmet, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.10 |
|---|---|---|---|

**L.J. Ford**
**3401 W Tonto Lane**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.25 |
|---|---|---|---|

**Larry & Ginny Regner**
**15842 W Avalon Dr**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,770.23 |
|---|---|---|---|

**Larry Webster**
**7904 E Chaparral RD, STE A110**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.50 |
|---|---|---|---|

**Lauretta Laaning**
**319-9768-170 St**
**Edmonton, Canada T5T5L4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,376.20 |
|---|---|---|---|

**Laurni Breedlove**
**1743 W Owens Way**
**Anthem, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.70 |
|---|---|---|---|

**Lawrence Chapman**
**45960 W Barbara lane**
**Maricopa, AZ 85139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.50 |
|---|---|---|---|

**Leigh Slaughter-RookF**
**PO Box 1254**
**Queen Creek, AZ 85142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,837.80 |
|---|---|---|---|

**Leona Robles**
**2267 E Hale St**
**Mesa, AZ 85213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.60 |
|---|---|---|---|

**Leta  Smith**
**19830 N. Lake Forest Drive**
**Sun City, AZ 85373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.95 |
|---|---|---|---|

**Linda Fry**
**239 N Aletta**
**Mesa, AZ 85207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.60 |
|---|---|---|---|

**Linda Hall**
**PO Box 1114**
**Pinedale, AZ 85934**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.90 |
|---|---|---|---|

**Lisa  Hansen**
**9595 E. Thunderbird Road #1042**
**Scottsdale, AZ 85260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Lisa Capozzoli**
**108 Timber View Drive**
**Oak Brook, IL 60523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Lisa Lopez**
**2793 N. 149th Ave.**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**Liu Zheng**
**5711 W. Novak Way**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.65 |
|---|---|---|---|

**LJ Mow**
**1315 E 3rd Street**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,216.75 |
|---|---|---|---|

**Lori Eldredge**
**1420 E 1st**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.95 |
|---|---|---|---|

**Lorraine Efune**
**7120 East Kierland Blvd., APT 817**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Lynne Lamb Bryant**
**252 Rainbow Drive, #15254**
**Livingston, TX 77399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.05 |
|---|---|---|---|

**M.H. Haber**
**8464 E Charter Oak Dr.**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document        Page 52 of 111

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.80 |
|---|---|---|---|

**Marcy Dorsey**
**29675 N Valley Pkwy, #2071**
**Phoenix, AZ 85085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,955.50 |
|---|---|---|---|

**Margaret Ramar**
**2514 S Angora Ct**
**Sun Lakes, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,352.85 |
|---|---|---|---|

**Marianne Leiper**
**1201 E Cambridge Av**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.20 |
|---|---|---|---|

**Marjorie Moote**
**1111 W Townley Av**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.25 |
|---|---|---|---|

**Mark Autrey**
**5519 N. 79th Place**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.60 |
|---|---|---|---|

**Mark Brenner**
**10668 E. Arabian Park Dr.**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.00 |
|---|---|---|---|

**Mark Culbertson**
**423 N Ash**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.50 |

**Mark Steele**
**8500 E. Sahuaro Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.15 |

**Marla Berger**
**10540 E. Larkspur Dr.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,523.75 |

**Mary Hoffman**
**6465 N. 79th Street**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,092.00 |

**May Bakhtiar**
**6966 W Villa Chula**
**Glendale, AZ 85310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,254.85 |

**Maya Shenoy**
**222 E Joshua Tree Lane**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.80 |

**Megan Keller**
**2316 E Rancho Drive**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |

**Mercedes Godoy**
**801 N. Federal St. #1060**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,841.00 |
|---|---|---|---|

**Meredith Moore**
**1581 W. Corona Drive**
**Chandler, AZ 85224**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.00 |
|---|---|---|---|

**Merrill  Sauriol**
**9841 E Doubletree Ranch Road**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.40 |
|---|---|---|---|

**Michael Flynn**
**7026 E Latham St**
**Scottsdale, AZ 85257**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.95 |
|---|---|---|---|

**Michael Lissow**
**36404 Crucilo Drive**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |
|---|---|---|---|

**Michael Miller**
**6852 W Belmont Av**
**Glendale, AZ 85303**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,950.40 |
|---|---|---|---|

**Michael Mills**
**4000 E Palm St**
**Mesa, AZ 85215**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.95 |
|---|---|---|---|

**Michael Paslay**
**2664 College Heights Rd.**
**Prescott, AZ 86301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.00 |
|---|---|---|---|

**Michael Valdez**
**7120 E Indian School Rd**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/14/18__

Last 4 digits of account number __8077__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.00 |
|---|---|---|---|

**Michelle Urszeni**
**12801 Kinsman Road**
**Burton, OH 44021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.50 |
|---|---|---|---|

**Mike McCarthy**
**5221 E. Janice Way**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Mimi Zani**
**PO Box 1258**
**Tempe, AZ 85280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,741.35 |
|---|---|---|---|

**MJ Claydon**
**40525 N Union Trail**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.30 |
|---|---|---|---|

**Murray Goldberg**
**10411 E Morning Vista Lane**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.40 |
|---|---|---|---|

**Nadine Hinkeldey**
**10451W Palmeros Drive Suite 252W**
**Sun City, AZ 85373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,007.20** |
|---|---|---|---|

**Nancy O'Connor**
**983 W Palma de Pina**
**Tucson, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,396.70** |
|---|---|---|---|

**Naomi Thompson**
**35129 N Laredo**
**San Tan Valley, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|

**Nathan Crary**
**85 S. Pepperwood Pl.**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.90** |
|---|---|---|---|

**National Pen Co. LLC**
**PO Box 847203**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Nicholas Reed**
**3644 W. Monona Dr.**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,183.35** |
|---|---|---|---|

**Nick (Dominic) Battaguila**
**10268 W Sands Drive**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,042.75** |
|---|---|---|---|

**Nick Daugherty**
**8022 N 68th St**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277**

Nonpriority creditor's name and mailing address
**Nicole Collinet**
11197 N. 89th St.
Scottsdale, AZ 85260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$534.45**

---

**3.278**

Nonpriority creditor's name and mailing address
**Nils  Standsbury**
3031 N. Civic Center Plaza #126
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,246.00**

---

**3.279**

Nonpriority creditor's name and mailing address
**Noah Williams**
nwilliams@telus.net

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$8,365.00**

---

**3.280**

Nonpriority creditor's name and mailing address
**Pacific Office Automation**
P O Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _
Last 4 digits of account number  **7376**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,253.04**

---

**3.281**

Nonpriority creditor's name and mailing address
**Pacific Office Automation**
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

Date(s) debt was incurred _
Last 4 digits of account number  **5642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,345.36**

---

**3.282**

Nonpriority creditor's name and mailing address
**Pam Riley**
26723 N 90th Ln
Peoria, AZ 85383

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$8,121.00**

---

**3.283**

Nonpriority creditor's name and mailing address
**Pamela  Kecskemety**
11127 E Desert Troon Lane
Scottsdale, AZ 85255

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,774.80**

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,921.40 |
|---|---|---|---|

**3.284** **Nonpriority creditor's name and mailing address**

Pamela Morrison
848 W Kiowa Avenue
Mesa, AZ 85210

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$3,921.40**

---

**3.285** **Nonpriority creditor's name and mailing address**

Pamela Ehlers
7476 W Parasio Drive
Glendale, AZ 85310

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$746.10**

---

**3.286** **Nonpriority creditor's name and mailing address**

Pamela Johnson
2821 S Michigan Av
Chicago, IL 60166

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$937.50**

---

**3.287** **Nonpriority creditor's name and mailing address**

Patricia Carriuolo
2701 E Utopia, #124
Phoenix, AZ 85050

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$131.90**

---

**3.288** **Nonpriority creditor's name and mailing address**

Patricio Danahy
19700 N. 76th Street #1190
Scottsdale, AZ 85255

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$4,845.60**

---

**3.289** **Nonpriority creditor's name and mailing address**

Paul Butler
2407 W. Orangewood, Apt. 2
Phoenix, AZ 85021

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$29.40**

---

**3.290** **Nonpriority creditor's name and mailing address**

Paul Sanchez
4805 E. Hazel Dr. #1
Phoenix, AZ 85044

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consignment Contract

Is the claim subject to offset? ☑ No ☐ Yes

**$300.75**

---

**3.291**

Nonpriority creditor's name and mailing address

**Peter Held**
**966 N Bradley Drive**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,037.25**

---

**3.292**

Nonpriority creditor's name and mailing address

**Phoenix Police Department**
**City of Phoenix, AZ ATTN: Alarm Permit R**
**Phoenix, AZ 85038-9117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.293**

Nonpriority creditor's name and mailing address

**Phyllis Shostack**
**9020 N 48th Place**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$8,511.70**

---

**3.294**

Nonpriority creditor's name and mailing address

**Preston T Hill**
**3120 N. Cherry Lane**
**Camp Verde, AZ 85322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$222.30**

---

**3.295**

Nonpriority creditor's name and mailing address

**Price Kong & Co**
**5300 N Central Avenue, Suite 200**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,343.26**

---

**3.296**

Nonpriority creditor's name and mailing address

**Quarnig  Dorian**
**3901 E. Pinnacle Peak Road  Lot #169**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$21.75**

---

**3.297**

Nonpriority creditor's name and mailing address

**Quest Software**
**4 Polaris Way**
**Mount Aukum, CA 95656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$523.45**

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Raymond Bates**
11637 N. 21st Drive
Phoenix, AZ 85029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,195.65 |
|---|---|---|---|

**Raymond Dankel**
8110 E Del Tiburon Dr.
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.80 |
|---|---|---|---|

**Rebecca Maltenfort**
12123 E Chama Road
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,749.39 |
|---|---|---|---|

**Relentless Accountability**
18841 N 94th Way
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.50 |
|---|---|---|---|

**Rex Kidder**
11653 N. 129th Way
Scottsdale, Az 85259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Richard Lee Aguilar**
4558 W. Palo Verde Drive
Glendale, AZ 85301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.45 |
|---|---|---|---|

**Richard Becker**
2291 Lockwood Drive
Lakeside, AZ 85929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.00** |
|---|---|---|---|

**Richard F Nelson**
**1121 W. Dunbar Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,886.10** |
|---|---|---|---|

**Richard Hagen**
**2028 E. River Rd. Unit 100**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,371.00** |
|---|---|---|---|

**Richard Reb**
**33449 N 74th St**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,548.80** |
|---|---|---|---|

**Rick Orr**
**PO Box 4031**
**Scottsdale, AZ 85261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.40** |
|---|---|---|---|

**Robert Davis**
**7238 E Maverick Rd**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.50** |
|---|---|---|---|

**Robert Estabrook**
**10859 E Tierra Drive**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.50** |
|---|---|---|---|

**Robert Rumple**
**3840 E. Harmony Ave.**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.25** |
|---|---|---|---|

**Robert Shepard**
**26445 S Saddletree**
**Sun Lakes, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,068.00** |
|---|---|---|---|

**Robert Strander**
**PO Box 1**
**Arlington, AZ 85322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677.95** |
|---|---|---|---|

**Robin Hanson**
**2127 E Mead Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,492.60** |
|---|---|---|---|

**Roger Nelson**
**23005 N 74th Street, #3018**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.15** |
|---|---|---|---|

**Ron Spratling**
**10469 N 99th St**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$366.00** |
|---|---|---|---|

**Ronald E. Frank**
**6705 Cypress Hollow**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,598.25** |
|---|---|---|---|

**Ruby Elam**
**120 N. Val  Vista Drive Lot 91**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | J. Levine Auction & Appraisal LLC | Case number (if known) | 2:19-bk-02843-SHG |
|---|---|---|---|
| | Name | | |

**3.319** Nonpriority creditor's name and mailing address
Russ Russo
4400 N Scottsdale Road 9-848
Scottsdale, AZ 85251

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$215.75**

---

**3.320** Nonpriority creditor's name and mailing address
Ryan  Lodge
PO Box 1583
Sandpoint, ID 83864

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$378.75**

---

**3.321** Nonpriority creditor's name and mailing address
Ryan Mapes
3242 E. Camelback Rd.
Phoenix, AZ 85014

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,737.00**

---

**3.322** Nonpriority creditor's name and mailing address
Ryan Scalise
4136 E Glenrosa Av
Phoenix, AZ 85018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$667.30**

---

**3.323** Nonpriority creditor's name and mailing address
Sadie  Smith
4201 E Marlette Ave
Paradise Valley, AZ 85253

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$3,070.00**

---

**3.324** Nonpriority creditor's name and mailing address
Sal  Palermo
PO Box 117
Meyer, AZ 86333

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$82.15**

---

**3.325** Nonpriority creditor's name and mailing address
Sandy Jez
N 4402 CO RD E
Bruce, WI 54819

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,218.30**

---

**3.326** Nonpriority creditor's name and mailing address

**Sarah Glenn**
**3754 E. Vallejo Dr.**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

**3.327** Nonpriority creditor's name and mailing address

**Sarah Maresco**
**901 W Vista Av**
**Phoenix, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.50**

---

**3.328** Nonpriority creditor's name and mailing address

**Scott Hopson**
**18602 N Summerbreeze Way**
**Surprise, AZ 85374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,874.00**

---

**3.329** Nonpriority creditor's name and mailing address

**Scott Jones**
**400 N Coronado Street, Unit 2022**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$489.60**

---

**3.330** Nonpriority creditor's name and mailing address

**Scott Thibodeau**
**7921 E Nopal**
**Mesa, AZ 85209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$68.90**

---

**3.331** Nonpriority creditor's name and mailing address

**ScreenVision**
**PO Box 3835**
**New York, NY 10008-3835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$1,065.29**

---

**3.332** Nonpriority creditor's name and mailing address

**Shah Sahak**
**27363 N. 88th Lane**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$100.75**

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,301.35 |
|-------|---|---|---|

**Shantel Parks**
**13931 E Rancho Del Oro Drive**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.85 |
|-------|---|---|---|

**Shawn O'Connor**
**6633 Lone Mountain Rd**
**Chandler, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,274.70 |
|-------|---|---|---|

**Shelly Asher**
**24616 N. 109th Pl.**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.85 |
|-------|---|---|---|

**Sherrill Sandell**
**660 Saguaro Way**
**Mesa, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|-------|---|---|---|

**Sheryl Hopkins**
**26621 S. Cloverland Dr.**
**Sun Lakes, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.65 |
|-------|---|---|---|

**Shlomy Levertov**
**2136 E. Nicolet Avenue**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,800.70 |
|-------|---|---|---|

**Sima Madison**
**7351 E. Speedway Blvd. , APT # :  21 H**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248,000.00** |
|---|---|---|---|

**Sima Madison**
**7351 E. Speedway Blvd. , APT # :  21 H**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Small Business CRM Coach**
**548 S Alkire St**
**Lakewood, CO 80228-2504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Sol Epstein**
**9263 E. Karen Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.72** |
|---|---|---|---|

**Sparkletts - 2978 HUB**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |
|---|---|---|---|

**Stephanie Wisniewki**
**10655 Pivitol Av**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.70** |
|---|---|---|---|

**Stephen Acreman**
**1042 N Higley Rd., #102-411**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.75** |
|---|---|---|---|

**Stephen Lawrence**
**Pawn First 9825 N Metro Parkway E**
**Phoenix, AZ 85051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.347 | **Nonpriority creditor's name and mailing address**<br>**Stephen Marmon**<br>**11462 E Blanche Dr**<br>**Scottsdale, AZ 85255**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$860.25** |
| 3.348 | **Nonpriority creditor's name and mailing address**<br>**Steve Ruth**<br>**601 South Main Street**<br>**Sellersville, PA 18960**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$73.60** |
| 3.349 | **Nonpriority creditor's name and mailing address**<br>**Steve Sanchez**<br>**Hearts of Stone 5120 N. 42nd Pl.**<br>**Phoenix, AZ 85018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$185.25** |
| 3.350 | **Nonpriority creditor's name and mailing address**<br>**Steve Schwartz**<br>**3901 E Pinnacle Peak Rd., Lot 52**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$63.05** |
| 3.351 | **Nonpriority creditor's name and mailing address**<br>**Steve Wong**<br>**4436 E. Redwood Ln.**<br>**Phoenix, AZ 85048**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,988.60** |
| 3.352 | **Nonpriority creditor's name and mailing address**<br>**Steven Ruth**<br>**601 S Main St**<br>**Sellersville, PA 18960**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Consignment Contract**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$73.60** |
| 3.353 | **Nonpriority creditor's name and mailing address**<br>**Straight North**<br>**1001 W 31st St. Suite 100**<br>**Downers Grove, IL 60515**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Services**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,849.30 |
|---|---|---|---|

**Stuart  Finn**
**7735 E. Windrose Drive**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.10 |
|---|---|---|---|

**Stuart Boykoff**
**7419 E Cactus Wren Road**
**Scottsdale, AZ 85250**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.05 |
|---|---|---|---|

**Suniya Luthar**
**1545 E Jeanine Drive**
**Tempe, AZ 85284**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.50 |
|---|---|---|---|

**Susan  Assadi**
**113 Macon Street  #4 c/o Hannah Assadi**
**Brooklyn, NY 11216**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.15 |
|---|---|---|---|

**Susan Cousino**
**8840 E Sunland Ave #169**
**Mesa, AZ 85208**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.25 |
|---|---|---|---|

**Susan Gurniak**
**324 N 110th St**
**Apache Junction, AZ 85120**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,849.20 |
|---|---|---|---|

**Susan Kingsbury**
**10423 E Tillman Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.50 |
|---|---|---|---|

**Susan Sackett**
**7390 E. Milton Drive**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,006.50 |
|---|---|---|---|

**Susan Waldbaum**
**7840 E Camelback Rd., #309**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.25 |
|---|---|---|---|

**Sydni Satterlund**
**3920 W Glenaire Drive**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,592.62 |
|---|---|---|---|

**TD Auto Finance**
**PO Box 9223**
**Farmington, MI 48333**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.40 |
|---|---|---|---|

**Teen Challenge of AZ**
**C/O Patrick Knight 1515 W. Grand Ave.**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.71 |
|---|---|---|---|

**Teltech Networks Inc**
**810 E Hammond Lane**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.85 |
|---|---|---|---|

**Terry Kane**
**11736 E. Aribian Park Dr.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.80 |
|---|---|---|---|

**Terry Work**
26125 N. 116th #12
Scottsdale, AZ 85255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,386.75 |
|---|---|---|---|

**Thomas Charles Editions, LLC**
42302 N Vision Way  Suite 105
Phoenix, AZ 85086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.80 |
|---|---|---|---|

**Thomas Neel**
579 Fir Street
Vacaville, CA 95688

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,024.80 |
|---|---|---|---|

**Tim Dickerson**
Estate of Billie Jo Dickerson 4536 S. Sa
Siera Vista, AZ 85650

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.45 |
|---|---|---|---|

**Tim Most**
5540 E. Main St.
Mesa, AZ 85205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.20 |
|---|---|---|---|

**Tim Price**
3605 W Osborn
Phoenix, AZ 85019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.05 |
|---|---|---|---|

**Todd Temple**
4715 W. Annette Cir.
Glendale, AZ 85308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.20** |
|---|---|---|---|

**Tom  Milligan**
**1725 E La Montana Drive**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,983.40** |
|---|---|---|---|

**Tom  Pekar**
**503 McKeever #1517**
**Arcola, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.75** |
|---|---|---|---|

**Tom Knott**
**5618 N. 12th St.**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.75** |
|---|---|---|---|

**Tom Scott**
**13416 N. Cave Creek Rd.**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Tony  Den Boer**
**10978 E. Southwind Lane**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,172.50** |
|---|---|---|---|

**Tony Hill**
**710 Treasure Dr.**
**Pittsburg, CA 94646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,803.30** |
|---|---|---|---|

**Tony Szmerei**
**2926 W. Maddock Rd.**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.20 |
|---|---|---|---|

**Tracy Slaughter**
**1420 Dexter Ridge Drive**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.55 |
|---|---|---|---|

**Trish Rogers**
**16046 N. 113th Way**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Ty Woodward**
**2323 N Central, #1902**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.43 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,973.85 |
|---|---|---|---|

**US Bank**
**P.O. Box 790179**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  __0156__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,575.90 |
|---|---|---|---|

**US Bank**
**P.O. Box 790179**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  __1949__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**V. Hernandez Landscaping**
**PO Box 43453**
**Phoenix, AZ 85080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,168.00 |
|---|---|---|---|

**Vern Otto**
**14732 W. Buttonwood Drive**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,428.00 |
|---|---|---|---|

**Virginia Webb**
**30311 N. 130th Glen**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.00 |
|---|---|---|---|

**Waste Management**
**125 N 2nd Street Unit 110-623**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,049.60 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5122**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,132.65 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $937.43 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.50 |
|---|---|---|---|

**Wendy Herbal**
**121 W. Mariposa**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.65 |
|---|---|---|---|

**William Contreras**
**8210 S Jenna Kane**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,496.60 |
|---|---|---|---|

**William Erickson**
**1694 W Glendale AV, #549**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.50 |
|---|---|---|---|

**William Friedman**
**31 E. San Miguel Ave.**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**William Gosney**
**9 W. Pepper Pl.**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.85 |
|---|---|---|---|

**William Hall**
**12059 E. Laurel Ln.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.20 |
|---|---|---|---|

**William Helton**
**431 N. Red Rock St.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,437.85 |
|---|---|---|---|

**Yoni Kalusky**
**5082 E. Hampden Ave. #162**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Donovan's Steak & Chop House**<br>**c/o Christopher N. Wollan**<br>**5315 Avenida Encinas, Suite 250**<br>**Carlsbad, CA 92008** | Line **3.107**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 82,920.36 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,723,002.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,805,923.10 |

Fill in this information to identify the case:

Debtor name  **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:19-bk-02843-SHG**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for 951 W. Watkins Street, Phoenix, AZ 85007** | |
| State the term remaining — **7 years** | **640 Smith, LLC c/o Tom Frenkel 7340 E Main St, Ste 200 Scottsdale, AZ 85251** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for 2017 BMW X5** | |
| State the term remaining — **9 Months** | **BMW Financial Services PO Box 9001065 Louisville, KY 40290** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for sound system** | |
| State the term remaining — **6 months** | **FinPac P.O. Box 4568 Federal Way, WA 98063** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for computer system** | |
| State the term remaining — **6 months** | **Navitas Credit Corporation 201 Executive Center Drive, Suite 100 Columbia, SC 29210** |
| List the contract number of any government contract | |

Debtor name **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:19-bk-02843-SHG**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Josh Levine** | **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** | **Arcarius/ Velocity Capital Group** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Josh Levine** | **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** | **Region Capital** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Josh Levine** | **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** | **Kalamata Capital Group/ Kings Cash Group** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Josh Levine** | **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** | **Kash Capital** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Josh Levine** | **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** | **BNC Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document    Page 78 of 111

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.6 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Second Wind Enterprises, LLC** | ■ D  __2.14__ <br> ☐ E/F  _____ <br> ☐ G  _____ |
|-----|-----------------|---------------------------|---------------------------|---------------------|
| 2.7 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Nawaz A Qureshi & Kelly S. Lowery** | ■ D  __2.11__ <br> ☐ E/F  _____ <br> ☐ G  _____ |
| 2.8 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Green Capital Funding, LLC** | ■ D  __2.5__ <br> ☐ E/F  _____ <br> ☐ G  _____ |
| 2.9 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **American Express** | ☐ D  _____ <br> ■ E/F  __3.7__ <br> ☐ G  _____ |
| 2.10 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **American Express (Costco)** | ☐ D  _____ <br> ■ E/F  __3.8__ <br> ☐ G  _____ |
| 2.11 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Capital One** | ☐ D  _____ <br> ■ E/F  __3.42__ <br> ☐ G  _____ |
| 2.12 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Chase Disney** | ☐ D  _____ <br> ■ E/F  __3.55__ <br> ☐ G  _____ |
| 2.13 | **Josh Levine** | **4362 E. Ludlow Dr.** <br> **Phoenix, AZ 85032** | **Chase Freedom** | ☐ D  _____ <br> ■ E/F  __3.56__ <br> ☐ G  _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

2.14   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **Chase Ink**
☐ D _____
■ E/F   **3.57**
☐ G _____

2.15   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **Chase Kookoo Toys**
☐ D _____
■ E/F   **3.58**
☐ G _____

2.16   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **Citi Business**
☐ D _____
■ E/F   **3.63**
☐ G _____

2.17   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **Citi Business Card**
☐ D _____
■ E/F   **3.64**
☐ G _____

2.18   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **CitiBank**
☐ D _____
■ E/F   **3.65**
☐ G _____

2.19   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **Comerica Master Card**
☐ D _____
■ E/F   **3.69**
☐ G _____

2.20   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **US Bank**
☐ D _____
■ E/F   **3.386**
☐ G _____

2.21   **Josh Levine**      **4362 E. Ludlow Dr.**
                            **Phoenix, AZ 85032**                   **US Bank**
☐ D _____
■ E/F   **3.387**
☐ G _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.22 | **Josh Levine** | **4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | **Wells Fargo** | ☐ D _____<br>■ E/F ___3.392___<br>☐ G _____ |
| 2.23 | **Josh Levine** | **4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | **Wells Fargo** | ☐ D _____<br>■ E/F ___3.393___<br>☐ G _____ |
| 2.24 | **Josh Levine** | **4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | **Wells Fargo** | ☐ D _____<br>■ E/F ___3.394___<br>☐ G _____ |
| 2.25 | **Josh Levine** | **4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | **Wells Fargo** | ☐ D _____<br>■ E/F ___3.395___<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:19-bk-02843-SHG**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$6,535,389.82** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. **Second Wind Enterprises, LLC**<br>**Attn: Ray Dankel**<br>**8110 E. Del Tiburon Drive**<br>**Scottsdale, AZ 85258** | 2/15/19 | $13,159.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.2. **Navitas Credit Corporation** **201 Executive Center Drive, Suite 100** **Columbia, SC 29210** | 2/18/19 | $2,632.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Arizona Dept of Revenue** **PO Box 29079** **Phoenix, AZ 85038** | 2/16/19 - $5025.00 1/16/19 - $5025.00 12/12/18 - $5025.00 | $15,075.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Installment payments for taxes** |
| 3.4. **See Schedule 1 for addt'l payments** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Josh Levine** **4362 E. Ludlow Dr.** **Phoenix, AZ 85032** **Owner/ Sole Member** | **See Schedule 2** | $9,576.90 | **Compensation** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kalamata Capital Group v. J Levine Auction & Appraisal LLC; et al.**<br>**122551-2019** | **Civil** | **Supreme Court of the State of New York**<br>**New York County Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **J Levine Auction & Appraisal LLC v. Covington Specialty Insurance Company, et al.**<br>**CV2017-056421** | **Civil** | **Maricopa County Superior Court**<br>**125 W. Washington**<br>**Phoenix, AZ 85003-2243** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Jeff Bronstein v. J Levine Auction & Appraisal, LLC and Josh Levine**<br>**CC2019042036SC** | **Small Claims** | **Maricopa County Justice Court**<br>**620 W. Jackson St #1038**<br>**Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case 2:19-bk-02843-SHG    Doc 49    Filed 03/29/19    Entered 03/29/19 21:14:37    Desc
Main Document    Page 84 of 111

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SACKS TIERNEY P.A.** **4250 N. DRINKWATER BLVD.** **FOURTH FLOOR** **Scottsdale, AZ 85251** | | **12/19/18; $5,000 2/27/19; $8,000 3/11/19; $27,301.16** | **$40,301.16** |
| | Email or website address **https://www.sackstierney.com/** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **10345 N. Scottsdale Road** **Scottsdale, AZ 85253** | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, addresses, phone numbers, email addresses and credit card information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Comerica Bank<br>7170 E McDowell Road<br>Scottsdale, AZ 85257 | XXXX-9527 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | December 2018 | $0.00 |
| 18.2. | Comerica Bank<br>7170 E McDowell Road<br>Scottsdale, AZ 85257 | XXXX-7067 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Schedule 3 for breakdown** | | | **$0.00** |

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bart Dunn**<br>**Relentless Accountability**<br>**18841 N 94th Way**<br>**Scottsdale, AZ 85255** | **2015 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Bart Dunn**<br>**Relentless Accountability**<br>**18841 N 94th Way**<br>**Scottsdale, AZ 85255** | **2015 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Bart Dunn**<br>**Relentless Accountability**<br>**18841 N 94th Way**<br>**Scottsdale, AZ 85255** | **2015 - current** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **BNC Bank**<br>**c/o David Tracy**<br>**20175 N 67th Ave**<br>**Glendale, AZ 85308** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Josh Levine | 4362 E. Ludlow Dr. Phoenix, AZ 85032 | Owner/ Sole Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Gregg Granger | 951 W. Watkins Road Phoenix, AZ 85007 | CEO/COO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Josh Levine | 4362 E. Ludlow Dr. Phoenix, AZ 85032 | CEO | Since inception until 3/8/19 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Gregg Granger 951 W. Watkins Road Phoenix, AZ 85007 | Consulting Fee: $89,000 Payment toward loan: $20,900 | Within one year | Compensation/ payment toward loan |
| | Relationship to debtor CEO/COO | | | |
| 30.2. | Josh Levine 4362 E. Ludlow Dr. Phoenix, AZ 85032 | Salary with commission: $49,408.64 Sales of consigned goods: $8,315.35 | Within one year | Compensation and commission |
| | Relationship to debtor Owner and Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2019**

**/s/ Joshua Levine**                                                   **Joshua Levine**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

SCHEDULE 1

# J Levine Auction & Appraisal LLC

## BILL PAYMENT LIST

### December 15, 2018 - March 15, 2019

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| 1000 Sunflower (2517) | | | |
| 03/13/2019 | EPAY | JK Alarms of Arizona, Inc | -59.52 |
| **Total for 1000 Sunflower (2517)** | | | **$ -59.52** |
| 1010 Wells Fargo Operating (8721) | | | |
| 01/02/2019 | 286 | Diane Hamlin ███████ LF | -2,555.50 |
| 01/07/2019 | 268 | Dan Formsma ███████ | -7,273.20 |
| 01/07/2019 | 280 | Rick Orr ██████ NLF | -2,320.80 |
| 12/18/2018 | 231 | Sue Lutz (█████ | -486.50 |
| 12/27/2018 | 249 | Jeremy Takas (██████ NLF | -42.00 |
| 12/27/2018 | 263 | Sierra Dominguez █████████ | -513.50 |
| 12/27/2018 | 273 | Jim Friend ██████ NLF | -3,148.40 |
| 12/27/2018 | 241 | David Burch █████████ | -189.80 |
| 12/27/2018 | 281 | Libby Reilly ████████ | -383.50 |
| 12/31/2018 | 282 | Ron Walker ████████ | -2,468.25 |
| 01/02/2019 | 292 | Tammy O'Neal █████ | -262.50 |
| 01/02/2019 | 285 | Rachelle Morse (██████ LF | -1,579.99 |
| 12/27/2018 | 242 | Debra Thomas (██████ LF | -595.80 |
| 12/27/2018 | 239 | Catherine Silvey (████████ NLF | -30,092.50 |
| 12/27/2018 | 247 | Joe Watson (██████ LF | -328.00 |
| 12/27/2018 | 245 | Jennifer Trask-Chester (████████ LF | -3,056.50 |
| 12/27/2018 | 248 | Joseph Livingston (███████ LF | -221.40 |
| 12/31/2018 | 283 | RoseAnn Lucke (██████ LF | -519.00 |
| 12/31/2018 | 274 | John & Mary Ellen Burke ████████ NLF | -204.75 |
| 01/02/2019 | 288 | Larry Webster ████████ | -1,000.00 |
| 12/31/2018 | 281 | Robert Sauer (██████ LF | -3,202.50 |
| 12/27/2018 | 251 | Kelli Tamez █████ LF | -259.50 |
| 12/28/2018 | 255 | Mojdeh Bobrow (██████ LF | -1,959.70 |
| 12/31/2018 | 267 | Brian Hageman (███████ NLF | -2,360.85 |
| 12/27/2018 | 243 | Eric Landau ██████ LF | -55.55 |
| 12/31/2018 | 276 | Kay Winter ██████ LF | -283.30 |
| 01/02/2019 | 290 | Cuauhtemoc Rendon (███████ NLF | -1,390.80 |
| 12/27/2018 | 246 | Joe Mildenhall (██████ LF | -440.25 |
| 12/27/2018 | 250 | Julie  Beckvall ████████ | -221.00 |
| 12/31/2018 | 254 | Michelle Glicksman DND (████████ NLF | -72.15 |
| 12/31/2018 | 293 | Susan Ference ██████ LF | -126.30 |
| 12/27/2018 | 103 | Tammy O'Neal ████████ | -474.60 |
| 12/19/2018 | 227 | Veronica Lindsey ██████ LF | -180.85 |
| 12/19/2018 | 226 | Lori Rudolph-Durante (████████ LF | -476.65 |
| 12/27/2018 | 262 | Weili Yao ████████ NLF | -925.55 |
| 12/27/2018 | 252 | Leeann Dobbin ████████ | -25.00 |
| 12/28/2018 | 261 | Tommy Turner █████████ LF | -2,602.40 |
| 12/27/2018 | 233 | Lucille Sanchez ████████ LF | -67.05 |
| 12/27/2018 | 253 | Mariah Hauck (V) | -25.00 |
| 12/27/2018 | 225 | Linda Wyman ██████ LF | -464.90 |

| DATE | NUM | VENDOR | AMOUNT |
|------|-----|--------|--------|
| 12/19/2018 | 224 | Ed Dean ▮ LF | -141.85 |
| 12/19/2018 | 229 | Delores Blumen ▮ NLF | -861.90 |
| 12/18/2018 | 232 | Robert Rosania ▮ NLF | -253.50 |
| 12/19/2018 | 230 | Winston Posey ▮ NLF | -203.00 |
| 12/18/2018 | 222 | Jack A Brockman ▮ NLF | -2,075.10 |
| 12/17/2018 | 198 | Charles Hassan ▮ NLF | -754.00 |
| 12/21/2018 | 174 | Eliseo Ramierez ▮ NLF | -10,977.35 |
| 12/21/2018 | 181 | Jamie Balvin ▮ | -214.50 |
| 12/21/2018 | 204 | Jamie Balvin ▮ | -181.50 |
| 12/20/2018 | 142 | Elaine Hughes ▮ | -902.90 |
| 12/20/2018 | 125 | Madelyn Garrison ▮ | -1,723.40 |
| 12/20/2018 | 236 | Larry Webster | -1,000.00 |
| 12/19/2018 | 188 | Allan Yollin ▮ NLF | -48.75 |
| 12/19/2018 | 124 | Gary Robinson ▮ | -2,272.05 |
| 12/19/2018 | 187 | Shelly Gitomer ▮ | -249.00 |
| 12/19/2018 | 160 | Lucas Atwood ▮ LF | -14,459.40 |
| 12/18/2018 | 190 | James Willinger ▮ LF | -446.35 |
| 12/18/2018 | 145 | James Casteel ▮ LF | -2,474.00 |
| 12/18/2018 | 178 | Edward Walker ▮ LF | -1,546.25 |
| 12/16/2018 | 177 | Bruce and Kathleen Talbot ▮ | -843.15 |
| 12/18/2018 | 144 | Holli Adsit ▮ LF | -3,125.50 |
| 12/18/2018 | 139 | Brett Kitenplan ▮ LF | -137.40 |
| 12/18/2018 | 155 | Maria Harfouche ▮ | -1,060.00 |
| 12/18/2018 | 165 | Richard Hagen ▮ NLF | -22,349.60 |
| 12/17/2018 | 126 | Mary Jo Mulcahy ▮ LF | -267.25 |
| 12/17/2018 | 130 | Bill Nordlie ▮ | -487.50 |
| 12/17/2018 | 119 | Belena Mangola ▮ LF | -2,817.25 |
| 12/19/2018 | 171 | Stanley Babit ▮ | -151.20 |
| 12/18/2018 | 234 | George McNeil ▮ | -805.75 |
| 12/31/2018 | 269 | Deborah Reeder ▮ LF | -665.10 |
| 12/27/2018 | 256 | Rob Hamilton ▮ | -150.60 |
| 01/02/2019 | 289 | Earl Linderman ▮ LF | -672.00 |
| 12/31/2018 | 270 | Diana Lamb ▮ LF | -61.30 |
| 12/27/2018 | 257 | Robert Haynes | -25.00 |
| 12/27/2018 | 258 | Sharon Dunn ▮ LF | -319.60 |
| 01/16/2019 | 14302816289 | CenturyLink - ▮ | -1,279.31 |
| 01/16/2019 | 14302817010 | Century Link - ▮ | -973.66 |
| 01/16/2019 | 14302817477 | Century Link - ▮ ) | -158.66 |
| 01/16/2019 | 14302819049 | Century Link - ▮ | -106.64 |
| 01/16/2019 | PD ONLINE | Sparkletts - ▮ HUB | -219.19 |
| 01/23/2019 | 339 | Jason Adams ▮ NLF | -16,017.55 |
| 01/18/2019 | 308 | Robert Husick ▮ NLF | -1,260.00 |
| 01/18/2019 | 310 | Robin Quiroga ▮ | -782.60 |
| 01/23/2019 | 158 | Jeannette Campbell ▮ LF | -63.65 |
| 01/23/2019 | 340 | Jeff Kloeckl ▮ | -144.29 |
| 01/23/2019 | 303 | Ann Keller ▮ LF | -144.45 |
| 01/24/2019 | 311 | Margaret Phillips ▮ LF | -366.90 |
| 01/23/2019 | 332 | Damian Enderle ▮ NLF | -1,314.60 |
| 01/23/2019 | 332(b) | Damian Enderle ▮ | -7.20 |
| 01/23/2019 | 367 | Workway Inc | -4,210.50 |

| DATE | NUM | VENDOR | AMOUNT |
|------|-----|--------|--------|
| 01/24/2019 | 01.24 | Ford Credit - █████ | -612.58 |
| 01/29/2019 | 317 | Relentless Accountability | -2,500.00 |
| 01/23/2019 | 333 | David Litt (█████ LF | -2,737.20 |
| 01/28/2019 | 331 | Carole Hall (█████ LF | -1,237.60 |
| 01/28/2019 | 341 | Jennifer Trask-Chester (█████ LF | -2,000.00 |
| 01/28/2019 | 342 | Jody Page (█████ LF | -1,051.00 |
| 01/28/2019 | 345 | Kate Lurie (█████ LF | -750.75 |
| 01/28/2019 | 343 | Jose Kanshepolsky (█████ LF | -1,578.00 |
| 01/28/2019 | 355 | Tammy O'Neal (█████ | -3,130.40 |
| 01/28/2019 | 360 | Wayne Glover (█████ NLF | -3,167.70 |
| 01/28/2019 | 344 | Judith Berman (█████ LF | -2,032.30 |
| 01/28/2019 | 307 | Murray Goldberg (█████ LF | -446.20 |
| 01/28/2019 | 358 | Tony Hill (█████ | -1,534.40 |
| 01/28/2019 | 348 | Lisa Capozzoli (█████ LF | -2,309.00 |
| 01/28/2019 | 363 | William Gosney (█████ LF | -21,121.00 |
| 01/28/2019 | 356 | Teri Christoff (█████ LF | -907.00 |
| 01/28/2019 | 349 | Pat Aritz (█████ LF | -160.50 |
| 01/28/2019 | 336 | George McNeil (█████ | -10,000.00 |
| 01/28/2019 | 306 | Linda Diane Purvis (█████ LF | -260.15 |
| 01/28/2019 | 302 | Larry Webster | -500.00 |
| 01/30/2019 | 338 | James Willinger (█████ LF | -1,398.35 |
| 01/25/2019 | 162 | Nancy Lavizzo (█████ | -10,404.10 |
| 01/25/2019 | 361 | William Schollaert (█████ LF | -2,032.40 |
| 01/25/2019 | 334 | Denyse Lieber (█████ LF | -664.30 |
| 01/24/2019 | 327 | Anne Wendell (█████ LF | -309.00 |
| 01/24/2019 | 337 | Greg Schaefer (█████ LF | -1,435.85 |
| 01/15/2019 | 169 | Robin Kenney (█████ LF | -612.75 |
| 01/23/2019 | 01.23.19 | Pacific Office Automation - █████ | -2,226.37 |
| 01/23/2019 | 01.23.19 | Pacific Office Automation - █████ | -1,292.88 |
| 01/30/2019 | 184 | David Blumberg | -5,000.00 |
| 01/24/2019 | 399 | Sima Madison (█████ NLF | -1,347.85 |
| 01/30/2019 | 328 | Because you Care Inc. (█████ LF | -4,885.15 |
| 02/04/2019 | 326 | Diane Miller (█████ LF | -248.55 |
| 02/04/2019 | 370 | MJ Claydon (█████ LF | -1,202.07 |
| 02/04/2019 | 354 | Steve Marchal (█████ LF | -2,169.00 |
| 02/01/2019 | 312 | Marianne Leppien-Oleson (█████ LF | -299.60 |
| 02/01/2019 | 371 | Michael Hall (█████ LF | -344.40 |
| 01/31/2019 | 321 | Bob  Liming (█████ LF | -400.15 |
| 02/08/2019 | 2007 | Mark Lankford (█████ | -112.75 |
| 02/19/2019 | 373 | Elizabeth Cascio (█████ LF | -13.30 |
| 02/19/2019 | 325 | Alison Turley (█████ LF | -345.00 |
| 02/19/2019 | 390 | Donna Dimauro (█████ LF | -129.10 |
| 02/19/2019 | 2001 | Andy Bell (█████ | -2,479.35 |
| 02/08/2019 | 2008 | Delbert Loughlin (█████ LF | -476.55 |
| 02/15/2019 | 375 | Bernard Levine (█████ LF | -597.70 |
| 02/15/2019 | 330 | Carissa Felde (█████ LF | -677.00 |
| 02/19/2019 | 02.19 | Lisa Charles (█████ LF | -6,242.00 |
| 02/15/2019 | 02.15 | Wells Fargo (█████ | -1,304.25 |
| 02/01/2019 | 380 | Larry Pristo (█████ | -431.20 |
| 01/15/2019 | 141 | Carol Schwinn (█████ LF | -18.50 |

| DATE | NUM | VENDOR | AMOUNT |
|------|-----|--------|--------|
| 01/31/2019 | 362 | Donovan's Steak & Chop ████ LF | -6,541.30 |
| 02/21/2019 | 12.13 | Ford Credit - ████ | -437.29 |
| 02/18/2019 | 2031 | Debra Bryant ████ LF | -15.90 |
| 02/20/2019 | 2030 | Susan Sackett ████ LF | -887.75 |
| 02/20/2019 | 2033 | Andy Halmay (████ LF | -74.00 |
| 02/26/2019 | 02.26 | BMW | -760.03 |
| 03/01/2019 | 532444 | Acuity Insurance Co | -3,570.25 |
| 03/04/2019 | 532445 | Ford Credit - ████ | -612.58 |
| 03/01/2019 | 2066 | Patrice Jung ████ LF | -961.60 |
| 03/01/2019 | 2060 | Mark D'Amico ████ LF | -362.05 |
| 03/01/2019 | 2061 | M.H. Haber ████ | -438.75 |
| 03/01/2019 | 2057 | Sally Stephens (████ LF | -232.95 |
| 03/01/2019 | 2064 | MIke Havill ████ LF | -646.50 |
| 03/01/2019 | 2065 | Beth Jacobson ████ LF | -600.25 |
| 02/18/2019 | 2032 | Al Carney (████ | -47.60 |
| 03/01/2019 | 2063 | Graham Family Trust (████ LF | -517.05 |
| 03/01/2019 | 2059 | Quenton Phillips (████ LF | -288.45 |
| 03/01/2019 | 2035 | Mary Christopher ████ LF | -152.05 |
| 01/31/2019 | 372 | Shelly Ryberg ████ LF | -14.60 |
| 01/28/2019 | 368 | Steve Bhatia ████ | -630.70 |
| 01/18/2019 | 305 | John Lacagnina (████ | -315.00 |
| 01/22/2019 | 313 | Arizona Movers | -2,755.00 |
| 01/28/2019 | 322 | Jim Grubbs ████ LF | -1,280.75 |
| 02/07/2019 | 385 | Pamela Johnson ████ LF | -2,394.00 |
| 03/06/2019 | 2057 | Bassel Odish (████ | -1,018.20 |
| 03/07/2019 | 14311178911 | Century Link - ████ ) | -520.71 |
| 03/07/2019 | 1431181047 | CenturyLink - (████ | -1,298.26 |
| 02/08/2019 | 2009 | Cheryl Zarrabi ████ | -72.60 |
| 02/08/2019 | 240 | Christopher Van Arsdale ████ | -48.00 |
| 01/23/2019 | 335 | Diane Schieck (████ LF | -719.50 |
| 01/23/2019 | 180 | Donovan's Steak & Chop ████ LF | -6,526.30 |
| 02/01/2019 | CSH CHK | Andrea Kaye ████ LF | -780.50 |
| 02/01/2019 | 264 | Antonio Rocha ████ | -111.15 |
| 02/18/2019 | CSH CHK | George McNeil ████ | -10,000.00 |
| 02/18/2019 | 143 | George Sellman ████ | -141.00 |
| 02/18/2019 | 244 | James Rabourn (████ | -68.90 |
| 02/08/2019 | 2002 | Jean Ellenberger (████ LF | -233.60 |
| 02/08/2019 | 272 | Jennifer Snodgrass (████ | -90.60 |
| 02/06/2019 | 391 | Jennifer Trask-Chester (████ LF | -2,000.00 |
| 02/18/2019 | CSH CHK | John Schott ████ LF | -2,797.25 |
| 02/16/2019 | CSH CHK | John Trump ████ | -10,000.00 |
| 03/01/2019 | 2062 | Kris Cruikshank ████ | -500.50 |
| 03/01/2019 | CSH CHK | Kristen D Lindermoen ████ LF | -457.60 |
| 03/01/2019 | CSH CHK | Larry & Ginny Regner ████ | -866.25 |
| 02/18/2019 | CSH CHK | Lewis Green (████ LF | -5,837.90 |
| 03/01/2019 | 2058 | Lisa Jones (JS ████ | -287.55 |
| 02/18/2019 | 153 | Louis O Demarbiex ████ | -128.05 |
| 01/30/2019 | 369 | Mark Deitz ████ LF | -71.75 |
| 02/18/2019 | CSH CHK | Michael & Sharon Walton (████ | -616.50 |
| 02/18/2019 | CSH CHK | Michael Minges (████ | -351.25 |

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| 03/01/2019 | 2056 | Michael Valdez ▮▮▮▮ NLF | -222.00 |
| 03/01/2019 | 2055 | Patrick O'Connor (▮▮▮▮ LF | -166.30 |
| 03/01/2019 | 350 | Paul Deloughery (▮▮▮▮ | -229.05 |
| 03/01/2019 | CSH CHK | Peter Eckert Estate (▮▮▮▮ | -10,271.95 |
| 02/06/2019 | CSH CHK | Sarah Maresco ▮▮▮▮ LF | -3,279.50 |
| 01/23/2019 | 353 | Stephen Lawrence ▮▮▮▮ NLF | -2,153.90 |
| 01/23/2019 | CSH CHK | Ted Hrynewycz ▮▮▮▮ LF | -96.50 |
| 01/23/2019 | CSH CHK | Todd Weber (▮▮▮▮ LF | -107.75 |
| 01/23/2019 | CSH CHK | Wendy Herbal ▮▮▮▮ NLF | -6,806.80 |
| 02/06/2019 | **CSH CHK | Yoni Kalusky (▮▮▮▮ | -2,295.00 |
| 03/01/2019 | 2054 | Yvonne Cid (▮▮▮▮ | -138.00 |
| 03/05/2019 | CSH CHK | David Osborne ▮▮▮▮ LF | -2,570.20 |
| 03/05/2019 | CSH CHK | Diane Fox ▮▮▮▮ NLF | -1,980.30 |
| 03/05/2019 | CSH CHK | Susan Shelberg ▮▮▮▮ LF | -1,294.80 |
| 03/05/2019 | CSH CHK | Tiffany White (▮▮▮▮ NLF | -2,250.00 |
| 03/05/2019 | CSH CHK | Charmay Adcock ▮▮▮▮ NLF | -1,657.50 |
| 03/05/2019 | CSH CHK | Jeff Bronstein ▮▮▮▮ LF | -2,513.30 |
| 01/01/2019 | CSH CHK | George Bringe (▮▮▮▮ | -536.25 |
| 01/01/2019 | CSH CHK | Darrell Petroskey ▮▮▮▮ LF | -1,542.80 |
| 01/01/2019 | CC APPLY | Josh Levine | -2,325.00 |
| 02/18/2019 | CSH CHK | Adrienne Lauridsen ▮▮▮▮ NLF | -1,040.90 |
| 02/18/2019 | CSH CHK | Andrew Goldstein ▮▮▮▮ | -2,000.00 |
| 02/18/2019 | CSH CHK | Chris Steinbeigle ▮▮▮▮ | -1,088.00 |
| 02/18/2019 | CSH CHK | Derek Cruickshank ▮▮▮▮ LF | -938.85 |
| 02/18/2019 | CSH CHK | Donovan's Steak & Chop ▮▮▮▮ LF | -5,951.72 |
| 02/18/2019 | CSH CHK | Elizabeth  Houde (▮▮▮▮ | -882.25 |
| 02/18/2019 | CSH CHK | Elizabeth Dunn ▮▮▮▮ LF | -7,990.17 |
| 02/18/2019 | CSH CHK | Gloria Melluzzo ▮▮▮▮ | -198.60 |
| 02/18/2019 | CSH CHK | Irene Gurczak (▮▮▮▮ | -712.15 |
| 02/18/2019 | CSH CHK | Joanne Kwan Trust (▮▮▮▮ NLF | -5,000.00 |
| 01/01/2019 | CC APPLY | Mimi Zanzi (▮▮▮▮ | -7.20 |
| 02/18/2019 | CSH CHK | Wendy Herbal ▮▮▮▮ NLF | -33.15 |
| 03/13/2019 | CSH CHK | John  Kinsey (▮▮▮▮ | -1,500.00 |
| 03/13/2019 | MO per Josh | Richard Petrovic ▮▮▮▮ | -179.25 |
| 03/13/2019 | CSH CHK | Dale Johnson ▮▮▮▮ LF | -745.40 |
| 03/13/2019 | MO per Josh | Bibbi Stope ▮▮▮▮ LF | -300.70 |
| 03/13/2019 | MO per Josh | John Caudron (▮▮▮▮ LF | -438.90 |
| 02/25/2019 | 2036 | Matt Peterson ▮▮▮▮ LF | -166.25 |
| 02/18/2019 | 221 | Alexis Cook (▮▮▮▮ | -941.14 |
| **Total for 1010 Wells Fargo Operating (8721)** | | | **$ -424,395.09** |
| 2014 Capital One 9108 | | | |
| 01/19/2019 | 01.19 | Molever - 01507 - EJ's Dispute (deleted) | 536.05 |
| **Total for 2014 Capital One 9108** | | | **$536.05** |
| WF Card - 7198 | | | |
| 02/25/2019 | 1 | Fedex | 25.05 |
| **Total for WF Card - 7198** | | | **$25.05** |
| Not Specified | | | |
| 01/30/2019 | 01.25 | Relentless Accountability | 0.00 |
| 01/22/2019 | 170 | Clayton Companies | 0.00 |
| 02/08/2019 | | Andrew Bell ▮▮▮▮ (deleted) | |

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| 02/14/2019 | 375 | Ford Credit - | 0.00 |
| 02/14/2019 | 375 | Ford Credit - | 0.00 |
| 02/25/2019 | 2636 | Matt Peterson        LF | 0.00 |
| 03/01/2019 | 2050 | Nicholas Boehme ( | 0.00 |
| 01/22/2019 | 31216 | Clayton Companies | 0.00 |
| 12/18/2018 | 1 | Colling Media, LLC | 0.00 |
| 01/01/2019 | CC APPLY | Labor Systems Job Center | 0.00 |
| 01/01/2019 | 1 | Workway Inc | 0.00 |
| 03/01/2019 | CC APPLY | Alfredo Salas (        NLF | 0.00 |
| 01/16/2019 | CC APPLY | Ali Zarrin | 0.00 |
| 01/18/2019 | CC APPLY | Alfredo Salas (        NLF | 0.00 |
| 01/14/2019 | CC APPLY | Andy Bell | 0.00 |
| 03/01/2019 | CC APPLY | Andy Bell | 0.00 |
| 01/23/2019 | 329 | Bibbi Stope        LF | 0.00 |
| 02/08/2019 | CC APPLY | Daniel James Kaady ( | 0.00 |
| 01/01/2019 | CC APPLY | Dawn Hogan        LF | 0.00 |
| 01/01/2019 | CC APPLY | Debbie Hall ( | 0.00 |
| 01/23/2019 | CC APPLY | Dennis Link        NLF | 0.00 |
| 01/23/2019 | CC APPLY | Dennis Link        NLF | 0.00 |
| 02/08/2019 | 2006 | John Caudron (        LF | 0.00 |
| 02/16/2019 | CC APPLY | Katherine Otte | 0.00 |
| 01/23/2019 | CC APPLY | Leo Gerdes        LF | 0.00 |
| 03/01/2019 | CC APPLY | Noel Winters ( | 0.00 |
| 03/01/2019 | CC APPLY | Phil Killey        LF | 0.00 |
| 02/06/2019 | 351 | Sherry Stern ( | 0.00 |
| 01/23/2019 | CC APPLY | Susan Gillette        LF | 0.00 |
| 01/23/2019 | CC APPLY | Todd Temple        LF | 0.00 |
| 01/01/2019 | CC APPLY | Diane Goldman ( | 0.00 |
| 01/01/2019 | CC APPLY | Elyn Nicholson ( | 0.00 |
| 01/01/2019 | CC APPLY | Greta Johnston ( | 0.00 |
| 01/01/2019 | CC APPLY | Ian Muir ( | 0.00 |
| 01/01/2019 | CC APPLY | Jerome Lamb | 0.00 |
| 01/01/2019 | CC APPLY | Jim Harshman | 0.00 |
| 01/01/2019 | CC APPLY | Amy Platt | 0.00 |
| 01/01/2019 | CC APPLY | Andi Keller ( | 0.00 |
| 01/01/2019 | CC APPLY | Anna Sear (        NLF | 0.00 |
| 01/01/2019 | CC APPLY | Antoine Gedroyc | 0.00 |
| 01/01/2019 | CC APPLY | APL (American) LLC ( | 0.00 |
| 01/01/2019 | CC APPLY | Arizona Movers | 0.00 |
| 01/01/2019 | CC APPLY | Barbara Shay | 0.00 |
| 01/01/2019 | CC APPLY | Barney King | 0.00 |
| 01/01/2019 | CC APPLY | Becky Lankenau | 0.00 |
| 01/01/2019 | CC APPLY | Bernie Joseph ( | 0.00 |
| 01/01/2019 | CC APPLY | Bob Sanders | 0.00 |
| 01/01/2019 | CC APPLY | Bonnie Curry ( | 0.00 |
| 01/01/2019 | CC APPLY | Britt Bennett | 0.00 |
| 01/01/2019 | CC APPLY | Bruce Jones | 0.00 |
| 01/01/2019 | CC APPLY | Bruce Lund | 0.00 |
| 01/01/2019 | CC APPLY | Carol Lauterbach | 0.00 |
| 01/01/2019 | CC APPLY | Carolyn & John Neckels | 0.00 |

| DATE | NUM | VENDOR | AMOUNT |
|------|-----|--------|--------|
| 01/01/2019 | CC APPLY | Charles Kuhn ( | 0.00 |
| 01/01/2019 | CC APPLY | Charlotte Steill ( | 0.00 |
| 01/01/2019 | CC APPLY | Christopher LaMonde ( | 0.00 |
| 01/01/2019 | CC APPLY | City of Phoenix - Tax & License | 0.00 |
| 01/01/2019 | CC APPLY | D3FY Development | 0.00 |
| 01/01/2019 | CC APPLY | David Hurowitz ( NLF | 0.00 |
| 01/01/2019 | CC APPLY | David Sheflin | 0.00 |
| 01/01/2019 | CC APPLY | Debra & Howard Wirth | 0.00 |
| 01/01/2019 | 2055 | Delaine Ferkinhoff | 0.00 |
| 01/01/2019 | CC APPLY | Dex Media | 0.00 |
| 01/01/2019 | CC APPLY | Diane Graham ( | 0.00 |
| 01/01/2019 | CC APPLY | Donald Droesch ( | 0.00 |
| 01/01/2019 | CC APPLY | Donald Sharp | 0.00 |
| 01/01/2019 | CC APPLY | Ella Maley | 0.00 |
| 01/01/2019 | CC APPLY | Ernest Bruss | 0.00 |
| 01/01/2019 | CC APPLY | Estate of Abigal Rinaldi | 0.00 |
| 01/01/2019 | CC APPLY | Estate of Charles Brandt | 0.00 |
| 01/01/2019 | CC APPLY | Faith Enright | 0.00 |
| 01/01/2019 | CC APPLY | Fred Johnson | 0.00 |
| 01/01/2019 | CC APPLY | Fred Rice | 0.00 |
| 01/01/2019 | CC APPLY | Gage Grizovic | 0.00 |
| 01/01/2019 | CC APPLY | Gary Robinson | 0.00 |
| 01/01/2019 | CC APPLY | Harvey & Joan Bream | 0.00 |
| 01/01/2019 | CC APPLY | Holly Alexander | 0.00 |
| 01/01/2019 | CC APPLY | Holly Gorman | 0.00 |
| 01/01/2019 | CC APPLY | Ian Muir ( | 0.00 |
| 01/01/2019 | CC APPLY | Ike M. Esses ( | 0.00 |
| 01/01/2019 | CC APPLY | Ione Hakola | 0.00 |
| 01/01/2019 | CC APPLY | Irene Houdek | 0.00 |
| 01/01/2019 | CC APPLY | J Levine Auction & Appraisal | 0.00 |
| 01/01/2019 | CC APPLY | Jaanus Idla | 0.00 |
| 01/01/2019 | CC APPLY | Jack & Mary Ann McBride | 0.00 |
| 01/01/2019 | CC APPLY | Jackie Viramontes ( | 0.00 |
| 01/01/2019 | CC APPLY | Jacqueline Pappas | 0.00 |
| 01/01/2019 | CC APPLY | James Arrowood ( | 0.00 |
| 01/01/2019 | CC APPLY | Janice Montgomery | 0.00 |
| 01/01/2019 | CC APPLY | Jay Lebow | 0.00 |
| 01/01/2019 | CC APPLY | Jeff & Denise | 0.00 |
| 01/01/2019 | CC APPLY | Jeff Moore ( | 0.00 |
| 01/01/2019 | CC APPLY | Jeffrey Myers | 0.00 |
| 01/01/2019 | CC APPLY | Jerry Eckert | 0.00 |
| 01/01/2019 | CC APPLY | Joe Michaels | 0.00 |
| 01/01/2019 | CC APPLY | John Trump | 0.00 |
| 01/01/2019 | CC APPLY | Jonathan Wayne ( | 0.00 |
| 01/01/2019 | CC APPLY | Johnny Sweis ( | 0.00 |
| 01/01/2019 | CC APPLY | John Sperling | 0.00 |
| 01/01/2019 | CC APPLY | John Sido | 0.00 |
| 01/01/2019 | CC APPLY | John Lassen | 0.00 |
| 01/01/2019 | CC APPLY | Juan Mendoza | 0.00 |
| 01/01/2019 | CC APPLY | Keith Hodson | 0.00 |

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| 02/22/2019 | CC APPLY | Ken Mars ( ███ LF | 0.00 |
| 01/01/2019 | CC APPLY | Kristi Mosharrafa ███ | 0.00 |
| 01/01/2019 | CC APPLY | Larry Norton | 0.00 |
| 01/01/2019 | CC APPLY | Leslie Kane | 0.00 |
| 01/01/2019 | CC APPLY | Linda Buchwald | 0.00 |
| 01/01/2019 | CC APPLY | Linda Sharpe ( ███ LF | 0.00 |
| 01/01/2019 | CC APPLY | Lisa Grubbs ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Liz Rosen-Ducat | 0.00 |
| 01/01/2019 | CC APPLY | Loretta Malandro | 0.00 |
| 01/01/2019 | CC APPLY | LuAnn Stewart | 0.00 |
| 01/01/2019 | CC APPLY | Lou Wagner ███ | 0.00 |
| 01/01/2019 | CC APPLY | Lori Rudolph-Durante ███ LF | 0.00 |
| 01/01/2019 | CC APPLY | Lynn Kallmann | 0.00 |
| 01/01/2019 | CC APPLY | Marko Vaulakorpi ███ | 0.00 |
| 01/01/2019 | CC APPLY | Mary Melluzzo | 0.00 |
| 01/01/2019 | CC APPLY | Martin Woolman ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Marla Ann Walberg | 0.00 |
| 01/01/2019 | CC APPLY | Mark Zoloto ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Mary Nemanich | 0.00 |
| 01/01/2019 | CC APPLY | Michael Donovan ( ███ | 0.00 |
| 01/07/2019 | CC APPLY | Michael Donovan ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Mel Havill ███ | 0.00 |
| 01/01/2019 | CC APPLY | Melanie Trent Deschutter ███ | 0.00 |
| 01/01/2019 | CC APPLY | Melissa Shaw | 0.00 |
| 01/01/2019 | CC APPLY | Melissa Wasson ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Merilee Mongvan ███ | 0.00 |
| 01/01/2019 | CC APPLY | Michelle Steingard ███ | 0.00 |
| 01/01/2019 | CC APPLY | Mohammed Khalil | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - General Councel (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - P360 (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - Hacohen (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - Burglary Insurance (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - TND Wire Harness, LLC (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - Burke (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - David Damante (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - Joshua Podolsky (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | Molever - ███ - Classic Delivery (deleted) | 0.00 |
| 01/01/2019 | CC APPLY | New Logos | 0.00 |
| 01/01/2019 | CC APPLY | Oak Street Linens | 0.00 |
| 01/01/2019 | CC APPLY | O'Connor, Nancy ███ | 0.00 |
| 01/01/2019 | CC APPLY | Pat Barbeyto | 0.00 |
| 01/01/2019 | CC APPLY | Patricia Amaral ███ | 0.00 |
| 02/26/2019 | CC APPLY | Patricia Emmert ███ | 0.00 |
| 01/01/2019 | CC APPLY | Patrick McCann | 0.00 |
| 01/01/2019 | CC APPLY | Peggy Bettini | 0.00 |
| 01/01/2019 | CC APPLY | Peggy Lehman ( ███ | 0.00 |
| 01/01/2019 | CC APPLY | Peggy Willoby ███ | 0.00 |
| 01/01/2019 | CC APPLY | Peter Cherry ███ | 0.00 |
| 01/01/2019 | CC APPLY | Peter Cook ███ | 0.00 |
| 01/01/2019 | CC APPLY | Randy Battistone ( ███ | 0.00 |

| DATE | NUM | VENDOR | AMOUNT |
|------|-----|--------|--------|
| 01/01/2019 | CC APPLY | Robert Estabrook ▮▮▮▮▮ LF | 0.00 |
| 01/01/2019 | CC APPLY | Ronald Plasse ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Rogers Estate ▮▮▮▮ | 0.00 |
| 02/18/2019 | CC APPLY | Robert Estabrook ▮▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Robert Adria ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Rick Campoy (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Reena Bradford | 0.00 |
| 01/01/2019 | CC APPLY | Rebecca Koppin | 0.00 |
| 01/01/2019 | CC APPLY | Raymond Litwin ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Raul Cantualla ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Ted Lehman (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Ted Kilbury | 0.00 |
| 01/01/2019 | CC APPLY | Susanne Jasculca (▮▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Stewart Estate (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Steve Levine ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Stan Hobbs ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Southwest Risk Advisors | 0.00 |
| 01/01/2019 | CC APPLY | Siwei Zhang ▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Sidney Rodin (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Shawn Hoover ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Shellie Wilcox ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Seth Buxton ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Seth Gill ▮▮▮▮ | 0.00 |
| 03/11/2019 | CC APPLY | Scott Thompson | 0.00 |
| 03/11/2019 | CC APPLY | Setareh, Sima | 0.00 |
| 02/26/2019 | CC APPLY | Scott Leland ▮▮▮▮ NLF | 0.00 |
| 01/01/2019 | CC APPLY | Saundra Herre ▮▮▮▮ | 0.00 |
| 03/11/2019 | CC APPLY | Steve Wahl ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Terry Oblander (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Virginia Webb ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | William Jensen ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Weili Yao ▮▮▮ NLF | 0.00 |
| 01/01/2019 | CC APPLY | Walter Knox | 0.00 |
| 01/01/2019 | CC APPLY | Walt Danley Realty | 0.00 |
| 01/01/2019 | CC APPLY | Wall Family Trust (▮▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Trey Tan ▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Tom Cerrone | 0.00 |
| 01/01/2019 | CC APPLY | Tom Billings ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Timothy L. Mikolay CPA ▮▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Theis, Lee & Sue | 0.00 |
| 01/01/2019 | CC APPLY | The William McGrath Estate | 0.00 |
| 01/02/2019 | CC APPLY | MJ Claydon (▮▮▮▮ LF | 0.00 |
| 01/02/2019 | 2055 | MJ Claydon (▮▮▮▮ LF | 0.00 |
| 01/01/2019 | CC APPLY | Richard Hagen ▮▮▮▮ NLF | 0.00 |
| 03/01/2019 | CC APPLY | Richard Hagen ▮▮▮▮ NLF | 0.00 |
| 01/01/2019 | CC APPLY | Shantel Parks ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Warren Winston (▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Wayne Keinanen (▮▮▮▮ | 0.00 |
| 12/18/2018 | CC APPLY | Ruby Elam ▮▮▮▮ | 0.00 |
| 01/01/2019 | CC APPLY | Josh Levine ▮▮▮ | 0.00 |

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| 01/01/2019 | CC APPLY | Josh Levine (G1) NLF | 0.00 |
| 01/01/2019 | CC APPLY | Voltaire Shea | 0.00 |
| 03/01/2019 | CC APPLY | Financial Pacific Leasing | 0.00 |
| **Total for Not Specified** | | | **$0.00** |

Company: J Levine Auction & Appraisal LLC     Report: Payroll Details     Check Dates From: 1/4/2019 - Payroll 1     To: 3/15/2019 - Payroll 1

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |

**Pay Frequency:** Biweekly

**Department:** 01 - Management

**Employee:** Levine, Josh D                                      **SSN:** xxx-xx-6270

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 464.00 | | 8076.90 | FED SOCSEC | 222.42 | UHC Medical Choyc+ | 2968.20 | 4174.14 | FED SOCSEC-ER | 222.42 |
| Holiday | 16.00 | | 0.00 | FED MEDCARE | 52.02 | TA Accident | 60.12 | | FED MEDCARE-ER | 52.02 |
| Auto Allowance | 0.00 | | 1500.00 | AZ SIT | 96.86 | Dental pre-tax | 216.00 | | FED FUTA | 21.48 |
| Group term life insurance** | 0.00 | | 7.50 | | 371.30 | UHC Life | 9.00 | | AZ SUI-ER | 170.51 |
| ER-Sponsored Healthcare** | 0.00 | | 449.40 | | | TA Critical Events | 43.62 | | | 466.43 |
| ER-Sponsored Dental** | 0.00 | | 106.80 | | | Advance | 534.52 | | | |
| | 480.00 | | 9576.90 | | | HSA CAF125 pre-tax $ | 1200.00 | | | |
| | | | | | | | 5031.46 | | | |

Check Date: 03/01/2019 / Manual Check / Check No: 301191 $534.90

Check Date: 01/04/2019 / Direct Deposit / Checking / Account No: XXXXXX7700 $1,284.91

Check Date: 01/18/2019 / Direct Deposit / Checking / Account No: XXXXXX7700 $534.90

Check Date: 02/01/2019 / Direct Deposit / Checking / Account No: XXXXXX7700 $1,284.91

Check Date: 02/19/2019 / Net Pay: $0.00

Check Date: 03/15/2019 / Direct Deposit / Checking / Account No: XXXXXX7700 $534.52

**Department Totals:** 01 - Management

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 464.00 | | 8076.90 | FED SOCSEC | 222.42 | UHC Medical Choyc+ | 2968.20 | 4174.14 | FED SOCSEC-ER | 222.42 |
| Holiday | 16.00 | | 0.00 | FED MEDCARE | 52.02 | TA Accident | 60.12 | | FED MEDCARE-ER | 52.02 |
| Auto Allowance | 0.00 | | 1500.00 | AZ SIT | 96.86 | Dental pre-tax | 216.00 | | FED FUTA | 21.48 |
| Group term life insurance** | 0.00 | | 7.50 | | 371.30 | UHC Life | 9.00 | | AZ SUI-ER | 170.51 |
| ER-Sponsored Healthcare** | 0.00 | | 449.40 | | | TA Critical Events | 43.62 | | | 466.43 |
| ER-Sponsored Dental** | 0.00 | | 106.80 | | | Advance | 534.52 | | | |
| | 480.00 | | 9576.90 | | | HSA CAF125 pre-tax $ | 1200.00 | | | |
| | | | | | | | 5031.46 | | | |

**Total Employees -** 01 - Management: 1

**Payment Direct Deposits:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Levine, Josh D | | | | | | | | 1,200.00 | | |

**Payment Direct Deposit Totals:**                                                         1200.00

**Pay Frequency Totals:** Biweekly

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 464.00 | | 8076.90 | FED SOCSEC | 222.42 | UHC Medical Choyc+ | 2968.20 | 5374.14 | FED SOCSEC-ER | 222.42 |
| Holiday | 16.00 | | 0.00 | FED MEDCARE | 52.02 | TA Accident | 60.12 | | FED MEDCARE-ER | 52.02 |
| Auto Allowance | 0.00 | | 1500.00 | AZ SIT | 96.86 | Dental pre-tax | 216.00 | | FED FUTA | 21.48 |
| Group term life insurance** | 0.00 | | 7.50 | | 371.30 | UHC Life | 9.00 | | AZ SUI-ER | 170.51 |
| ER-Sponsored Healthcare** | 0.00 | | 449.40 | | | TA Critical Events | 43.62 | | | 466.43 |
| ER-Sponsored Dental** | 0.00 | | 106.80 | | | Advance | 534.52 | | | |
| | 480.00 | | 9576.90 | | | HSA CAF125 pre-tax $ | 1200.00 | | | |
| | | | | | | | 5031.46 | | | |

**Total Employees -** Biweekly: 1

**Company Totals:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Regular | 464.00 | 8076.90 | FED SOCSEC | 222.42 | UHC Medical Choyc+ | 2968.20 | 5374.14 | FED SOCSEC-ER | 222.42 |
| Holiday | 16.00 | 0.00 | FED MEDCARE | 52.02 | TA Accident | 60.12 | | FED MEDCARE-ER | 52.02 |
| Auto Allowance | 0.00 | 1500.00 | AZ SIT | 96.86 | Dental pre-tax | 216.00 | | FED FUTA | 21.48 |
| Group term life insurance** | 0.00 | 7.50 | | 371.30 | UHC Life | 9.00 | | AZ SUI-ER | 170.51 |
| ER-Sponsored Healthcare** | 0.00 | 449.40 | | | TA Critical Events | 43.62 | | | 466.43 |
| ER-Sponsored Dental** | 0.00 | 106.80 | | | Advance | 534.52 | | | |
| | 480.00 | 9576.90 | | | HSA CAF125 pre-tax $ | 1200.00 | | | |
| | | | | | | 5031.46 | | | |

**Total Employees -** Company: 1

\* Items Not Paid To Employee

** Items Not Paid To Employee and Excluded From Some Wages

| Lot # | Title | Cat | Cons # | Name | Location | CO# | Value TBD |
|---|---|---|---|---|---|---|---|
| 6000 | Hicks Twin Door Deposit Box Safe | Estate & Personal Property | JM28160 | Appleton, Patrick | 951 W. Watkins Road, Phoenix, AZ 85007 | 31290 | 0 |
| 6001 | Hicks Cannon Gun Safe | Estate & Personal Property | JM28160 | Appleton, Patrick | 951 W. Watkins Road, Phoenix, AZ 85007 | 31290 | 0 |
| 9004 | Henry U.S. Survival .22 Long Rifle | Firearms & Weapons | CN7685 | Autrey, Mark, 8970 N. 83rd Pl, Scottsdale, AZ 85258 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31310 | 0 |
| 2019 | Vtg. Harley Davidson Motor Company Porcelain Sign | Antiques & Collectibles | JM28117 | Bell, Andy, 39750 N Linda Dr, Cave Creek AZ 85331 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31301 | 0 |
| 8025 | James Brooks (1906-1992) Untitled Abstract Oil on | Art | RH50080 | Bliven *DND*, Denise | 951 W. Watkins Road, Phoenix, AZ 85007 | 31316 | 0 |
| 2257 | Ten Ryu Katana Sword & Sheath | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2258 | L. Concho Native American Pottery | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2259 | T. Chalan Acoma Native American Pottery | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2260 | 2pc. Royal Doulton Henry & Catherine Toby Mugs | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2261 | Royal Doulton Santa Claus Toby Mug | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2262 | Royal Doulton  Flower Settlers Children  Figure | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2263 | 2pc. Royal Doulton Watchman & Granny Toby Mugs | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2264 | 2pc. Royal Doulton Trapper & Apothecary Toby Mugs | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2265 | 2pc. Royal Doulton Robin Hood & Lobster Man Mugs | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 2266 | Victorian Style Gold Tone Wall Mirror | Antiques & Collectibles | JM28183 | Brown, Shira, 41632 n. Shadow Creek Way, Anthem, AZ 85086 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31289 | 0 |
| 1022 | Corum 22K 1907 $20 Coin 18K Gold Watch | Jewelry & Watches | GG88000 | Carey, Berneice, 8508 Wildhorse Rd, Pinetop, AZ 85935 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31285 | 0 |
| 4070 | Rustic Wood & Brass Four Light Chandelier | Estate & Personal Property | JM28073 | Collinet, Nicole, 11197 N. 89th St., Scottsdale, AZ 85260 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31296 | 0 |
| 8075 | Signed, Faces Watercolor on Paper | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8076 | Victorian Style Dog & Girl Print | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8077 | Signed Peach Still Life Pencil on Paper | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8078 | Victorian Style  Good Morning  Print | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8079 | G.A. Kadir, Mountain Valley Landscape Acrylic on C | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8080 | Beth Pitcher Still Life Oil on Board | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8081 | Raoul Dufy (1877 - 1953)  Goodwood  Lithograph | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8082 | Signed Abstract Landscape Pencil on Paper | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 8083 | Signed  Sol Madrid  Pencil on Paper | Art | JM28024 | Do Not Mail Checks, Will Pick Up, Cid, Yvonne, 916 E. Bluefield Ave, Phx, AZ 85022 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31286 | 0 |
| 4022 | Vtg. A.E. Meek Makers Banded Iron Trunk | Estate & Personal Property | RH50054 | Erickson, William, 1694 W. Glendale Ave #549, Phx, AZ 85021 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31314 | 0 |
| 9000 | 1912 Luger Erfurt 9mm Pistol | Firearms & Weapons | JM28127 | Eyler, William, 2315 W. Marshall Ave, Phx, AZ 85015 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31282 | 0 |
| 9001 | Colt Kansas Centennial SA Frontier Scout Revolver | Firearms & Weapons | JM28127 | Eyler, William, 2315 W. Marshall Ave, Phx, AZ 85015 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31282 | 0 |
| 9002 | Pair of Colt Nevada Centennial SA Revolvers | Firearms & Weapons | JM28127 | Eyler, William, 2315 W. Marshall Ave, Phx, AZ 85015 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31282 | 0 |
| 9005 | H&R Arms Company 922 .22 Revolver | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9006 | Ruger Single Six .22 Cal Revolver | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9007 | A.H. Fox Sterlingworth 12 Ga Double Barrel Shotgun | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9008 | Remington Model 722 .222 REM Rifle | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9011 | 65rds. Ammunition & Leather Bandolier Belt | Antiques & Collectibles | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9012 | Wards Western Field No.47a .22 S-L-LR Rifle | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 9013 | Mossberg 46M .22 S-L-LR Rifle | Firearms & Weapons | JM28184 | Feeney, Michael, 3722 E. Pierson St, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31300 | 0 |
| 2023 | Ron Lee  Circus Band Wagon  Collectible | Antiques & Collectibles | JE13497 | Fisher, Bill,725 W Smoke Tree Rd, Gilbert AZ 85233 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31311 | 0 |
| 8095 | Menashe Kadishman, Pastels Ltd. Print | Art | JE13468 | Hauptman, Robert | 951 W. Watkins Road, Phoenix, AZ 85007 | 31297 | 0 |
| 8096 | Menashe Kadishman, Pastels Ltd. Print | Art | JE13468 | Hauptman, Robert | 951 W. Watkins Road, Phoenix, AZ 85007 | 31297 | 0 |
| 2002 | Baseball Signed Texas Hold 'em Card Table & Chair | Antiques & Collectibles | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 2021 | Hugo Meisel Porcelain Reclined Royalty Figure | Antiques & Collectibles | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 2033a | Native American Teepee Rain Basket | Antiques & Collectibles | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 2292 | Chinese Porcelain Quan Yin Figure | Antiques & Collectibles | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4080 | 24" Vine Ball | Estate & Personal Property | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4081 | Vine Ball 12 in. | Estate & Personal Property | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4082 | Vine Ball 12 in. | Estate & Personal Property | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4083 | Vine Ball 12 in. | Estate & Personal Property | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4084 | Vine Ball 12 in. | Estate & Personal Property | C1 | J Levine Auction & Appraisal LLC, Levine, Josh | 951 W. Watkins Road, Phoenix, AZ 85007 | 31299 | 0 |
| 4003 | 7pc. West Elm Dining Table & Chairs | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4004 | Contemporary Upholstered Iron Bench | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4005 | 2pc. Custom Upholstered Lounge Chairs | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4006 | Nailhead Accent Upholstered Sleeper Sofa | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4007 | 2pc. Upholstered Lounge Chairs | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4008 | West Elm Helvetica Leather Office Chair | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4009 | Rustic Wood Coffee Table | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4010 | Contemporary Dark Wood Cabinet | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4011 | Contemporary Dark Wood Console Table | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4012 | Kravet Furniture Stripe Upholstered Sofa | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4013 | Contemporary Striped Oak Entertainment Console | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4019 | Samsung Smart TV 46" Full 3D 1080p HD LED LCD TV | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4025 | Contemporary Dark Wood Clothing Armoire | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4050 | Cedar Rolling Cart | Estate & Personal Property | RH50063 | Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |

| Item | Description | Category | Consignor | Location | | |
|---|---|---|---|---|---|---|
| 4051 | Contemporary Darkwood Accent Table | Estate & Personal Property | RH50063 Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4062 | Creative Ideas Maple Filing Cabinet | Estate & Personal Property | RH50063 Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4064 | 2pc. Rolling Maple File Cabinets | Estate & Personal Property | RH50063 Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 4085 | Locking Metal File Cabinet | Estate & Personal Property | RH50063 Johnson Prusak, Julie, 3219 E. Camelback Rd. #786, Phx, AZ 85018 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31291 | 0 |
| 1023 | 14k Gold & Cultured Pearl Asian Cufflinks | Jewelry & Watches | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 1024 | 1959 10k Gold & Ruby Class Ring | Jewelry & Watches | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 1025 | 14k Gold Band | Jewelry & Watches | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 1035 | Assorted Costume Jewelry Tray Lot | Jewelry & Watches | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2001 | Monumental Hand Carved Cherry Amber Kwan Yin Figur | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2256 | 2pc. Chinese Import Pottery Blue & White Pot | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2268 | Japanese Silk Butterfly Kimono | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2269 | Japanese Silk Heron Pattern Kimono | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2270 | Custom Nishiguchi Leather Jacket | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2271 | Silk Peacock Feather Pattern Kimono | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2272 | Hand Woven Persian Medallion Accent Rug | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2273 | United Polo International Leather Clutch | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2274 | Hand Painted Buddha Bust | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2275 | 3pc. Import Pottery Ginger Jars & Vase | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2276 | 3pc. Framed Pinned Butterfly Displays | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2277 | Japanese Samurai Ornamental Armor | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2278 | 3pc. Vtg. Japanese Kyusu Herbal Pottery Teapots | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2280 | 2pc. Asian Cloisonne Eggs | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2281 | Asian Etched Pewter Tea Caddy | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2282 | Asian Red Lacquered Box | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2283 | Imari Style Ginger Jar | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2284 | Chinese Import Pottery Peacock Pattern Jar | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2285 | Mid-Century Modern Elco Ice Bucket | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2286 | Asian Pagoda Style Brass Accent Jewelry Box | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2287 | 4pc. Children s Kimono Accessories Kit | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2288 | 13pc. China Teapot & Tea Cup Sets | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2289 | 9pc. Vintage Hat Collection | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 2290 | 2pc. Minolta Maxxum 450si & SRT101 Film Cameras | Antiques & Collectibles | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4001 | Pair of Monumental Chinese Hand Painted Palace Urn | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4002 | Four Tier Chinoiserie Black Lacquered Chest | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4014 | Mid-Century Modern Brass Arc Floor Lamp | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4015 | Mid-Century Style Brushed Metal Base Dining Table | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4018 | Redwood Pagoda Style Accent Table | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4024 | Blue & White Import Pottery Umbrella Stand | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4032 | Chinese Carved Wood Pedestal Table | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4033 | Chinese Import Pottery Koi Pot | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4034 | Ornate Chinoiserie Overlay Cabinet | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4035 | Michael Howard Cambridge Cherry Headboard | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4036 | Contemporary Chrome Glass Top Side Table | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4037 | Chinoiserie Black Lacquered Chest | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4038 | Chinoiserie Black Lacquered Chest | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4039 | Chinoiserie Black Lacquered Chest | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4040 | Chinoiserie Black Lacquered Overlay Chest | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4041 | Michael Howard Cherry Vanity Cabinet | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4066 | Hand Painted Asian Four Panel Privacy Screen | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4067 | Chinese Import Pottery Table Lamp | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4068 | Hand Painted Import Pottery Table Lamp | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4069 | 4pc. Chinoiserie Black Lacquered Overlay Panels | Estate & Personal Property | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 9003 | Burgo Model NR 130 .22 Short Revolver | Firearms & Weapons | RH50089 Jung, Michael | 951 W. Watkins Road, Phoenix, AZ 85007 | 31288 | 0 |
| 4079 | 4pc. Red Mahogany Office Desk | Estate & Personal Property | DD15798 Luther, Barbara, 7623 N. Via Camello Del Sur, Phx, AZ 85258 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31293 | 0 |
| 8035 | Earl Linderman  Racecar Dreams  Acrylic on Canvas | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8037 | Earl Linderman  Kit Kat Love  Acrylic on Canvas | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8038 | Earl Linderman  King Kong  Acrylic on Canvas | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8039 | Earl Linderman  Baby You re the One  Acrylic on Ca | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8040 | Earl Linderman  Goldilocks & Two Bears  Acrylic on | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8041 | Earl Linderman  Midnight at the Blue Wol Acrylic c | Art | DD15710 Mark Brenner 10%, Linderman, Earl, 10607 E. Autumn Sage Dr, Scottsdale, AZ 85255 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31280 | 0 |
| 8032 | Alec Macdonald  Driving Off  Ltd. Print | Art | JM282076 McCarthy, Michael, 5221 E. Janice Way, Scottsdale, AZ 85254 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31279 | 0 |
| 8033 | Frank McCarthy  The Loner  Ltd. Print | Art | JM282076 McCarthy, Michael, 5221 E. Janice Way, Scottsdale, AZ 85254 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31279 | 0 |
| 4091a | GE Profile Arctica Side by Side Refrigerator | Estate & Personal Property | JM28177 McCartney, Kelly, 6350 E Carolina Drive, Scottsdale, AZ 85254 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31313 | 0 |
| 1026 | 2pc. 20th C. African Bronze & Copper Bracelets | Jewelry & Watches | JE13807  Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1027 3pcs. 20th C. African Bronze & Copper Bracelets | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1028 2pc. 20th C. Central American Wood Necklaces | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1029 Latin American Beaded Necklace | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1030 Latin American Beaded Necklace | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1031 Latin American Beaded Necklace | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1032 Latin American Beaded Necklace & Bracelet | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1033 Latin American Beaded Necklace & Bracelet | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 1034 Latin American Beaded Necklace & Bracelet | Jewelry & Watches | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2016 Fender Custom Shop Ltd. Ed. Hardshell Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2017 Vintage Gibson  Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2018 1967 Rickenbacker Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2024 Nikon Digital D700 Camera & Tripod | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2025 Nikon Digital D90 Camera & Tripod | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2026 Hardshell Ibanez Iceman Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2027 Hardshell Acoustic Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2028 Hiscox Lowden Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2029 Vintage Hardshell Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2030 Rickenbacker Electro Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2031 Vintage Hardshell Instrument Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2032 Vintage Hardshell Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2033 Vintage Conn Instrument Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2034 Vintage Gibson Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2035 Vintage Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2036 Severinsen Series Conn Instrument Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2037 Alligator Style Electric Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2039 Gator Hardshell Guitar Case | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2042 East Asian Topshuur Two String Plucked Lute | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2043 African Dono Tension Drum | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2044 Assorted Bowed Instrument  & Bow Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2045 Bardak Cutirica Eathenware Plum Brandy Canteen | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2046 3pc. Nepalese Bowed Lutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2047 5pc. Tribal Horn & Instrument Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2048 Nepalese Shaman Phurba Ritual Totem | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2049 Vintage Shaker & Bell Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2050 Vintage Dancing Clown Music Box | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2051 3pc. Tribal Shakers | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2052 3pc. Flute & Whistle Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2053 Hand Woven Birch Bark Basket | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2054 African Kora Bowed Lute | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2055 African Kissani Lamellaphone | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2056 2pc. African Tension Drum & Shaker Drum | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2057 5pc. Bamboo Dizi Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2058 6pc. Tribal Flute Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2059 4pc. Double Bore Carved Wood Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2060 7pc. Tribal Carved Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2061 5pc. Ornate Carved Double Barrel Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2062 3pc. Carved Double Barrel Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2063 12pc. Carved Tribal Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2064 2pc. Oaxaca Carved Drums | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2065 3pc. Double Barrel Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2066 Oceania Carved Crocodile Vessel | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2067 Assorted Clarinet Sections & Mouthpiece Covers | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2068 12pc. South Asian Banshi Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2069 3pc. Paddle & Drum Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2070 2pc. Fender Guitar Straps | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2071 South Asian Sarinda Bowed Lute | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2072 6pc. Fretless Zither Necks & Bodies | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2073 7pc. Drum Mallet & Drum | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2074 4pc. East Asian Xun Vessel Flutes | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2075 Ornate Woven Thread Pouch | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2078 Sri Swapan Monkey Mask | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2079 2pc. African Flute & Shaman Stick | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2080 4pc. African Leather Wrapped Horns | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2081 Shaker & Gourd Instrument Lot | Antiques & Collectibles | JE13807 | Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |

| Item | Category | Consignor | Address | Code | |
|---|---|---|---|---|---|
| 2082 Assorted Horn & Reed Lot | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2083 Hercules Guitar Stand & Pitch Finders | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2084 6pc. Vintage Flute Cases | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2085 3pc. Musical Instrument Cases | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2086 3pc. Vintage Instruments Cases | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2087 Hardshell Plucked Lute Instrument Case | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2088 Plucked Lute Instrument Case | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2089 7pc. Assorted Instrument Bags | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2090 Reinforced Canvas Horn Case | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2091 Conn Hardshell French Horn Case | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2092 Vintage Wood Violin Case | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2093 3pc. Vintage Instrument Case Lot | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2094 3pc. Vintage Instrument Cases | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2095 4pc. Vintage Violin Cases | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2096 Assorted Native American Culture & Study Books | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2097 5pc. Music & Tequila Coffee Table Books | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2098 Musical & Encyclopedic Library Collection | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2191 Latin American Raramuri Wool Blanket | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2192 Large Padded Instrument Cover | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2193 African Bogolan Textile | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2194 African Bogolan Textile | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2195 African Bogolan Textile | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2196 Southeast Asian Puppet Theater Screen | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2197 Large Instrument Cover | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2198 East Asian Obi Sash | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2199 South Asian Dress & Wedding Shoes. | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2250 Serbian Torba Wool Bag | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2251 Serbian Flatweave Area Rug | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2252 East Asian Silk Kimono | Antiques & Collectibles | JE13807 Musical Instrument Museum (MIM), Forde, Debbie, 4725 W Mayo Blvd, Phx, AZ 85050 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31273 | 0 |
| 2020 Hand Woven Navajo Sun Basket | Antiques & Collectibles | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 2296 4pc. Hand Woven Native American Baskets & Pendant | Antiques & Collectibles | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 2297 Hand Woven Navajo Sash/Belt | Antiques & Collectibles | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8097 Herbert Holer, Sitting Room Giclee | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8098 Guillaume Azoulay, Running Horses Lithograph | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8099 Asian Foo Dog Lithograph | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8100 J. Conrad Wood  Flying High  Lithograph | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8101 Barbara McCann, Summer Home Embellished Giclee | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8102 Signed, Family Beach Scene Ltd. Print | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8103 Guillaume Azoulay, Kicking Horse Lithograph | Art | JM28185 Pick Up, McDonald, Jaeson, 7572 W. Ocitillo, Glendale, AZ 85303 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31298 | 0 |
| 8026 Wladyslaw Brzosko, Vegetable Still Life Oil on Can | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 8027 Wladyslaw Brzosko, Forest Scene Oil on Canvas | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 8028 Wladyslaw Brzosko  Park Tryon II  Oil on Canvas | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 8029 Wladyslaw Brzosko  Three Boats & Red Barges Oil on | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 8030 Wladyslaw Brzosko  Margritte Bush  Oil on Canvas | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 8031 Wladyslaw Brzosko  Blossoming Bush  Oil on Canvas | Art | DD15796 Picks up Check, Elam, Ruby,120 N. Val  Vista Drive Lot 91, Mesa AZ 85213 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31274 | 0 |
| 2022 Native American Arrowhead & Spearhead Display | Antiques & Collectibles | RH50074 Snail mail reports, Marler, Kenneth, 3516 E. Monica Ave, Phx AZ 85032 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31315 | 0 |
| 2253 2pc. Onyx Bookends | Antiques & Collectibles | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 2254 Liberty Mfg. Co. Howdy Doody Metal Lunch Box | Antiques & Collectibles | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 2255 Aladdin Hopalong Cassidy Metal Lunch Box | Antiques & Collectibles | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4016 Palliser Euro Leather Recliner & Ottoman | Estate & Personal Property | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4017 Palliser Euro Leather Recliner & Ottoman | Estate & Personal Property | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4026 Pier 1 Tufted Upholstery Accent Chair | Books | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4027 Early 20th C. Burl Veneer Side Table | Estate & Personal Property | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4030 Pottery Barn Gold Tone Ring Table Lamp | Estate & Personal Property | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 4031 Cast Metal Greco Roman Figural Table Lamp | Estate & Personal Property | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 8074 Deborah Liszt  Anticipation  Hand Embellished Prin | Art | JM28104 Temple, Terry, 4218 N 19th Pl, Phx, AZ 85016 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31284 | 0 |
| 2293 East Asian Brass Ceremonial Candleholder Boat | Antiques & Collectibles | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 2294 East Asian Brass Tip Centerpiece | Antiques & Collectibles | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4020 Ornate Inlay Black Lacquered Bar Cart | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4021 2pc. Asian Motif Brass & Black Lacquer Nightstands | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4023 Ornate Asian Motif Brass & Black Lacquer Chest | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4074 4 Panel Bone & Abalone Asian Motif Privacy Screen | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4075 Early 20th C. Oak Hanging Mirror | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 4077 2pc. Inlaid Brass Urn Table Lamps | Estate & Personal Property | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 8084 Chaiy Ng, Dancing Woman Gouache on Paper | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8085 Chaiy Ng, Dancing Woman Gouache on Paper | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8086 Chaiy Ng, Dancing Woman Gouache on Paper | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8087 Chaiy Ng, Dancing Woman Gouache on Paper | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8088 East Asian Temple Carving Foam Wall Hanging | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8089 Signed Horse Battle Mixed Media on Board | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8090 East Asian Temple Deity Foam Carving. | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8091 East Asian Temple Scene Foam Carving | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8092 Le Minh, Portrait of a Girl Oil on Board | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8093 East Asian Carriage Scene Temple Rubbing | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 8094 Asian Horse Race Print | Art | RH50090 Throop, Richard | 951 W. Watkins Road, Phoenix, AZ 85007 | 31295 | 0 |
| 2003 Tracy Beeler (b. 1958) "Indian Maiden" Bronze | Art | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2004 Ruby Panana Zia Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2005 Mae Mutz (1922-1998) Hopi Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2006 Joy Navasie Frog Woman Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2007 Mae Mutz (1922-1998) Hopi Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2008 Paqua Naha Frog Woman Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2009 Atq. Native American Santa Clara Blackware Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2010 Linda Guzman Native American Apache Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2011 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2012 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2014 Archie Castleberry Souix Ghost Dance Apostle Bronz | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2015 Mae Mutz (1922-1998) Hopi Native American Pottery | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2099 Vtg. Junghans Regulator Hanging Clock | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2100 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2101 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2102 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2103 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2104 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2105 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2106 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2107 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2108 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2109 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2110 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2111 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2112 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2113 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2114 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2115 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2116 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2117 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2118 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2119 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2120 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2121 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2122 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2123 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2124 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2125 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2126 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2127 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2128 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2129 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2130 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2131 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2132 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2136 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2137 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2138 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2139 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2140 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2141 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2142 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2143 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2144 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2145 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2146 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2147 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2148 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2149 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2150 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2151 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2152 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2156 2pc. G. Ohmsatte Hornet & Mt. Lion Kachinas | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2157 Hopi Sun Kachina | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2158 2pc. H. Kinney Sheep & Konin Kachinas | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2159 2pc. H. Kinney Wupamo & Morao Kachinas | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2160 2pc. H. Kinney Auga & Eototo Kachinas | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2161 H. Kinney Nangasohu Kachina | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2162 Randall Sahmie Mas tof Kachina | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2163 Randall Sahmie Mudhead Kachina | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2164 Vintage Hand Woven Native American Plate Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2165 Papago Woven Eagle Basket Plate | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2166 Papago Hand Woven Butterfly Basket Plate | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2167 Hand Woven Native American Basket Plate | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2168 2pc. Hand Woven Papago Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2171 2pc. Papago Woven Native American Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2172 Betty Selby Native American Pottery Vase | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2175 Marilyn Shula Native American Pottery | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2176 Mae Mutz (1922-1998) Hopi Native American Pottery | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2178 2pc. Papago Woven Owl Basket Figures | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2179 2pc. Papago Woven Native American Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2180 4pc. Papago Woven Native American Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2181 3pc. Papago Woven Native American Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2182 2pc. Native American Woven Basket Vases | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2183 3pc. Hand Woven Native American Mini Baskets | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2184 Hand Woven Papago Native American Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2185 Hand Woven Apache Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2186 Hand Woven Papago Native American Basket Plate | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2187 3pc. Native American Woven Baskets | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2188 Hanging Wicker Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2189 Hand Woven Apache Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2190 2pc. Papago Woven Native American Basket Plates | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2200 Native American Apache Handled Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2201 Native American Apache Basket w/figural Design | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2202 Large Native American Apache Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2203 Large Native American Apache Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2204 Native American Apache Jingle Cone Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2205 3pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2206 3pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2207 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2208 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2209 Native American Apache Basket w/ Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2210 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2211 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2212 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2213 2pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2214 3pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2215 5pc. Native American Apache Jingle Burden Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2216 20th C. Native American Apache Hand Woven Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2217 Native American Hand Woven Basket | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2219 Native American Santa Clara Blackware Pottery | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2220 Hand Carved Jade Buddha Sculpture w/ Wood Base | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2221 Diplomystus Fish 52 Million Year Old Fossil | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2222 Atq. Hand Made Native American Pottery | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 2226 Native American Minitaure Cradleboard & Jewelry | Antiques & Collectibles | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8042 Beatien Yazz Big Wind Gouache on Paper | Art | JE13986 | Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 8043 Jerry Lee  The Race is On  Gouache on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8045 Duke W. Sine (b. 1921)  How the People Pushed Up W | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8047 Warner, Yei Spirit Acrylic on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8048 Carl Carpenter, Forest Scene Watercolor on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8051 Chinese Floral Scene Silk Needlepoint | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8054 Theodore Frick, Portrait of a Native Amer Oil on C | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8055 Chinese Floral Scene Silk Needlepoint | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8056 Jerry Lee  Winter in Navajoland  Gouache on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8057 S. Riley  Earth Year 1986  Lithograph | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8058 Tenvo, Desert Scene Oil on Board | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8059 Robert Freeman  Two Lances  Etching | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8060 T. James, Wrangler Ink on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8061 Irene Manka  Just Reading  Watercolor on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8062 Lucien Vannerson  Desert Splendor  Oil on Board | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8063 David Paladin  Father Badger  Gouache on Paper | Antiques & Collectibles | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8065 Micheal McCarthy "Cows at the Fork" Etching | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8067 Robert Wagner  Red Rocks of Sedona  Watercolor or | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8069 Armand Durand  Christ Before Pilate' Etching | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8070 Ron Ropp, Red Rocks Watercolor on Paper | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8071 R.C. Gorman "Zia Jar" Lithograph | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |
| 8073 James R.  Nymph  Etching | Art | JE13986  Xuan, Huifang,2022 N Atwood, Mesa AZ 85207 | 951 W. Watkins Road, Phoenix, AZ 85007 | 31281 | 0 |

# United States Bankruptcy Court
## District of Arizona

In re __J. Levine Auction & Appraisal LLC__      Case No. __2:19-bk-02843-SHG__
             Debtor(s)      Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 35,000.00 |
| Prior to the filing of this statement I have received | $ | 35,000.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
           **(a) advising and assisting the Debtor with respect to the obligations and limitations imposed upon it as a debtor in bankruptcy; (b) advising the Debtor with respect to the continued operation of its business while in bankruptcy; (c) advising the Debtor with respect to the treatment of claims against its bankruptcy estate and the assumption or rejection of executory contracts; (d) preparing pleadings and applications and attending all hearings and examinations necessary to the proper administration of the Chapter 11 case; (e) advising and assisting the Debtor in the formulation and presentation of a plan of reorganization; and (f) any other necessary action concerning any of the above-mentioned matters**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March 29, 2019__            **/s/ Wesley D. Ray**
*Date*                          **Wesley D. Ray 026351**
                                *Signature of Attorney*
                                **Sacks Tierney P.A.**
                                **4250 N Drinkwater Blvd.**
                                **4th Floor**
                                **Scottsdale, AZ 85251-3693**
                                **480-425-2600  Fax: 480-970-4901**
                                **Wesley.Ray@sackstierney.com**
                                *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re __J. Levine Auction & Appraisal LLC__      Case No. __2:19-bk-02843-SHG__

            Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Josh Levine**<br>**4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | | | **100% of Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 29, 2019__        Signature __/s/ Joshua Levine__

                                                   __Joshua Levine__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.