Fill in this information to identify the case:

Debtor name: **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:19-bk-02843-SHG**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 650448 Dallas, TX 75265 | | Credit card purchases | | | | $57,242.87 |
| Arcarius/ Velocity Capital Group 91 Carmon Ave Cedarhurst, NY 11516 | | Future receiveables, accounts receiveables, accounts and contracts rights | Disputed | $150,000.40 | $6,027.42 | $143,972.98 |
| Arizona Dept of Revenue 2005 N Central Ave, Suite 100 Phoenix, AZ 85004 | | Taxes | | | | $75,080.52 |
| BNC Bank 20175 N 67th Avenue Glendale, AZ 85308 | | Accounts Receivable/ Inventory/ Equipment, Instruments and Chattel Paper/ General Intangibles/ Documents | | $245,822.53 | $6,027.42 | $245,822.53 |
| Danielle Rovinsky 6317 N. 10th Pl Phoenix, AZ 85014 | | Consignment Contract | | | | $27,139.40 |
| Donovan's Steak & Chop House Attn: Aaron Selles 5315 Avenida Encinas, Ste 250 Carlsbad, CA 92008 | Aaron Selles | | | | | $39,765.05 |
| Gary Robinson 13043 Moody River Parkway North Fort Myers, FL 33903 | | Loan | Disputed | | | $48,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| George McNeil 10270 N. 103rd Pl Scottsdale, AZ 85258 | | Accounting Services | | | | $80,000.00 |
| Green Capital Funding, LLC 116 Nassau Street, Suite 804 New York, NY 10038 | | All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, gen | Disputed | $90,000.00 | $6,027.42 | $90,000.00 |
| John Trump 2089 Platt Cline Flagstaff, AZ 86005 | | Consignment Contract | | | | $95,351.41 |
| Kabbage 925B Peachtree Street NE, Ste 1688 Atlanta, GA 30309 | | All accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property, letter of cred | Disputed | $90,054.13 | $6,027.42 | $90,054.13 |
| Kalamata Capital Group/ Kings Cash Group c/o Berkovitch & Bouskila, PLLC 1330 6th Ave Suite 600B New York, NY 10019 | | All accounts, chattel paper, documents, equipment, general intagibles, instruments, inventory, proceeds, funds at any time in Guarantor's account, pre | Disputed | $156,056.84 | $6,027.42 | $156,056.84 |
| Kash Capital 475 Northern Blvd Great Neck, NY 11021 | | All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, gen | Disputed | $90,000.00 | $6,027.42 | $90,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nawaz A Qureshi & Kelly S. Lowery<br>PO Box 13018<br>Las Vegas, NV 89112 | | Over 90 days old: Accounts Receivable/ inventory | | $2,190,942.43 | $6,027.42 | $2,190,942.43 |
| PayPal/ LoanBuilder/ Swift Capital<br>3505 Silverside Road, Suite 200<br>Wilmington, DE 19810 | | Security interest in and to all of present and fruture accounts, receivables, chattel, deposit accounts, personal property, assets and fixtures, gener | | $50,178.72 | $6,027.42 | $50,178.72 |
| Region Capital<br>323 Sunny Isles Blvd Suite 501<br>Sunny Isles, FL 33160 | | All accounts, chattel paper, documents, equipment, general intangibles, instrumenst , inventory, proceeds, funds at any time in Guarantor's account, p | Disputed | $127,210.00 | $6,027.42 | $127,210.00 |
| Relentless Accountability<br>18841 N 94th Way<br>Scottsdale, AZ 85255 | | Services | | | | $28,749.39 |
| Second Wind Enterprises, LLC<br>Attn: Ray Dankel<br>8110 E. Del Tiburon Drive<br>Scottsdale, AZ 85258 | | Accounts, chattel paper, instrumnets, documents, general intangibles, letter of credit rights, supporting obligations, deposit accounts, investment pr | | $550,000.00 | $6,027.42 | $550,000.00 |
| Sima Madison<br>7351 E. Speedway Blvd. , APT # : 21 H<br>Tucson, AZ 85710 | | Loan | | | | $248,000.00 |
| Sima Madison<br>7351 E. Speedway Blvd. , APT # : 21 H<br>Tucson, AZ 85710 | | Consignment Contract | | | | $135,800.70 |