☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*   **A/B, D, and E/F**
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2019**   X */s/ Joshua Levine*
                                Signature of individual signing on behalf of debtor

                                **Joshua Levine**
                                Printed name

                                **Sole Member**
                                Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **151,718.56**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $     **484,900.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $     **636,618.56**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,813,810.82**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **97,936.63**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **1,729,810.84**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $     **5,641,558.29**

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Business Checking** | 8721 | $0.00 |
| 3.2. | **Sunflower Bank** | **Business Checking** | 2517 | $49,672.79 |
| 3.3. | **Comerica Bank** | **Business Savings** | 3381 | $475.06 |
| 3.4. | **PayPal Account** | | 1070 | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Escrow** | 4460 | $50.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | | $50,197.85 |
| --- | --- | --- |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1. **Security Deposit for lease of 951 W. Watkins Rd, Phoenix, AZ 85007**                                $37,215.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                    $37,215.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:          **6,027.42**    -          **0.00**    =....          **$6,027.42**
face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                    **$6,027.42**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Inventory** | | **Unknown** | | **$53,550.00** |

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | | | **$53,550.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Office furniture and fixtures.** **See Schedule 1 attached hereto for a list.** | **Unknown** | | **$43,469.17** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment; $184,616.08** **Computer Equipment; $66,920.48** **See Schedule 1 attached hereto for a list.** | **Unknown** | | **$251,536.56** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$295,005.73** |
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2015 Ford Cargo Van** | Unknown | Kelley Blue Book | $14,794.00 |
| 47.2.  **2015 Ford Cargo Van** | Unknown | Kelley Blue Book | $20,610.00 |
| 47.3.  **2001 International Truck** | Unknown | Autotrader | $7,500.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Office Equipment leased from Navitas Credit<br>Corporation** | Unknown | | Unknown |

| **51.** | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $42,904.00 |
|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 55.1. | **Lease of property located at 951 W. Watkins Rd, Phoenix, AZ 85007** | | Unknown | | Unknown |

55.2.   **Leasehold Improvements**        Unknown          $151,718.56

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$151,718.56

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property**<br>**J. Levine Auction & Appraisal LLC cell phone application** | Unknown | | Unknown |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 7 of 78

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71.**    **Notes receivable**<br>Description (include name of obligor) | |
| **72.**    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**    **Interests in insurance policies or annuities**<br>**Acuity represented by Premier Southwest Insurance Group**<br>**- Property , General Liability, Automobile, Excess Liablity, Employee Benefits Liability, Employment-Related Practices Liability** | **$0.00** |
|       **AmTrust - workers' compensation insurance policy** | **$0.00** |
|       **Sun Life - life insurance policy for employees** | **$0.00** |
|       **United Healthcare - health insurance policy for employees** | **$0.00** |

| **74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| --- | --- |
| **Balance owed Debtor for payments on 2011 Ford Transit Van** | **Unknown** |

| Nature of claim | Payments made on behalf of EJ's Auctions on the Go, LLC |
| --- | --- |
| Amount requested | **$2,241.00** |

| **Medical coverage paid by Debtor for former EJ's Auctions on the Go, LLC employees** | | **Unknown** |
| --- | --- | --- |
| Nature of claim | | |
| Amount requested | **$12,326.07** | |

| **Dental coverage paid by Debtor for former EJ's Auctions on the Go, LLC employees** | | **Unknown** |
| --- | --- | --- |
| Nature of claim | | |
| Amount requested | **$498.38** | |

**Lease of printer to EJ's Auctions on the Go, LLC**      **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$5,476.60** |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**J Levine Auction & Appraisal LLC et al. v. Promo 360 LLC, et al.**
**Case No. CV2015-055426 - Maricopa County Superior Court**      **Unknown**

| Nature of claim | Judgment in favor of Debtor |
|---|---|
| Amount requested | **$0.00** |

---

**J. Levine Auction & Appraisal, LLC v. Michael Connernan and Jane Doe Connernan**
**Case No. CV2012-053808 - Maricopa County Superior Court**      **Unknown**

| Nature of claim | Judgment in favor of Debtor |
|---|---|
| Amount requested | **$0.00** |

---

**Claim to commission upon any future sale of a painting believed to have been painted by Jackson Pollack.**      **Unknown**

| Nature of claim | Commission |
|---|---|
| Amount requested | **$0.00** |

---

**Shaloi Steinhauer**      **$0.00**

| Nature of claim | Potential claims for conversion |
|---|---|
| Amount requested | **$0.00** |

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**      **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,197.85** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$37,215.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$6,027.42** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$53,550.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$295,005.73** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$42,904.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$151,718.56** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$484,900.00** | + 91b. **$151,718.56** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$636,618.56** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Case 2:19-bk-02843-SHG   Doc 75   Filed 04/15/19   Entered 04/15/19 16:20:26   Desc
Main Document      Page 10 of 78

Debtor name   **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:19-bk-02843-SHG**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **American Express** | Describe debtor's property that is subject to a lien | **Unknown** | **$6,027.42** |

**American Express**
Creditor's Name

**4315 South 2700 West**
**PO Box 29071**
**Salt Lake City, UT 84184**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BNC Bank**
**2. American Express**
**3. Nawaz A Qureshi & Kelly S. Lowery**
**4. Second Wind Enterprises, LLC**
**5. Headway Capital**
**6. Green Capital Funding, LLC**
**7. PayPal/ LoanBuilder/ Swift Capital**
**8. Kash Capital**
**9. Kabbage**
**10. Arcarius/ Velocity Capital Group**
**11. Kalamata Capital Group/ Kings Cash Group**
**12. Region Capital**

Describe debtor's property that is subject to a lien
**Accounts Receivable; all assets of the Debtor, whether now owned or hereafter aqcquired or arising.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Case 2:19-bk-02843-SHG   Doc 75   Filed 04/15/19   Entered 04/15/19 16:20:26   Desc
Main Document   Page 11 of 78

**2.2** **Arcarius/ Velocity Capital Group**
Creditor's Name

**91 Carmon Ave**
**Cedarhurst, NY 11516**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/13/18**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Future receiveables, accounts receiveables, accounts and contracts rights**

Describe the lien
**Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that all apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$150,000.40    $6,027.42

---

**2.3** **BNC Bank**
Creditor's Name

**20175 N 67th Avenue**
**Glendale, AZ 85308**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/6/13**
Last 4 digits of account number
**9702**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Accounts Receivable/ Inventory/ Equipment, Instruments and Chattel Paper/ General Intangibles/ Documents**

Describe the lien
**Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$245,822.53    $6,027.42

---

**2.4** **Financial Pacific Leasing**
Creditor's Name
**3455 S 344th Way, Suite 300 PO Box 4568**
**Federal Way, WA 98063**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All equipment and other personal property subject of that certain Agreement relating to Financial Pacific Leasing**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$4,464.03    $0.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 8

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | Describe debtor's property that is subject to a lien | $8,950.00 | $20,610.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford Cargo Van**

**PO Box 790093**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2428**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Credit** | Describe debtor's property that is subject to a lien | $5,061.04 | $14,794.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford Cargo Van**

**PO Box 790093**
**Saint Louis, MO 63179-0093**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Green Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $90,000.00 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments, and inventory**

**116 Nassau Street, Suite 804**
**New York, NY 10038**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 13 of 78

**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**10/16/18**

**Last 4 digits of account number**

**3052**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.8 | **Headway Capital** | | **Describe debtor's property that is subject to a lien** | $22,289.33 | $6,027.42 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**175 W. Jackson Blvd, Ste 1000**
**Chicago, IL 60604**

Creditor's mailing address

**Describe the lien**

**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**4/3/18**

**Last 4 digits of account number**

**6418**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.9 | **Kabbage** | | **Describe debtor's property that is subject to a lien** | $90,054.13 | $6,027.42 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**All accounts, deposit accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, investment property, letter of credit rights, commercial tort claims and as-extracted collateral, all patents, trademarks**

**925B Peachtree Street NE, Ste 1688**
**Atlanta, GA 30309**

Creditor's mailing address

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**11/26/18**

**Last 4 digits of account number**

**7463**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 14 of 78

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 0 | **Kalamata Capital Group/ Kings Cash Group** | | $156,056.84 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**c/o Berkovitch & Bouskila, PLLC**
**1330 6th Ave Suite 600B**
**New York, NY 10019**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/21/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**All accounts, chattel paper, documents, equipment, general intagibles, instruments, inventory, proceeds, funds at any time in Guarantor's account, present and future electronic check transactions**

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **Kash Capital** | | $90,000.00 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**475 Northern Blvd**
**Great Neck, NY 11021**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/23/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**All accounts, including without limitation, all deposit accounts, accounts-receivable, and other receivables, chattel paper, documents, equipment, general intangibles, instruments and inventory**

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Navitas Credit Corporation** | Describe debtor's property that is subject to a lien | $32,781.37 | $196,638.98 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Creditor's Name**

**201 Executive Center Drive, Suite 100**
**Columbia, SC 29210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6052**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Office Equipment**

**Describe the lien**
**Lease of Office Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Nawaz A Qureshi & Kelly S. Lowery** | **Describe debtor's property that is subject to a lien** | $2,190,942.43 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**Accounts Receivable/ inventory**

**PO Box 13018**
**Las Vegas, NV 89112**

Creditor's mailing address

**Describe the lien**
**Loans**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/1/16-$500,000;**
**12/28/16-$400,000;**
**8/1/17-$1,000,000;**
**12/12/18-$300,000**

**Last 4 digits of account number**
**7904**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **PayPal/ LoanBuilder/ Swift Capital** | **Describe debtor's property that is subject to a lien** | $50,178.72 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**Security interest in and to all of present and fruture accounts, receivables, chattel, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment and inventory.**

**3505 Silverside Road, Suite 200**
**Wilmington, DE 19810**

Creditor's mailing address

**Describe the lien**
**Loan**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/18/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 5 | **Region Capital** | Describe debtor's property that is subject to a lien | $127,210.00 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**All accounts, chattel paper, documents, equipment, general intangibles, instrumenst , inventory, proceeds, funds at any time in Guarantor's account, present anf future electronic check transactions**

**323 Sunny Isles Blvd Suite 501**
**Sunny Isles, FL 33160**
Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 6 | **Second Wind Enterprises, LLC** | Describe debtor's property that is subject to a lien | $550,000.00 | $6,027.42 |
|---|---|---|---|---|

Creditor's Name

**Accounts, chattel paper, instrumnets, documents, general intangibles, letter of credit rights, supporting obligations, deposit accounts, investment property, inventory, equipment, fixtures, monies, personal property**

**Attn: Ray Dankel**
**8110 E. Del Tiburon Drive**
**Scottsdale, AZ 85258**
Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2016 - $1,000,000; refinanced 3/26/18 - $662,000**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 7 of 8

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

     **Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$3,813,810.8 2** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BNC Bank c/o Ryley Carlock & Applewhite**<br>**Attn: John Fries**<br>**One N Central Ave Ste 1200**<br>**Phoenix, AZ 85004** | Line __2.3__ | |
| **Ford Motor Credit**<br>**c/o Buchalter - Attn: Nancy K. Swift**<br>**16435 North Scottsdale Road, Suite 440**<br>**Scottsdale, AZ 85254** | Line __2.5__ | |
| **Kalamata Capital Group**<br>**80 Broad Street, 12th Floor**<br>**New York, NY 10004** | Line __2.10__ | |
| **Kalamata Capital Group**<br>**7315 Wisconsin Ave, Ste 950**<br>**Bethesda, MD 20814** | Line __2.10__ | |
| **Kash Capital**<br>**c/o Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209** | Line __2.11__ | |
| **Navitas Credit Corp**<br>**111 Executive Center Drive, Suite 102**<br>**Columbia, SC 29210** | Line __2.12__ | |
| **Paypal Working Capital**<br>**Attn: Executive Escalation**<br>**P.O. Box 5018**<br>**Timonium, MD 21094** | Line __2.14__ | |
| **Second Wind Ent. c/o Quarles & Brady**<br>**Attn: Alissa Brice Castenda**<br>**Renaissance One/ Two North Central Ave**<br>**Phoenix, AZ 85004** | Line __2.16__ | |
| **Velocity Capital Group c/o Thomas Frank**<br>**The Law Offices of Mark J. Friedman PC**<br>**66 Split Rock Road**<br>**Syosset, NY 11791** | Line __2.2__ | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-02843-SHG**

■ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Dept of Revenue**<br>**2005 N Central Ave, Suite 100**<br>**Phoenix, AZ 85004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75,080.52** | **$75,080.52** |
|  | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City of Scottsdale**<br>**3939 N. Drinkwater Blvd.**<br>**Scottsdale, AZ 85251** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,972.19** | **$1,972.19** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 19 of 78

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,625.00 | $3,625.00 |
|---|---|---|---|---|
| | **Gregg Granger**<br>**951 W. Watkins Road**<br>**Phoenix, AZ 85007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15,016.27 | $15,016.27 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,242.65 | $2,242.65 |
|---|---|---|---|---|
| | **Josh Levine**<br>**4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages; $1250; $Commsions: $717.90;**<br>**Healthcare Contribution: $274.75** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,000.00 |
| | **Adrienne Lauridsen/ Eye Soar Inc.**<br>**13236 N. 7th St, Unit 4-291**<br>**Phoenix, AZ 85022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number | Basis for the claim:  Consignment Contract<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,734.65 |
| | **Alan Nichals**<br>**6000 N Canon Del Pajaro**<br>**Tucson, AZ 85750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number | Basis for the claim:  Consignment Contract<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.3** | Nonpriority creditor's name and mailing address

Alfredo Molina
3134 E. Camelback Rd.
Phoenix, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,337.64**

---

**3.4** | Nonpriority creditor's name and mailing address

Alfredo Salas
1546 E Fountain St
Mesa, AZ 85203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,337.64**

---

**3.5** | Nonpriority creditor's name and mailing address

Ali Zarrin
9457 S. University Blvd. #174
Highlands Ranch, CO 80126

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,122.90**

---

**3.6** | Nonpriority creditor's name and mailing address

Allan Bernstein
190 Morgan Rd.
Sedona, AZ 86776

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$11.70**

---

**3.7** | Nonpriority creditor's name and mailing address

American Express
P.O. Box 650448
Dallas, TX 75265

Date(s) debt was incurred _
Last 4 digits of account number  __2005__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No  ☐ Yes

**$57,242.87**

---

**3.8** | Nonpriority creditor's name and mailing address

AmTrust
PO Box 6939
Cleveland, OH 44101-1939

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$18,431.00**

---

**3.9** | Nonpriority creditor's name and mailing address

Amy Oroshnik
4848 N Goldwater Blvd #2046
Scottsdale, AZ 85251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,675.50**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.15 |
|---|---|---|---|

**3.10** Nonpriority creditor's name and mailing address

Andera Hernandez
4822 S 40th St
Phoenix, AZ 85040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,048.15**

---

**3.11** Nonpriority creditor's name and mailing address

Andrew Goldstein
23822 N 85th St
Scottsdale, AZ 85255

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$4,960.00**

---

**3.12** Nonpriority creditor's name and mailing address

Andrew Piotrowski
10643 N Frank Lloyd Wright, Suite 202
Scottsdale, AZ 85259

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,556.80**

---

**3.13** Nonpriority creditor's name and mailing address

Andy Bell
39750 N Linda Dr
Cave Creek, AZ 85331

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$18,953.55**

---

**3.14** Nonpriority creditor's name and mailing address

Angelique Berry
11 Glen St
Maiden, MA 02148

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$54.25**

---

**3.15** Nonpriority creditor's name and mailing address

Anna Hall
834 E Marconi Av
Phoenix, AZ 85022

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$252.40**

---

**3.16** Nonpriority creditor's name and mailing address

Anne Wendell
4525 N. 66th Street Unit 34
Scottsdale, AZ 85251

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$573.75**

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document     Page 22 of 78

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$955.15** |
|---|---|---|---|
| | **Annette Schultise** | ☐ Contingent | |
| | **2550 S. San Tan Village Pkwy. Apt. 4046** | ☐ Unliquidated | |
| | **Gilbert, AZ 85295** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$454.00** |
|---|---|---|---|
| | **Anthony Kesman** | ☐ Contingent | |
| | **1305 W White Wood Dr** | ☐ Unliquidated | |
| | **Sun City, AZ 85375** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,335.76** |
|---|---|---|---|
| | **APS** | ☐ Contingent | |
| | **PO Box 2906** | ☐ Unliquidated | |
| | **Phoenix, AZ 85062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Utility__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.75** |
|---|---|---|---|
| | **Arthur Sheppard** | ☐ Contingent | |
| | **7920 E. Camelback Rd.** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$138.50** |
|---|---|---|---|
| | **Asha Sethi** | ☐ Contingent | |
| | **5028 N. Scottsdale Road** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85253** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,287.00** |
|---|---|---|---|
| | **Audrey Hanks** | ☐ Contingent | |
| | **Cecilia Buse Trust 14022 N. Bolivar Dr.** | ☐ Unliquidated | |
| | **Sun City, AZ 85351** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,263.60** |
|---|---|---|---|
| | **AZ Elevator Solutions** | ☐ Contingent | |
| | **208 South River Drive** | ☐ Unliquidated | |
| | **Tempe, AZ 85281** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.00**

**Barbara  Graham**
**7878 E. Gainey Ranch Road #52**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbara  Mark-Dreyfuss**
**12638 N. 78th Street**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62.35**

**Barbara Downs**
**18012 N. 56th Ln.**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,014.90**

**Barbara Luther**
**1855 W Wickenberg Way  #139**
**Wickenburg, AZ 85390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Benito Gatica**
**824 E. Cambridge St.**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.10**

**Betty  Treder**
**530 E. HUnt Hwy  STE 103-481**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.25**

**Bill Combs**
**1933 Savanna Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document       Page 24 of 78

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.10 |
|---|---|---|---|

**Bill Fisher**
**725 W Smoke Tree Rd**
**Gilbet, AZ 85233**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.93 |
|---|---|---|---|

**Blake Staffer**
**7616 E. Mary Sharon Dr.**
**Scottsdale, AZ 85266**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.60 |
|---|---|---|---|

**Bob  Golay**
**2418 S Buttercup**
**Mesa, AZ 85209**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.75 |
|---|---|---|---|

**Bob Saegert**
**7336 E Ironwood Ct**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.20 |
|---|---|---|---|

**Brenda Kirby**
**639 E Charlevoix AV**
**Gilbert, AZ 85297**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |
|---|---|---|---|

**Brent Gibson**
**3022 E. Bloomfield Rd.**
**Phoenix, AZ 85032**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,939.90 |
|---|---|---|---|

**Brian  Bell**
**10390 E. Lakeview Drive #202**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 25 of 78

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
| --- | --- | --- | --- |

**Brumfield Family Trust**
**Attn: Tim Brumfield**
**2108 W. Palomino Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2018

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,542.00 |
| --- | --- | --- | --- |

**BVA Technology Services**
**7201 E Camelback Rd #240**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.30 |
| --- | --- | --- | --- |

**C. N. Spike Flanders**
**808 C Street**
**Silver City, NM 88061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,688.59 |
| --- | --- | --- | --- |

**Capital One**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  9476

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,188.00 |
| --- | --- | --- | --- |

**Carl Scates**
**4246 N. Scottsdale Rd.**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.60 |
| --- | --- | --- | --- |

**Carol Hitchcock**
**PO BOX 1524**
**Cave Creek, AZ 85327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.90 |
| --- | --- | --- | --- |

**Carol Miller**
**5330 N Central Av**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document     Page 26 of 78

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.70** |
|------|------|------|------|

**Caroline Sitler**
**1501 W Sequoia Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.50** |
|------|------|------|------|

**Cassie Martin**
**2275 E. Scenic St.**
**Apache Junction, AZ 85119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.30** |
|------|------|------|------|

**Cathy Poulos**
**9484 E. Adobe Dr.**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.00** |
|------|------|------|------|

**Century Link**
**PO Box 91155**
**Seattle, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,279.00** |
|------|------|------|------|

**CenturyLink**
**Business Services PO Box 52187**
**Phoenix, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$658.60** |
|------|------|------|------|

**Chad Lakridis**
**8175 E Evans Road  #12277**
**Scottsdale, AZ 85267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,291.55** |
|------|------|------|------|

**Chana Tiechtel**
**1246 W 10th St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 27 of 78

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.49 |
|---|---|---|---|

**Charles P. Joyce**
**2971 RT 417 E PO Box 330**
**Wellsville, NY 14895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.00 |
|---|---|---|---|

**Charles Pshaenich**
**28585 N. 114th St.**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.04 |
|---|---|---|---|

**Chase Freedom**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,997.47 |
|---|---|---|---|

**Chase Ink**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit card purchases**

Last 4 digits of account number **1053**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,959.33 |
|---|---|---|---|

**Chase Kookoo Toys**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit card purchases**

Last 4 digits of account number **7496**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,535.10 |
|---|---|---|---|

**Cheryl Schneider**
**14955 W. Crenshaw Drive**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.00 |
|---|---|---|---|

**Christina Nielsen**
**668 Cedar St**
**Central Point, OR 97502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 28 of 78

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.35 |
|---|---|---|---|

**Cindy Richmond**
**4319 N. 29th Street**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.40 |
|---|---|---|---|

**Cindy Beaudry**
**7671 E. Pleasant Run**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.10 |
|---|---|---|---|

**Citi Business**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **2071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,313.64 |
|---|---|---|---|

**Citi Business Card**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **2460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,436.62 |
|---|---|---|---|

**CitiBank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.17 |
|---|---|---|---|

**City of Phoenix**
**200 W. Washington Street**
**Phoenix, AZ 85003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,430.40 |
|---|---|---|---|

**Colleen Guhin**
**13828 N 28th Pl**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,621.00 |
|------|--|--|--|

**Colling Media, LLC**
**14362 N. Frank Lloyd Wright Blvd Ste. 12**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,276.99 |
|------|--|--|--|

**Comerica Master Card**
**PO Box 71203**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **0176**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.80 |
|------|--|--|--|

**Cuauhtemoc Rendon**
**2601 N. 50th Ave.**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.06 |
|------|--|--|--|

**Cybertech Designs LLC**
**305 South Rockford**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.70 |
|------|--|--|--|

**Cyndi Ray**
**7125 S Howard Av, #442**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
|------|--|--|--|

**Cynthia Tyler**
**205 Casa De Corte Via**
**Sedona, AZ 86351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.70 |
|------|--|--|--|

**Dale Johnson**
**7551 E Kael Cirle**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 30 of 78

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.50 |
|---|---|---|---|

**Dale Koehn**
1107 S. 53rd Pl.
Mesa, AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.40 |
|---|---|---|---|

**Dan Andris**
900 S. Canal Dr. #105
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.50 |
|---|---|---|---|

**Daniel Milligan**
1405 S Newberry Ln #A
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,139.40 |
|---|---|---|---|

**Danielle Rovinsky**
6317 N. 10th Pl
Phoenix, AZ 85014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Darren  Lomay**
1202 E. Meadow Lane
Phoenix, AZ 85022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.40 |
|---|---|---|---|

**Darrin Salvemini**
3265 S Holly Ct
Chandler, AZ 85248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.25 |
|---|---|---|---|

**Dave  Brown**
2702 W. Yorkshire #1024
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.70** |
|---|---|---|---|
| | **David  Roach** | ☐ Contingent | |
| | **19109 N. 78th Lane** | ☐ Unliquidated | |
| | **Glendale, AZ 85308** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,252.90** |
|---|---|---|---|
| | **David Blumberg** | ☐ Contingent | |
| | **Empire Wholesale Jewelry** | ☐ Unliquidated | |
| | **5016 Chesebro Rd Suite 102** | ☐ Disputed | |
| | **Agoura Hills, CA 91301** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,269.00** |
|---|---|---|---|
| | **David Brown** | ☐ Contingent | |
| | **8210 Aspen Glen Lane** | ☐ Unliquidated | |
| | **Flagstaff, AZ 86004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.90** |
|---|---|---|---|
| | **David Reimold** | ☐ Contingent | |
| | **2626 E AZ Biltmore Cir, #1** | ☐ Unliquidated | |
| | **Phoenix, AZ 85016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.80** |
|---|---|---|---|
| | **Dawn  Birenbaum** | ☐ Contingent | |
| | **1709 W. Sherman Street Apt 1** | ☐ Unliquidated | |
| | **Phoenix, AZ 85007** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.05** |
|---|---|---|---|
| | **Dean Hall** | ☐ Contingent | |
| | **8637 N. 84th St.** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$481.20** |
|---|---|---|---|
| | **Debbie  Shook** | ☐ Contingent | |
| | **1179 E. Goldcrest Street** | ☐ Unliquidated | |
| | **Gilbert, AZ 85297** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 32 of 78

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,479.40 |
|------|---|---|---|

**Debbie Forde**
**4725 W Mayo Blvd**
**Phoenix, AZ 85050**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.65 |
|------|---|---|---|

**Debbie Meier**
**1169 E Sunset Drive**
**Casa Grande, AZ 85122**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.25 |
|------|---|---|---|

**Debbie Mueldener**
**9986 W Blue Sky Drive**
**Peoria, AZ 85383**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.40 |
|------|---|---|---|

**Deborah Davis**
**1024 East Palo Verde Drive**
**Phoenix, AZ 85014**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.25 |
|------|---|---|---|

**Deborah Kray**
**4820 W Elecktra Lane**
**Glendale, AZ 85310**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
|------|---|---|---|

**Deborah Ratkovic**
**36050 N 61st Street**
**Cave Creek, AZ 85331**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.10 |
|------|---|---|---|

**Dennis Bourgeois**
**1301 W Aster Drive**
**Phoenix, AZ 85029**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 15 of 60

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:19-bk-02843-SHG   Doc 75   Filed 04/15/19   Entered 04/15/19 16:20:26   Desc
Main Document   Page 33 of 78

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.65 |
|---|---|---|---|

**Dennis Stonewall**
**24654 N Lake Pleasant PKWY**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.30 |
|---|---|---|---|

**Denny Wisely**
**12010 N 114th way**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Deonise Hannay**
**16212 E. Glenview Pl.**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.50 |
|---|---|---|---|

**Diane Fox**
**900 W Broadway Av**
**Apache Junction, AZ 85120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.50 |
|---|---|---|---|

**Diane Suder**
**7215 E Silverlone Drive**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**DNS**
**DNS Services 6400 NE Hwy 99, Ste. G-291**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.90 |
|---|---|---|---|

**Don Rumer-Rivera**
**12958 E Corrine Drive**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,548.00 |
| --- | --- | --- | --- |

**3.101**

Nonpriority creditor's name and mailing address

**Donald Donahue**
**35619 7th Av**
**Phoenix, AZ 85086**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$5,548.00**

---

**3.102**

Nonpriority creditor's name and mailing address

**Donald Sharp**
**3165 E. University Dr. #935**
**Mesa, AZ 85213**

Date(s) debt was incurred __8/6/17__
Last 4 digits of account number __1316__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$388.05**

---

**3.103**

Nonpriority creditor's name and mailing address

**Donna Hoffman**
**148 W Latigo Cir**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,697.00**

---

**3.104**

Nonpriority creditor's name and mailing address

**Donna Veile**
**3859 Tarpon Pointe Cir.**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$433.00**

---

**3.105**

Nonpriority creditor's name and mailing address

**Donovan's Steak & Chop House**
**Attn: Aaron Selles**
**5315 Avenida Encinas, Ste 250**
**Carlsbad, CA 92008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$39,765.05**

---

**3.106**

Nonpriority creditor's name and mailing address

**Doris Monroe**
**11612 N. 86th Street**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$419.70**

---

**3.107**

Nonpriority creditor's name and mailing address

**Dorothy  Cohen**
**9915 E. Broken Spur Drive**
**Scottsdale, AZ 85262**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$164.75**

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document     Page 35 of 78

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.20 |
|---|---|---|---|

**3.108**

Nonpriority creditor's name and mailing address

**Doug Campbell**
860 E. Silversword Lane
San Tan Valley, AZ 85140

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$571.20**

---

**3.109**

Nonpriority creditor's name and mailing address

**Doug Crandall**
8307 E Kiem Dr
Scottsdale, AZ 85250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$13,008.95**

---

**3.110**

Nonpriority creditor's name and mailing address

**Douglas C Underwood**
9025 N. 124th Street
Scottsdale, AZ 85259

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$655.50**

---

**3.111**

Nonpriority creditor's name and mailing address

**Douglas Simmons**
4636 E Robert E Lee Street
Phoenix, AZ 85032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$3,908.25**

---

**3.112**

Nonpriority creditor's name and mailing address

**Dr. Glen Bowers**
7215 E. Silverstone Drive #3012
Scottsdale, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$356.20**

---

**3.113**

Nonpriority creditor's name and mailing address

**Earl Linderman**
10607 E. Autumn Sage Dr.
Scottsdale, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$809.50**

---

**3.114**

Nonpriority creditor's name and mailing address

**Edward De Paoli**
2255 W. Germann Road #1048
Chandler, AZ 08528

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$6,715.45**

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,487.25 |
|---|---|---|---|

**Eileen Oleary**
**11922 S 182nd Av**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,144.50 |
|---|---|---|---|

**Elaine Oldman**
**1945 N Arroya**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $801.50 |
|---|---|---|---|

**Elizabeth  Hulings**
**5215 N. 18th Drive**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,216.80 |
|---|---|---|---|

**Er-Chang Ping**
**42041 N. 107th Place**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,457.00 |
|---|---|---|---|

**Erica Schnitzer**
**10358 E. Bahia Dr.**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $722.40 |
|---|---|---|---|

**Eva Zautra**
**107 W. Granada**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,887.50 |
|---|---|---|---|

**Fernando Barajas**
**3040 N 2nd St Apt 108**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|-------|------------------------------------------------|-------------------------------------------------------------------|---------|

**Forrest Hill**
**345 E. Pomona Rd.**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,494.35 |
|-------|------------------------------------------------|-------------------------------------------------------------------|------------|

**Fred Shaulis**
**2402 E Esplanade Lane Apt 1203**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.25 |
|-------|------------------------------------------------|-------------------------------------------------------------------|--------|

**Gail  Snor**
**PO Box 21537**
**Wickenberg, AZ 85358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.90 |
|-------|------------------------------------------------|-------------------------------------------------------------------|---------|

**Ganko Donevski**
**20510 N. 84th Lane**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.10 |
|-------|------------------------------------------------|-------------------------------------------------------------------|---------|

**Gary  Whitt**
**1221 E. Del Rio Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.55 |
|-------|------------------------------------------------|-------------------------------------------------------------------|---------|

**Gary Lvov**
**12800 N Saguaro Blvd**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|-------|------------------------------------------------|-------------------------------------------------------------------|------------|

**Gary Robinson**
**13043 Moody River Parkway**
**North Fort Myers, FL 33903**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 38 of 78

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,118.25 |
|---|---|---|---|

**Gaylen  Brotherson**
**12002 N Hayden Rd**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.25 |
|---|---|---|---|

**Gaylord McMurrin**
**13717 W Utica Drive**
**Sun City, AZ 85375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.95 |
|---|---|---|---|

**George Catlin**
**9809 N 1st Street**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**George McNeill**
**10270 N. 103rd Pl**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.50 |
|---|---|---|---|

**Gerald  Marquart**
**474 E. Vesper Trail**
**San Tran Valley, AZ 85140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.05 |
|---|---|---|---|

**Geraldine Lavallee**
**1738 E. Maygrass Lane**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.25 |
|---|---|---|---|

**Gerry Ecker**
**8459 W Aster Drive**
**Peoria, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.136** | Nonpriority creditor's name and mailing address

**Gilbert Hacohen**
**4226 W Tuckey Lane**
**Phoenix, AZ 85019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$811.50**

---

**3.137** | Nonpriority creditor's name and mailing address

**Ginny Temple**
**17212 N Scottsdale Rd #2350**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$196.30**

---

**3.138** | Nonpriority creditor's name and mailing address

**Gloria Laynor**
**909 E. Northern Ave. Apt. 123**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$4,798.95**

---

**3.139** | Nonpriority creditor's name and mailing address

**Gove Security Systems**
**1233 W Laredo Street**
**Chandler, AZ 85224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$200.35**

---

**3.140** | Nonpriority creditor's name and mailing address

**Gregg Granger**
**951 W. Watkins Road**
**Phoenix, AZ 85007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$129,758.98**

---

**3.141** | Nonpriority creditor's name and mailing address

**Guardian Protection Services**
**PO Box 37751**
**Philadelphia, PA 19101-5051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$141.03**

---

**3.142** | Nonpriority creditor's name and mailing address

**Heidi Zeisel**
**5950 N.78th Street #253**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,411.10**

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 40 of 78

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.50 |
|---|---|---|---|

**Helen Anderson**
**14575 N. Mountain View Blvd. #10203**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.65 |
|---|---|---|---|

**Herb Bunchman**
**3740 W Waterfront**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,047.50 |
|---|---|---|---|

**Hubert Field**
**14790 W Goldwater Ridge Drive, #407**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,879.30 |
|---|---|---|---|

**Huifang Xuan**
**2022 N Atwood**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**iHeart Media**
**20880 Stone Oak Parkway**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **0573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.25 |
|---|---|---|---|

**Irene Neudeck**
**9883 E Cortez St**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.95 |
|---|---|---|---|

**Irene Sterling**
**701 S. Dobson #20**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.72 |
|---|---|---|---|

**Isabel Hancock**
29063 N Mountain View Rd
San Tan Valley, AZ 85143

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.50 |
|---|---|---|---|

**Ivan Grullon Contreras**
3601 E McDowell Rd., APT 2111
Phoenix, AZ 85009

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.80 |
|---|---|---|---|

**Jack Bulger**
16631 E Westby Drive, #207
Fountain Hills, AZ 85268

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,237.60 |
|---|---|---|---|

**Jack McCormick**
1601 W Glenrosa Ave
Phoenix, AZ 85015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.20 |
|---|---|---|---|

**Jacquelin Miller-Husome**
8324 W. Hamster Ln.
Tolleson, AZ 85353

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,710.85 |
|---|---|---|---|

**Jacqueline Carroll**
3219 E. Camelback Rd. #823
Phoenix, AZ 85018

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.70 |
|---|---|---|---|

**Jamal Judai**
7366 W Cholla St
Peoria, AZ 85345

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

### 3.157
**Nonpriority creditor's name and mailing address**

James  Freeman
850 E. Jones #319
Phoenix, AZ 85040

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

### 3.158
**Nonpriority creditor's name and mailing address**

James Willinger
225 E Saddle Lane
Phoenix, AZ 85020

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$470.80**

---

### 3.159
**Nonpriority creditor's name and mailing address**

Jamie Balvin
Great AZ Estate Sales 28505 N 154th Stre
Scottsdale, AZ 85262

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$3,996.75**

---

### 3.160
**Nonpriority creditor's name and mailing address**

Jana Sizemore
7007 W Indian School Road  Bld #14 Apt #
Phoenix, AZ 85033

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$42.55**

---

### 3.161
**Nonpriority creditor's name and mailing address**

Jane Trumble
5113 Idylwild Trail
Boulder, CO 80301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$60.75**

---

### 3.162
**Nonpriority creditor's name and mailing address**

Janeen Wheatley
2443 S. Catarina
Mesa, AZ 85202

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$94.25**

---

### 3.163
**Nonpriority creditor's name and mailing address**

Janet Neff
6015 W 119th St., Apt 2113
Brookdale Bldg #2
Shawnee Mission, KC 66209

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$117.25**

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 43 of 78

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.60 |
|---|---|---|---|

**Janet Rees**
**3516 E North Lane**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.25 |
|---|---|---|---|

**Janice Compton**
**7820 E Camelback Rd Bldg 21, Unit 306**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.00 |
|---|---|---|---|

**Janice Simon**
**6730 E Hermosa Vista Drive, #3**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.10 |
|---|---|---|---|

**Jean Quenzler**
**3104 E Broadway, Space 122**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.45 |
|---|---|---|---|

**Jean Renn**
**3539 W. Plymouth Drive**
**Anthem, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.90 |
|---|---|---|---|

**Jennifer  Gittings**
**602 E. Halifax Street**
**Mes, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,945.70 |
|---|---|---|---|

**Jennifer  O'Cualain**
**16413 N. 43rd Street**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 44 of 78

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.15 |
| --- | --- | --- | --- |

**Jennifer Meggison**
**10836 E Cliffrose Lane**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $942.60 |
| --- | --- | --- | --- |

**Jennifer Snodgrass**
**4419 N. 27th**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
| --- | --- | --- | --- |

**Jennifer Trask-Chester**
**PO Box 199**
**Zephyr Cove, NV 89448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,549.00 |
| --- | --- | --- | --- |

**Jennifer Wahlberg**
**1148 N Barkley**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.40 |
| --- | --- | --- | --- |

**Jennifer Wright**
**669 N Eagle Street**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.50 |
| --- | --- | --- | --- |

**Jesus  Gonzalvez**
**1050 W Santa Cruz Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.60 |
| --- | --- | --- | --- |

**Jim Faux**
**4747 W. Kristol Way**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 45 of 78

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,379.60 |
|---|---|---|---|

**Jim Friend**
**4363 E. Morrow Dr.**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,498.15 |
|---|---|---|---|

**Joan Koemptgen**
**9710 W Oakridge Dr**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Joanne Kwan Trust**
**c/o Childers & Coventry**
**17215 N. 72nd Dr. Suite B110**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.50 |
|---|---|---|---|

**Jodie Smith**
**2054 E. Ranch Dr.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.75 |
|---|---|---|---|

**Joe Camarena**
**5927 W. Elm Street**
**Phoenix, AZ 85033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.35 |
|---|---|---|---|

**Joe Michaud**
**13420 N. 21st Pl., Apt. 220**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.50 |
|---|---|---|---|

**Joel Andrews**
**6745 E Superstition Springs Blvd #1025**
**Mesa, AZ 85026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document     Page 46 of 78

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,370.00 |
| --- | --- | --- | --- |

**Joel G. Lieberman Estate**
**PO Box 613**
**Fredericksburg, VA 22404**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.60 |
| --- | --- | --- | --- |

**John Kinsey**
**105 3rd Street**
**Lake Oswego, OR 97034**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,623.10 |
| --- | --- | --- | --- |

**John (Jack) & Mary Ellen Burke**
**7341 N. Via Camello Del Norte Unit 131**
**Scottsdale, AZ 85258**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.95 |
| --- | --- | --- | --- |

**John Blanton**
**13310 W Serenade Lane**
**Sun City, AZ 85375**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
| --- | --- | --- | --- |

**John Bower**
**2417 S Selrose Lane**
**Sana Barbara, CA 83109**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.80 |
| --- | --- | --- | --- |

**John Caudron**
**3754 E Chickadee Rd**
**Gilbert, AZ 85297**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.50 |
| --- | --- | --- | --- |

**John Craig Egan**
**6808 E Bronco Drive**
**Paradise Valley, AZ 85253**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Consignment Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.50 |
|---|---|---|---|

**John Lacagnina**
2737 AZ Biltmore Cir.
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $648.50 |
|---|---|---|---|

**John McKinstry**
5372 W Geronimo Street
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.65 |
|---|---|---|---|

**John Mollerus**
13225 W Micheltorena Dr.
Sun City West, AZ 85375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,351.41 |
|---|---|---|---|

**John Trump**
2089 Platt Cline
Flagstaff, AZ 86005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.70 |
|---|---|---|---|

**Jon  Graham**
5927 W. Michigan Avenue
Glendale, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349.20 |
|---|---|---|---|

**Jorge Perea**
5437 E. Harmony Ave
Mesa, AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.75 |
|---|---|---|---|

**Joseph Desalvo**
3235 W Hwy 89A
Sedona, AZ 86336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 48 of 78

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.00 |
|---|---|---|---|

**Joseph Goldenberg**
**11513 N. 141st Street**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.50 |
|---|---|---|---|

**Josh French**
**660 S Tyler Court**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Josh Levine**
**4362 E. Ludlow Dr.**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loans__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,836.00 |
|---|---|---|---|

**Joyce Bunce**
**10419 W Gulf Hills Dr**
**Sun City, AZ 85351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.75 |
|---|---|---|---|

**Judy Kingery**
**13455 W Miner Trail**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,450.25 |
|---|---|---|---|

**Julian  Burgoin**
**101 W. 5th Apt. 1029**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.40 |
|---|---|---|---|

**Julian Soncco**
**12406 N 51st Ln**
**Glendale, AZ 85304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 49 of 78

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.50 |
|---|---|---|---|

**Julie Kendall**
**313 W Sequoia Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.25 |
|---|---|---|---|

**June Burruss**
**12800 E. Double Tree Ranch Rd.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.00 |
|---|---|---|---|

**Karen  Nielsen**
**5632 W. Hearn Road**
**Glendale, AZ 85306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,147.30 |
|---|---|---|---|

**Karen Rapp**
**3511 E Indian School Rd**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.55 |
|---|---|---|---|

**Katherine Hartley**
**2577 N Miller Rd**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.40 |
|---|---|---|---|

**Katie Rice**
**2922 N 39th Street, APT 105**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.20 |
|---|---|---|---|

**Kelly McCartney**
**6350 E Carolina Drive**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG   Doc 75   Filed 04/15/19   Entered 04/15/19 16:20:26   Desc
Main Document    Page 50 of 78

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.00 |
| --- | --- | --- | --- |

**Ken Mars**
**6300 N Camino Arturo**
**Tucson, AZ 85718**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.70 |
| --- | --- | --- | --- |

**Kenneth Marler**
**3516 E Monica Av**
**Phoenix, AZ 85032**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.60 |
| --- | --- | --- | --- |

**Kim Lank**
**8708 E. Clarendon Ave**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.75 |
| --- | --- | --- | --- |

**Kourosh Moradi**
**99 Talisman, Apt 424**
**Irvine, CA 92620**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
| --- | --- | --- | --- |

**Kristina Arment**
**4848 N. Goldwater Blvd. #1118**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.60 |
| --- | --- | --- | --- |

**L William McCrea**
**1630 Sheridan Road Apt# 4L**
**Wilmette, IL 60091**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.10 |
| --- | --- | --- | --- |

**L.J. Ford**
**3401 W Tonto Lane**
**Phoenix, AZ 85027**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.25 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**3.220**

Nonpriority creditor's name and mailing address

**Larry & Ginny Regner**
**15842 W Avalon Dr**
**Goodyear, AZ 85395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$605.25**

---

**3.221**

Nonpriority creditor's name and mailing address

**Larry Webster**
**7904 E Chaparral RD, STE A110**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$19,770.23**

---

**3.222**

Nonpriority creditor's name and mailing address

**Lauretta Laaning**
**319-9768-170 St**
**Edmonton, Canada T5T5L4**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$174.50**

---

**3.223**

Nonpriority creditor's name and mailing address

**Laurni Breedlove**
**1743 W Owens Way**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,376.20**

---

**3.224**

Nonpriority creditor's name and mailing address

**Lawrence Chapman**
**45960 W Barbara Lane**
**Maricopa, AZ 85139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,256.70**

---

**3.225**

Nonpriority creditor's name and mailing address

**Leigh Slaughter-RookF**
**PO Box 1254**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$44.50**

---

**3.226**

Nonpriority creditor's name and mailing address

**Leona Robles**
**2267 E Hale St**
**Mesa, AZ 85213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,837.80**

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.60 |
|---|---|---|---|

**Leta  Smith**
**19830 N. Lake Forest Drive**
**Sun City, AZ 85373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.95 |
|---|---|---|---|

**Linda Fry**
**239 N Aletta**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.60 |
|---|---|---|---|

**Linda Hill**
**PO Box 1114**
**Pinedale, AZ 85934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.90 |
|---|---|---|---|

**Lisa  Hansen**
**9595 E. Thunderbird Road #1042**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Lisa Capozzoli**
**108 Timber View Drive**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Lisa Lopez**
**2793 N. 149th Ave.**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**Liu Zheng**
**5711 W. Novak Way**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,485.65 |
|---|---|---|---|
| | LJ Mow | ☐ Contingent | |
| | 1315 E 3rd Street | ☐ Unliquidated | |
| | Mesa, AZ 85203 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,216.75 |
|---|---|---|---|
| | Lori Eldredge | ☐ Contingent | |
| | 1420 E 1st | ☐ Unliquidated | |
| | Tucson, AZ 85719 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,019.95 |
|---|---|---|---|
| | Lorraine Efune | ☐ Contingent | |
| | 7120 East Kierland Blvd., APT 817 | ☐ Unliquidated | |
| | Scottsdale, AZ 85254 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | Lynne Lamb Bryant | ☐ Contingent | |
| | 252 Rainbow Drive, #15254 | ☐ Unliquidated | |
| | Livingston, TX 77399 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.05 |
|---|---|---|---|
| | M.H. Haber | ☐ Contingent | |
| | 8464 E Charter Oak Dr. | ☐ Unliquidated | |
| | Scottsdale, AZ 85260 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,467.80 |
|---|---|---|---|
| | Marcy Dorsey | ☐ Contingent | |
| | 29675 N Valley Pkwy, #2071 | ☐ Unliquidated | |
| | Phoenix, AZ 85085 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,955.50 |
|---|---|---|---|
| | Margaret Ramar | ☐ Contingent | |
| | 2514 S Angora Ct | ☐ Unliquidated | |
| | Sun Lakes, AZ 85248 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Consignment Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,352.85** |
|---|---|---|---|

**3.241** Nonpriority creditor's name and mailing address

**Marianne Leiper**
**1201 E Cambridge Av**
**Phoenix, AZ 85006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,352.85**

---

**3.242** Nonpriority creditor's name and mailing address

**Marjorie Moote**
**1111 W Townley Av**
**Phoenix, AZ 85021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$447.20**

---

**3.243** Nonpriority creditor's name and mailing address

**Mark  Autrey**
**8970 N 83rd Pl**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,204.25**

---

**3.244** Nonpriority creditor's name and mailing address

**Mark Brenner**
**10668 E. Arabian Park Dr.**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$817.60**

---

**3.245** Nonpriority creditor's name and mailing address

**Mark Culbertson**
**423 N Ash**
**Mesa, AZ 85201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,469.00**

---

**3.246** Nonpriority creditor's name and mailing address

**Mark Steele**
**8500 E. Sahuaro Drive**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,148.50**

---

**3.247** Nonpriority creditor's name and mailing address

**Marla Berger**
**10540 E. Larkspur Dr.**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,120.15**

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document         Page 55 of 78

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,523.75 |
|---|---|---|---|

**Mary Hoffman**
**6465 N. 79th Street**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,092.00 |
|---|---|---|---|

**May Bakhtiar**
**6966 W Villa Chula**
**Glendale, AZ 85310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,254.85 |
|---|---|---|---|

**Maya Shenoy**
**222 E Joshua Tree Lane**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.80 |
|---|---|---|---|

**Megan Keller**
**2316 E Rancho Drive**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Mercedes Godoy**
**801 N. Federal St. #1060**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,841.00 |
|---|---|---|---|

**Meredith Moore**
**1581 W. Corona Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.00 |
|---|---|---|---|

**Merrill Sauriol**
**9841 E Doubletree Ranch Road**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.40 |
|---|---|---|---|

**3.255** | Nonpriority creditor's name and mailing address

**Michael Flynn**
**7026 E Latham St**
**Scottsdale, AZ 85257**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$1,190.40

---

**3.256** | Nonpriority creditor's name and mailing address

**Michael Lissow**
**36404 Crucilo Drive**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$358.95

---

**3.257** | Nonpriority creditor's name and mailing address

**Michael Miller**
**6852 W Belmont Av**
**Glendale, AZ 85303**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$517.00

---

**3.258** | Nonpriority creditor's name and mailing address

**Michael Mills**
**4000 E Palm St**
**Mesa, AZ 85215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$9,950.40

---

**3.259** | Nonpriority creditor's name and mailing address

**Michael Paslay**
**2664 College Heights Rd.**
**Prescott, AZ 86301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$690.95

---

**3.260** | Nonpriority creditor's name and mailing address

**Michael Valdez**
**7120 E Indian  School Rd**
**Scottsdale, AZ 85251**

Date(s) debt was incurred  **10/14/18**
Last 4 digits of account number  **8077**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$222.00

---

**3.261** | Nonpriority creditor's name and mailing address

**Michelle Urszeni**
**12801 Kinsman Road**
**Burton, OH 44021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$182.00

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.50 |
|---|---|---|---|

**3.262**

Nonpriority creditor's name and mailing address
**Mike McCarthy**
**5221 E. Janice Way**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$32.50**

---

**3.263**

Nonpriority creditor's name and mailing address
**Mimi Zani**
**PO Box 1258**
**Tempe, AZ 85280**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.264**

Nonpriority creditor's name and mailing address
**MJ Claydon**
**40525 N Union Trail**
**Anthem, AZ 85086**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$11,741.35**

---

**3.265**

Nonpriority creditor's name and mailing address
**Murray Goldberg**
**10411 E Morning Vista Lane**
**Scottsdale, AZ 85262**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$455.30**

---

**3.266**

Nonpriority creditor's name and mailing address
**Nadine  Hinkeldey**
**10451W Palmeros Drive Suite 252W**
**Sun City, AZ 85373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$614.40**

---

**3.267**

Nonpriority creditor's name and mailing address
**Nancy O'Connor**
**983 W Palma de Pina**
**Tucson, AZ 85704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$10,007.20**

---

**3.268**

Nonpriority creditor's name and mailing address
**Naomi Thompson**
**35129 N Laredo**
**San Tan Valley, AZ 85142**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.70**

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 58 of 78

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Nathan Crary**
85 S. Pepperwood Pl.
Chandler, AZ 85226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.90 |
|---|---|---|---|

**National Pen Co. LLC**
PO Box 847203
Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Nicholas Reed**
3644 W. Monona Dr.
Glendale, AZ 85308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,183.35 |
|---|---|---|---|

**Nick (Dominic) Battaglia**
10268 W Sands Drive #Lot 486
Peoria, AZ 85383

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,042.75 |
|---|---|---|---|

**Nick Daugherty**
267 E. Riversedge Dr
Eagle, ID 83616

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.45 |
|---|---|---|---|

**Nicole Collinet**
707 W. McKenzie Dr
Phoenix, AZ 85013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.00 |
|---|---|---|---|

**Nils Standsbury**
3031 N. Civic Center Plaza #126
Scottsdale, AZ 85251

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,365.00 |
|---|---|---|---|
| | **Noah Williams**<br>nwilliams@telus.net | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,253.04 |
|---|---|---|---|
| | **Pacific Office Automation**<br>P O Box 41602<br>Philadelphia, PA 19101-1602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number  **7376** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,345.36 |
|---|---|---|---|
| | **Pacific Office Automation**<br>14747 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number  **5642** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,121.00 |
|---|---|---|---|
| | **Pam Riley**<br>26723 N 90th Ln<br>Peoria, AZ 85383 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,774.80 |
|---|---|---|---|
| | **Pamela  Kecskemety**<br>11127 E Desert Troon Lane<br>Scottsdale, AZ 85255 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,921.40 |
|---|---|---|---|
| | **Pamela  Morrison**<br>848 W Kiowa Avenue<br>Mesa, AZ 85210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.10 |
|---|---|---|---|
| | **Pamela Ehlers**<br>7476 W Parasio Drive<br>Glendale, AZ 85310 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Consignment Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.50 |
|---|---|---|---|
| | **Pamela Johnson**<br>**13726 W. Port Royale Ln**<br>**Surprise, AZ 85379-8390** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.90 |
|---|---|---|---|
| | **Patricia Carriuolo**<br>**2701 E Utopia, #124**<br>**Phoenix, AZ 85050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,845.60 |
|---|---|---|---|
| | **Patricio  Danahy**<br>**19700 N. 76th Street #1190**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.40 |
|---|---|---|---|
| | **Paul Butler**<br>**2407 W. Orangewood, Apt. Z**<br>**Phoenix, AZ 85021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.75 |
|---|---|---|---|
| | **Paul Sanchez**<br>**4805 E. Hazel Dr. #1**<br>**Phoenix, AZ 85044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,037.25 |
|---|---|---|---|
| | **Peter Held**<br>**966 N Bradley Drive**<br>**Chandler, AZ 85226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|
| | **Phoenix Police Department**<br>**City of Phoenix, AZ ATTN: Alarm Permit R**<br>**Phoenix, AZ 85038-9117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **False Alarm**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,511.70 |
|---|---|---|---|

**Phyllis Shostack**
**9020 N 48th Place**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.30 |
|---|---|---|---|

**Preston T Hill**
**3120 N. Cherry Lane**
**Camp Verde, AZ 85322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,343.26 |
|---|---|---|---|

**Price Kong & Co**
**5300 N Central Avenue, Suite 200**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.75 |
|---|---|---|---|

**Quarnig  Dorian**
**3901 E. Pinnacle Peak Road  Lot #169**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.45 |
|---|---|---|---|

**Quest Software**
**4 Polaris Way**
**Mount Aukum, CA 95656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Raymond Bates**
**11637 N. 21st Drive**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,195.65 |
|---|---|---|---|

**Raymond Dankel**
**8110 E Del Tiburon Dr.**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document      Page 62 of 78

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.80 |
|---|---|---|---|

**Rebecca  Maltenfort**
**12123 E Chama Road**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,749.39 |
|---|---|---|---|

**Relentless Accountability**
**18841 N 94th Way**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.50 |
|---|---|---|---|

**Rex Kidder**
**11653 N. 129th Way**
**Scottsdale, Az 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Richard  Lee Aguilar**
**4558 W. Palo Verde Drive**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.45 |
|---|---|---|---|

**Richard Becker**
**2291 Lockwood Drive**
**Lakeside, AZ 85929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.00 |
|---|---|---|---|

**Richard F Nelson**
**1121 W. Dunbar Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,886.10 |
|---|---|---|---|

**Richard Hagen**
**2028 E. River Rd. Unit 100**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 63 of 78

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,371.00** |
|---|---|---|---|

**Richard Reb**
**33449 N 74th Way**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,548.80** |
|---|---|---|---|

**Rick Orr**
**PO Box 4031**
**Scottsdale, AZ 85261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.40** |
|---|---|---|---|

**Robert Davis**
**7238 E Maverick Rd**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.50** |
|---|---|---|---|

**Robert Estabrook**
**10859 E Tierra Drive**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.50** |
|---|---|---|---|

**Robert Rumple**
**3840 E. Harmony Ave.**
**Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.25** |
|---|---|---|---|

**Robert Shepard**
**26445 S Saddletree**
**Sun Lakes, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,068.00** |
|---|---|---|---|

**Robert Strander**
**PO Box 1**
**Arlington, AZ 85322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.95 |
|---|---|---|---|

**Robin Hanson**
**2127 E Mead Place**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,492.60 |
|---|---|---|---|

**Roger Nelson**
**23005 N 74th Street, #3018**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.15 |
|---|---|---|---|

**Ron Spratling**
**10469 N 99th St**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.00 |
|---|---|---|---|

**Ronald E. Frank**
**6705 Cypress Hollow**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.25 |
|---|---|---|---|

**Ruby Elam**
**120 N. Val Vista Drive Lot 91**
**Mesa, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.75 |
|---|---|---|---|

**Russ Russo**
**4400 N Scottsdale Road 9-848**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.75 |
|---|---|---|---|

**Ryan Lodge**
**PO Box 1583**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 65 of 78

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,737.00** |
|---|---|---|---|

**Ryan Mapes**
**3242 E. Camelback Rd.**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$667.30** |
|---|---|---|---|

**Ryan Scalise**
**4136 E Glenrosa Av**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,070.00** |
|---|---|---|---|

**Sadie  Smith**
**4201 E Marlette Ave**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82.15** |
|---|---|---|---|

**Sal  Palermo**
**PO Box 117**
**Meyer, AZ 86333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,218.30** |
|---|---|---|---|

**Sandy Jez**
**N 4402 CO RD E**
**Bruce, WI 54819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$176.00** |
|---|---|---|---|

**Sarah Glenn**
**3754 E. Vallejo Dr.**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,006.50** |
|---|---|---|---|

**Sarah Maresco**
**901 W Vista Av**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,874.00 |
| --- | --- | --- | --- |
| | **Scott Hopson**<br>**18602 N Summerbreeze Way**<br>**Surprise, AZ 85374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.60 |
| --- | --- | --- | --- |
| | **Scott Jones**<br>**400 N Coronado Street, Unit 2022**<br>**Chandler, AZ 85224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.90 |
| --- | --- | --- | --- |
| | **Scott Thibodeau**<br>**7921 E Nopal**<br>**Mesa, AZ 85209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.29 |
| --- | --- | --- | --- |
| | **ScreenVision**<br>**PO Box 3835**<br>**New York, NY 10008-3835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.75 |
| --- | --- | --- | --- |
| | **Shah Sahak**<br>**27363 N. 88th Lane**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,301.35 |
| --- | --- | --- | --- |
| | **Shantel Parks**<br>**13931 E Rancho Del Oro Drive**<br>**Scottsdale, AZ 85262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.85 |
| --- | --- | --- | --- |
| | **Shawn O'Connor**<br>**6633 Lone Mountain Rd**<br>**Chandler, AZ 85331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,274.70 |
|---|---|---|---|

**Shelly Asher**
24616 N. 109th Pl.
Scottsdale, AZ 85255

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.85 |
|---|---|---|---|

**Sherrill Sandell**
660 Saguaro Way
Mesa, AZ 85208

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|---|---|---|---|

**Sheryl Hopkins**
26621 S. Cloverland Dr.
Sun Lakes, AZ 85248

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.65 |
|---|---|---|---|

**Shlomy Levertov**
2136 E. Nicolet Avenue
Phoenix, AZ 85020

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,800.70 |
|---|---|---|---|

**Sima Madison**
7351 E. Speedway Blvd. , APT # : 21 H
Tucson, AZ 85710

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248,000.00 |
|---|---|---|---|

**Sima Madison**
7351 E. Speedway Blvd. , APT # : 21 H
Tucson, AZ 85710

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Small Business CRM Coach**
548 S Alkire St
Lakewood, CO 80228-2504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG   Doc 75   Filed 04/15/19   Entered 04/15/19 16:20:26   Desc
Main Document    Page 68 of 78

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|-------|--------|--------|--------|

**Sol Epstein**
9263 E. Karen Drive
Scottsdale, AZ 85260

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.72 |
|-------|--------|--------|--------|

**Sparkletts - 2978 HUB**
PO Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|-------|--------|--------|--------|

**Stephanie Wisniewki**
10655 Pivitol Av
Mesa, AZ 85212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.70 |
|-------|--------|--------|--------|

**Stephen Acreman**
1042 N Higley Rd., #102-411
Mesa, AZ 85205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.75 |
|-------|--------|--------|--------|

**Stephen Lawrence**
Pawn First 9825 N Metro Parkway E
Phoenix, AZ 85051

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.25 |
|-------|--------|--------|--------|

**Stephen Marmon**
7762 E Foxmore Ln
Scottsdale, AZ 85258

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.60 |
|-------|--------|--------|--------|

**Steve Ruth**
601 South Main Street
Sellersville, PA 18960

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document     Page 69 of 78

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.25 |
|-------|------|------|------|

**Steve Sanchez**
**Hearts of Stone 5120 N. 42nd Pl.**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.05 |
|-------|------|------|------|

**Steve Schwartz**
**3901 E Pinnacle Peak Rd., Lot 52**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,988.60 |
|-------|------|------|------|

**Steve Wong**
**4436 E. Redwood Ln.**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.60 |
|-------|------|------|------|

**Steven Ruth**
**601 S Main St**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|-------|------|------|------|

**Straight North**
**1001 W 31st St. Suite 100**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,849.30 |
|-------|------|------|------|

**Stuart  Finn**
**7735 E. Windrose Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.10 |
|-------|------|------|------|

**Stuart Boykoff**
**7419 E Cactus Wren Road**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.05 |
|---|---|---|---|

**Suniya Luthar**
**1545 E Jeanine Drive**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.50 |
|---|---|---|---|

**Susan Assadi**
**1709 Foster Ave #2**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.15 |
|---|---|---|---|

**Susan Cousino**
**8840 E Sunland Ave #169**
**Mesa, AZ 85208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.25 |
|---|---|---|---|

**Susan Gurniak**
**324 N 110th St**
**Apache Junction, AZ 85120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,849.20 |
|---|---|---|---|

**Susan Kingsbury**
**10423 E Tillman Ave**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.50 |
|---|---|---|---|

**Susan Sackett**
**7390 E. Milton Drive**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,006.50 |
|---|---|---|---|

**Susan Waldbaum**
**7840 E Camelback Rd., #309**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.25 |
|---|---|---|---|

**Sydni Satterlund**
**3920 W Glenaire Drive**
**Phoenix, AZ 85053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,592.62 |
|---|---|---|---|

**TD Auto Finance**
**PO Box 9223**
**Farmington, MI 48333**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.40 |
|---|---|---|---|

**Teen Challenge of AZ**
**C/O Patrick Knight 1515 W. Grand Ave.**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.71 |
|---|---|---|---|

**Teltech Networks Inc**
**810 E Hammond Lane**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.85 |
|---|---|---|---|

**Terry Kane**
**11736 E. Aribian Park Dr.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Terry Maust**
**11530 W. Gnatcatcher Ln**
**Surprise, AZ 85378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.80 |
|---|---|---|---|

**Terry Work**
**26125 N. 116th #12**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,386.75** |
|---|---|---|---|

**Thomas Charles Editions, LLC**
**42302 N Vision Way  Suite 105**
**Phoenix, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.80** |
|---|---|---|---|

**Thomas Neel**
**579 Fir Street**
**Vacaville, CA 95688**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,024.80** |
|---|---|---|---|

**Tim Dickerson**
**Estate of Billie Jo Dickerson**
**4536 S. Sauk Ave**
**Siera Vista, AZ 85650**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$307.45** |
|---|---|---|---|

**Tim Most**
**5540 E. Main St.**
**Mesa, AZ 85205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.20** |
|---|---|---|---|

**Tim Price**
**3605 W Osborn**
**Phoenix, AZ 85019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.05** |
|---|---|---|---|

**Todd Temple**
**4715 W. Annette Cir.**
**Glendale, AZ 85308**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$931.20** |
|---|---|---|---|

**Tom  Milligan**
**1725 E La Montana Drive**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,983.40** |
|---|---|---|---|

**Tom  Pekar**
**503 McKeever #1517**
**Arcola, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.75** |
|---|---|---|---|

**Tom Knott**
**5618 N. 12th St.**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$698.75** |
|---|---|---|---|

**Tom Scott**
**13416 N. Cave Creek Rd.**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|

**Tony  Den Boer**
**10978 E. Southwind Lane**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,172.50** |
|---|---|---|---|

**Tony Hill**
**710 Treasure Dr.**
**Pittsburg, CA 94646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,803.30** |
|---|---|---|---|

**Tony Szmerei**
**2926 W. Maddock Rd.**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.20** |
|---|---|---|---|

**Tracy Slaughter**
**1420 Dexter Ridge Drive**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.55 |
|---|---|---|---|

**Trish Rogers**
16046 N. 113th Way
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Ty Woodward**
2323 N Central, #1902
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.43 |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,750.29 |
|---|---|---|---|

**US Bank**
P.O. Box 108
Saint Louis, MO 63166-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit card purchases__

Last 4 digits of account number  **7157**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,595.09 |
|---|---|---|---|

**US Bank**
P.O. Box 9672
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit card purchases__

Last 4 digits of account number  **9672**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**V. Hernandez Landscaping**
PO Box 43453
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,168.00 |
|---|---|---|---|

**Vern Otto**
14732 W. Buttonwood Drive
Sun City West, AZ 85375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document        Page 75 of 78

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Virginia Webb**
**30311 N. 130th Glen**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|

**Waste Management**
**PO Box 78251**
**Phoenix, AZ 85062-8251**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,049.60** |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **5122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,132.65** |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$937.43** |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51193**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.50** |
|---|---|---|---|

**Wendy Herbal**
**121 W. Maripose**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.65 |
|---|---|---|---|

**William Contreras**
**8210 S Jenna Kane**
**Laveen, AZ 85339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,496.60 |
|---|---|---|---|

**William Erickson**
**1694 W Glendale AV, #549**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**William Friedman**
**31 E. San Miguel Ave.**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**William Gosney**
**9 W. Pepper Pl.**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.85 |
|---|---|---|---|

**William Hall**
**12059 E. Laurel Ln.**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.20 |
|---|---|---|---|

**William Helton**
**431 N. Red Rock St.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,142.85 |
|---|---|---|---|

**Yoni Kalusky**
**5082 E. Hampden Ave. #162**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Case 2:19-bk-02843-SHG    Doc 75    Filed 04/15/19    Entered 04/15/19 16:20:26    Desc
Main Document    Page 77 of 78

| Name and mailing address | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express** c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Line **3.7** ☐ Not listed. Explain _____ | _ |
| 4.2 | **Danielle Rovinsky** c/o Perkins Coie/ Attn: Jordan Kroop 2901 N Central Ave Ste 2000 Phoenix, AZ 85012-2740 | Line **3.76** ☐ Not listed. Explain _____ | _ |
| 4.3 | **Donovan's Steak & Chop House** c/o Christopher N. Wollan 5315 Avenida Encinas, Suite 250 Carlsbad, CA 92008 | Line **3.105** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Stephen Marmon** 540 Dylan Dr Carmel, IN 46032 | Line **3.344** ☐ Not listed. Explain _____ | _ |
| 4.5 | **Straight North/ Attn: Eric Bates** c/o Alexander, Miller & Assoc 7710-T Cherry Park Dr, Suite # 120, Hous Houston, TX 77095 | Line **3.350** ☐ Not listed. Explain _____ | _ |
| 4.6 | **US Bank** P.O. Box 790179 Saint Louis, MO 63179 | Line **3.384** ☐ Not listed. Explain _____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 97,936.63 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,729,810.84 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 1,827,747.47 |