# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                    )     CASE NO.  2:19-bk-02843-SHG

J. Levine Auction & Appraisal LLC   )

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF    March-19

DATE PETITION FILED:   March 15th, 2019

Debtor )

TAXPAYER ID NO. :   26-4783614

Nature of Debtor's Business:      Consignor Auction Services

DATE DISCLOSURE STATEMENT  FILED   4/24/2019  TO BE FILED     4/24/2019

DATE PLAN OF REORGANIZATION  FILED           TO BE FILED     7/13/2019

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

RESPONSIBLE PARTY:

_____      MEMBER
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY         TITLE

JOSH LEVINE                 4/24/2019
PRINTED NAME OF RESPONSIBLE PARTY        DATE

PREPARER:

_____      MEMBER
ORIGINAL SIGNATURE OF PREPARER          TITLE

JOSH LEVINE                 4/24/2019
PRINTED NAME OF PREPARER         DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** JOSH LEVINE

PHONE NUMBER: 610-739-9991

ADDRESS: 4362 E LUDLOW DR., PHOENIX AZ 85032

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

2396749.v1

Scanned with CamScanner

Case Number: 2:19-bk-02843-SHG

| | Great Western Operating (Post) | Great Western Escrow (Post) | Great Western Payroll (Post) | Great Western Taxes (Post) | Sunflower (Post) | Comerica Savings | Wells Fargo (Post) | Wells Fargo (Post) | PayPal | **Total** |
|---|---|---|---|---|---|---|---|---|---|---|
| | #4844 | #4852 | #4836 | #4318 | #2517 | #3318 | #8721 | #4460 | #1070 | |
| Balance at Beginning of Period | | | | | $36,582.43 | $475.06 | | | | $37,057.49 |
| **RECEIPTS** | | | | | | | | | | |
| Cash Sales | | $117,755.50 | | | | | | | 1,127.12 | 118,882.62 |
| Accounts Receivable | | | | | | | | | | |
| Loans and Advances | | | | | | | | | | |
| Sale of Assets | | | | | | | | | | |
| Transfers from Other DIP Accounts | $1,000.00 | | $23,451.00 | | | | | | | $24,451.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Other (attach list) | | | | | | | | | | |
| TOTAL RECEIPTS | $1,000.00 | $117,755.50 | $23,451.00 | | | | | | $1,127.12 | 143,333.62 |
| **DISBURSEMENTS** | | | | | | | | | | |
| Business - Ordinary Operations | $975.00 | | $22,292.16 | | | | | | | $23,267.16 |
| Capitol Improvements | | | | | | | | | | |
| Pre-Petition Debt | | | | | | | | | $1,127.12 | $1,127.12 |
| Transfers to Other DIP Accounts | | | | | $36,582.43 | | | | | $36,582.43 |
| Other (attach list) Transfers | | $24,115.75 | | | | | | | | $24,115.75 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Reorganization Expenses:** | | | | | | | | | | |
| Attorney Fees | | | | | | | | | | |
| Accountant Fees | | | | | | | | | | |
| Other Professional Fees | | | | | | | | | | |
| U. S. Trustee Quarterly Fee | | | | | | | | | | |
| Court Costs | | | | | | | | | | |
| | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $975.00 | $24,115.75 | $22,292.16 | | $36,582.43 | | | | $1,127.12 | $85,092.46 |
| **Balance at End of Month** | $25.00 | $93,639.75 | $1,158.84 | | | $475.06 | | | | $70,847.07 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above (Post Activity Only) | $85,092.46 |
| **Less**: Transfers to Other DIP Accounts | $36,582.43 |
| **Less**: Amounts Paid to Consignors | $24,155.75 |
| **Less**: Amounts Due to Consignors | $14,549.65 |

2396749.v1

| | |
|---|---|
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $9,804.63 |

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | $112,627 | $1,014,497 | $112,627 |
| Less:  Returns & Discounts | | | |
| Net Revenue | $112,627 | $1,014,497 | $112,627 |
| | | | |
| COST OF GOODS SOLD | | | |
| Material / Consignment Costs | 69,408.40 | $546,632.37 | 69,408.40 |
| Direct Labor | | | |
| Direct Overhead (attach detail) - Moving | 1,330.00 | 40,415.20 | 1,330.00 |
| Total Cost of Goods Sold | 70,738.40 | 587,047.57 | 70,738.40 |
| | | | |
| GROSS PROFIT | $41,888.52 | $427,449.65 | $41,888.52 |
| | | | |
| OPERATING EXPENSES | | | |
| Officer/Insider Compensation | 2,405 | 19,240.00 | 2,405 |
| Selling & Marketing  (attach detail) See below | | | |
| General & Administrative (attach detail) | $30,695.71 | 358,821.04 | $30,695.71 |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | $33,100.71 | $378,061.04 | 33,100.71 |
| | | | |
| Income Before Non-operating Income and Expense | $8,787.81 | $49,388.61 | $8,787.81 |
| | | | |
| OTHER INCOME & EXPENSE | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | ($62,742.50) | |
| Depreciation/Depletion | | | |

| | | | |
|---|---|---|---|
| Amortization | | | |
| Net Other Income & Expense | | ($62,742.50) | |
| | | | |
| Income Before Reorganization Expense | $8,787.81 | ($13,353.89) | $8,787.81 |
| | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | $0.00 | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | 0.00 | 0.00 | 0.00 |
| | | | |
| Income Tax | | | |
| | | | |
| NET PROFIT OR (LOSS) | $8,787.81 | ($13,353.89) | $8,787.81 |

Page 3

| | | | |
|---|---|---|---|
| Year to Date: | | | |
| Advertising | | 18,508.71 | |
| Accounting | | 13,500.00 | |
| Auto | | 3,484.08 | |
| Bank Charges | | 3,995.84 | |
| Consulting | | 8,250.00 | |
| Contract Labor | | 10,807.04 | |
| Leased Equipment | | 13,244.91 | |
| Insurance | 9,068.81 | 40,103.25 | 9,068.81 |
| Legal | | 42,318.22 | |
| Office Supplies and Expenses | 1,129.30 | 33,639.80 | 1,129.30 |
| Rent | | 1,301.21 | |
| Repairs | | 1,897.00 | |
| Salaries | 19,857.66 | 121,927.82 | 19,857.66 |
| Payroll Taxes | | 14,325.45 | |
| Computer | | 7,764.12 | |
| Telephone | | 4,429.75 | |
| Utilities | 639.94 | 8,168.74 | 639.94 |
| Sales Commissions | | 11,155.10 | |
| | 30,695.71 | 358,821.04 | 30,695.71 |

# COMPARATIVE BALANCE SHEET
### (Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | $50,197.85 | $70,847.07 | |
| Restricted Cash | | | |
| Total Cash | $50,197.85 | $70,847.07 | |
| Accounts Receivable (net) | 6,027.42 | $33,370.58 | |
| Inventory | $53,550.00 | $65,728.47 | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | $109,775.27 | $169,946.12 | |
| Property, Plant & Equipment | $489,628.29 | $489,628.29 | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | $489,628.29 | $489,628.29 | |
| Due From Insider(s) | | | |
| Other Assets - Security Deposit | $37,215.00 | $37,215.00 | |
| Other (attach list) Deps in Transit | | | |
| TOTAL ASSETS | $636,618.56 | $696,789.41 | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | $41,109.40 | |
| Taxes Payable | | $4,469.80 | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) See Below | | $14,549.65 | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | $3,813,810.82 | $3,813,810.82 | |
| Priority Debt | 97,936.63 | $97,936.63 | |
| Unsecured Debt | 1,731,769.09 | $1,731,769.09 | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | $5,643,516.54 | $5,643,516.54 | |
| TOTAL LIABILITIES | $5,643,516.54 | $5,703,645.39 | |
| EQUITY | | | |
| Pre-petition Owner's Equity | ($5,006,897.98) | ($5,006,897.98) | |
| Post-Petition Cumulative Profit/Loss | | $8,787.81 | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | $636,618.56 | $696,789.41 | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

2396749.v1

Post Other Liabilities:
Accrued Consignors                                          $50,503.28
                                                    _____
                                                            $50,503.28

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $33,370.58 | $33,370.58 | $0.00 | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | $33,370.58 | $33,370.58 | $0.00 | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | $53,550.00 |
| Plus:  Purchases (AR Converted) | $12,178.47 |
| Less:  Cost of Goods Sold | |
| Ending Inventory | $65,728.47 |

Date Last Inventory was taken: _____ 3/15/2019

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT  AMOUNT |
|---|---|---|---|---|
| Real Property | 151,718.56 | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | 295,005.73 | | | 295,005.73 |
| Accumulated Depreciation | 0.00 | | | 0.00 |
| Net Equipment | 295,005.73 | | | 295,005.73 |
| Autos/Vehicles | 42,904.00 | | | 42,904.00 |
| Accumulated Depreciation | 0.00 | | | 0.00 |
| Net Autos/Vehicles | 42,904.00 | | | 42,904.00 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

None in March

Page 5

2396749.v1

J Levine
Accounts Payable
3/31/2019

| Date | Num | Vendor | Open Balance |
|------|-----|--------|-------------:|
| 03/22/2019 | 2,019.03 2019.03 | City of Phoenix (3127933749) | 612.35 |
| 03/01/2019 | UHC | United Health Care | 9,990.66 |
| 03/17/2019 | 2645-31281 | Huifang Xuan (JE13986) | 0.60 |
| 03/19/2019 | 19 | A Plus moving & deliveries | 574.00 |
| 03/20/2019 | 29 | A Plus moving & deliveries | 340.00 |
| 03/21/2019 | 25 | A Plus moving & deliveries | 416.00 |
| 03/24/2019 | 2646-31327 | Yvonne Cid (JM28024) | 702.00 |
| 03/24/2019 | 2646-31304 | Julie Johnson Prusak (RH50063) | 45.50 |
| 03/24/2019 | 2646-31349 | Kenneth Marler (RH50074) | 10.70 |
| 03/28/2019 | | APS | 27.58 |
| 03/15/2019 | 1418954 12112978 | City of Phoenix 48702734 | 96.00 |
| 03/28/2019 | 032819 | Sparkletts | 28.81 |

Consigor Payments:

| Date | Num | Vendor | Open Balance |
|------|-----|--------|-------------:|
| 03/24/2019 | 2646-31331 | Robynn Sussman (RH50093) | 7,517.70 |
| 03/24/2019 | 2646-3132 | Andera Hernandez (RH50085) | 3,283.25 |
| 03/24/2019 | 2646-31375 | Gregg Granger (JE13577) | 417.55 |
| 03/24/2019 | 2646-31325 | Noah Willimas (BH25072) | 2,100.00 |
| 03/24/2019 | 2646-31330 | Mike Bray (JM28176) | 1,651.40 |
| 03/24/2019 | 2646-31333 | Josh Levine (C879) | 1,381.25 |
| 03/24/2019 | 2646-31306 | Thonetta W Bartlett (JM28095) | 745.20 |
| 03/24/2019 | 2646-31329 | Jim Friend (JE13251) | 616.25 |
| 03/24/2019 | 2646-31326 | Ali Zarrin (JE13093) | 565.50 |
| 03/24/2019 | 2646-31323 | Michael McCarthy (JM28076) | 556.30 |
| 03/24/2019 | 2646-31332 | Letty Andrews (GG88001) | 543.20 |
| 03/24/2019 | 2646-31322 | Charlotte Steill (DD15839) | 289.65 |
| 03/24/2019 | 2646-31302 | Jack McCormick (JE13768) | 281.40 |
| 03/24/2019 | 2646-31309 | Tom Knott (JE13444) | 158.25 |
| 03/24/2019 | 2646-31318 | Christina Nielsen (JM28172) | 117.00 |
| 03/24/2019 | 2646-31328 | Pamela Johnson (RH50010) | 54.25 |
| 03/24/2019 | 2646-31348 | Elaine Oldman (RH50069) | 50.65 |
| 03/24/2019 | 2646-31346 | Marcy Dorsey (DD15834) | 32.15 |

| | | | |
|---|---|---|---:|
| 03/24/2019 | 2646-31347 | Scott Pfeiffer (JM28159) | 24.60 |
| 03/24/2019 | 2646-31319 | Edward Carroll (CN7550) | 18.50 |
| 03/24/2019 | 2646-31305 | Nicholas H Boehme (C544) | 17.85 |
| 03/24/2019 | 2646-31350 | Nancy O'Connor (JM28201) | 14.00 |
| 03/31/2019 | 2647-31336 | Robynn Sussman (RH50093) | 7,829.30 |
| | | | **41,109.40** |

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | $41,109.40 | $41,109.40 | | | |
| Taxes Payable | | $4,469.80 | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) Accrued Consignors | | $14,549.65 | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | | $60,128.85 | | | |

**\*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| (see payroll) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffesionals** | | | | |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | X | |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Post Petition closing of old Operating Bank Accounts, applicable fees, etc. Sun Flower Bank was CC Merchant Deposit

account and needed to make sure First Data successfully transferred deposit functions to new Western States DIP Escrow

Account.

Current number of employees: _____12_____

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Acuity Policy No. Z73790 | General Liability | 6/1/2018   6/1/2019 | Monthly |
| Markel Service, Inc.  MVC0111953-02 | Workers Comp | 5/22/2018  5/22/2019 | Bi Monthly |
| UHC 03U0859 | Group Healthcare | 6/1/2018   6/1/2019 | Monthly |
| Sun Life 910979 | Life Insurance for Employees | 6/1/2018   6/1/2019 | Monthly |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Serious Staff and budgetary cuts across the board. Stream lining of operations and overall overhead cuts.

Negotiated reduction of recurring expenses.

**Identify any matters that are delaying the filing of a plan of reorganization:**

Awaiting the normalization of revenue streams with the negative effects of Petition filing.  We expect to see

a restored faith in our consignment process with new cash handling procedures to ease clients concerns.

Top line revenue normalization will allow for more accurate projections and planning.

Page 7

# DISBURSEMENT DETAIL

**Month:** March post filing

**Account #** 4852

**Bank Name** Great Western Esc

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1001 | 03/28/2019 | Mark Autrey (CN7685) | Consignor Payment | 104.00 |
| 1002 | 03/28/2019 | Earl Linderman (DD15710) | Consignor Payment | 787.20 |
| 1003 | 03/28/2019 | Ruby Elam (DD15796) | Consignor Payment | 552.35 |
| 1004 | 03/28/2019 | Barbara Luther (DD15798) | Consignor Payment | 9.40 |
| 1005 | 03/28/2019 | Berneice E Carey (GG88000) | Consignor Payment | 3,570.00 |
| 1006 | 03/28/2019 | Robert Hauptman (JE13468) | Consignor Payment | 65.00 |
| 1007 | 03/28/2019 | Bill Fisher (JE13497) | Consignor Payment | 143.00 |
| 1008 | 03/28/2019 | Debbie Forde (JE13807) | Consignor Payment | 1,539.10 |
| 1009 | 03/28/2019 | Huifang Xuan (JE13986) | Consignor Payment | 8,265.00 |
| 1010 | 03/28/2019 | Yvonne Cid (JM28024) | Consignor Payment | 73.20 |
| 1011 | 03/28/2019 | Nicole Collinet (JM28073) | Consignor Payment | 20.15 |
| 1012 | 03/28/2019 | Michael McCarthy (JM28076) | Consignor Payment | 43.50 |
| 1013 | 03/29/2019 | Todd Temple (JM28104) | Consignor Payment | 352.95 |
| 1014 | 03/28/2019 | William Eyler (JM28127) | Consignor Payment | 2,245.00 |
| 1015 | 03/28/2019 | Kelly McCartney (JM28177) | Consignor Payment | 30.60 |
| 1016 | 03/28/2019 | Shira Brown (JM28183) | Consignor Payment | 171.20 |
| 1017 | 03/28/2019 | Michael Feeney (JM28184) | Consignor Payment | 951.50 |
| 1018 | 03/28/2019 | Jaeson McDonald (JM28185) | Consignor Payment | 341.40 |
| 1019 | 03/28/2019 | William Erickson (RH50054) | Consignor Payment | 25.65 |
| 1020 | 03/28/2019 | Julie Johnson Prusak (RH50063) | Consignor Payment | 738.25 |
| 1021 | 03/28/2019 | Kenneth Marler (RH50074) | Consignor Payment | 47.75 |
| 1022 | 03/28/2019 | Michael Jung (RH50089) | Consignor Payment | 1,726.70 |
| 1023 | 03/28/2019 | Richard Throop (RH50090) | Consignor Payment | 411.60 |
| 1034 | 03/24/2019 | Gregg Granger (JE13577) | Consignor Payment | 1,901.25 |
| TRANSFER | 03/28/2019 | Zoho | Tracking Software | 975.00 |
| **Total checks listed on continuation pages** | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 25,090.75 |

2396749.v1

Payments to Consignors                                                24,115.75

2396749.v1

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

**Month:** March Post Filing
**Account #** 4836

**Bank Name** Western Payroll

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| Auto | 3/29/2019 | Payroll Direct Deposits | Payroll | $16,680.12 |
| Auto | 3/29/2019 | Payroll Direct Deposits | Payroll Taxes | $5,347.04 |
| Auto | 3/29/2019 | Payroll Fees | Fees | $265.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL DISBURSEMENTS - THIS PAGE | $22,292.16 |
|---|---|

Page 8a