**Fill in this information to identify the case:**

Debtor name    J. Levine Auction & Appraisal LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   2:19-bk-02843-SHG

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ■ Amended Schedule    E/F
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5·13·2019     x _____
                                Signature of individual signing on behalf of debtor

                                **Joshua Levine**
                                Printed name

                                **Sole Member**
                                Position or relationship to debtor

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................   $     **151,718.56**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................   $     **510,035.89**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................   $     **661,754.45**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **3,813,810.82**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $     **79,446.52**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............   +$     **1,726,647.69**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                         $     **5,619,905.03**

Debtor name    **J. Levine Auction & Appraisal LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-bk-02843-SHG**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arizona Dept of Revenue**<br>**2005 N Central Ave, Suite 100**<br>**Phoenix, AZ 85004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,590.41** | **$56,590.41** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number **3614**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Scottsdale**<br>**3939 N. Drinkwater Blvd.**<br>**Scottsdale, AZ 85251** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,972.19** | **$1,972.19** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document        Page 3 of 62

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,625.00 | $3,625.00 |
|---|---|---|---|---|
| | **Gregg Granger**<br>**951 W. Watkins Road**<br>**Phoenix, AZ 85007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 11-15, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,016.27 | $15,016.27 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2013-2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3614**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.65 | $2,242.65 |
|---|---|---|---|---|
| | **Josh Levine**<br>**4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 11-15, 2019** | Basis for the claim:<br>**Wages; $1250; Commissions: $717.90;**<br>**Healthcare Contribution: $274.75** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

    **3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $23,000.00 |
| | **Adrienne Lauridsen/ Eye Soar Inc.**<br>**13236 N. 7th St, Unit 4-291**<br>**Phoenix, AZ 85022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $2,734.65 |
| | **Alan Nichals**<br>**6000 N Canon Del Pajaro**<br>**Tucson, AZ 85750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __0091__ | Basis for the claim: __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 4 of 62

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,337.64 |
|---|---|---|---|

**Alfredo Molina**
**3134 E. Camelback Rd.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0024**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,337.64 |
|---|---|---|---|

**Alfredo Salas**
**1546 E Fountain St**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3428**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,122.90 |
|---|---|---|---|

**Ali Zarrin**
**2701 S. Idaho Road, Lot #333**
**Apache Junction, AZ 85119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3093**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.70 |
|---|---|---|---|

**Allan Bernstein**
**190 Morgan Rd.**
**Sedona, AZ 86776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0012**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,242.87 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2005**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,431.00 |
|---|---|---|---|

**AmTrust**
**PO Box 6939**
**Cleveland, OH 44101-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,675.50 |
|---|---|---|---|

**Amy Oroshnik**
**17555 Lewis Place, Apt 4643**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.15 |
|---|---|---|---|

**Andera Hernandez**
4505 S Harvey dr #2193
Tempe, AZ 85282

Date(s) debt was incurred _

Last 4 digits of account number **0085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.00 |
|---|---|---|---|

**Andrew Goldstein**
23822 N 85th St
Scottsdale, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number **3552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,556.80 |
|---|---|---|---|

**Andrew Piotrowski**
10643 N Frank Lloyd Wright, Suite 202
Scottsdale, AZ 85259

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,953.55 |
|---|---|---|---|

**Andy Bell**
39750 N Linda Dr
Cave Creek, AZ 85331

Date(s) debt was incurred _

Last 4 digits of account number **8117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.25 |
|---|---|---|---|

**Angelique Berry**
11 Glen St
Maiden, MA 02148

Date(s) debt was incurred _

Last 4 digits of account number **2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.40 |
|---|---|---|---|

**Anna Hall**
834 E Marconi Av
Phoenix, AZ 85022

Date(s) debt was incurred _

Last 4 digits of account number **7705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.75 |
|---|---|---|---|

**Anne Wendell**
4525 N. 66th Street Unit 34
Scottsdale, AZ 85251

Date(s) debt was incurred _

Last 4 digits of account number **7658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 6 of 62

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.15 |
|------|--|--|--|
| | **Annette Schultise**<br>**2550 S. San Tan Village Pkwy. Apt. 4046**<br>**Gilbert, AZ 85295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **5736** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.00 |
|------|--|--|--|
| | **Anthony Kesman**<br>**14333 W Lamoille Dr**<br>**Phoenix, AZ 85074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **8000** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,335.76 |
|------|--|--|--|
| | **APS**<br>**PO Box 2906**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/18/19**<br>Last 4 digits of account number __ | Basis for the claim: **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.75 |
|------|--|--|--|
| | **Arthur Sheppard**<br>**7920 E. Camelback Rd.**<br>**Scottsdale, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0026** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.50 |
|------|--|--|--|
| | **Asha Sethi**<br>**5028 N. Scottsdale Road**<br>**Scottsdale, AZ 85253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0152** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.00 |
|------|--|--|--|
| | **Audrey Hanks**<br>**Cecilia Buse Trust 14022 N. Bolivar Dr.**<br>**Sun City, AZ 85351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0075** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,263.60 |
|------|--|--|--|
| | **AZ Elevator Solutions**<br>**208 South River Drive**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
| --- | --- | --- | --- |

**Barbara  Graham**
**7878 E. Gainey Ranch Road #52**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7671**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Barbara  Mark-Dreyfuss**
**12638 N. 78th Street**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5802**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Barbara Downs**
**18012 N. 54th Ln.**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0016**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,014.90 |
| --- | --- | --- | --- |

**Barbara Luther**
**1855 W Wickenberg Way  #139**
**Wickenburg, AZ 85390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5798**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
| --- | --- | --- | --- |

**Benito Gatica**
**824 E. Cambridge St.**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0140**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.10 |
| --- | --- | --- | --- |

**Betty  Treder**
**530 E. HUnt Hwy  STE 103-481**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7678**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.25 |
| --- | --- | --- | --- |

**Bill Combs**
**1933 Savanna Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0117**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document        Page 8 of 62

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.10** |
|---|---|---|---|

**Bill Fisher**
**725 W Smoke Tree Rd**
**Gilbet, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **3497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.93** |
|---|---|---|---|

**Blake Staffer**
**7616 E. Mary Sharon Dr.**
**Scottsdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0010**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$327.60** |
|---|---|---|---|

**Bob  Golay**
**2418 S Buttercup**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8150**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$236.75** |
|---|---|---|---|

**Bob Saegert**
**7336 E Ironwood Ct**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5829**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Brandon Phillips**
**11766 Wilshire Blvd, Ste 500**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.20** |
|---|---|---|---|

**Brenda Kirby**
**639 E Charlevoix AV**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8180**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183.00** |
|---|---|---|---|

**Brent Gibson**
**3022 E. Bloomfield Rd.**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8109**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,939.90 |
|---|---|---|---|

**Brian Bell**
**10390 E. Lakeview Dr #202**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __5799__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Brumfield Family Trust**
**Attn: Tim Brumfield**
**2108 W. Palomino Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2018__

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __5758__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,542.00 |
|---|---|---|---|

**BVA Technology Services**
**7201 E Camelback Rd #240**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.30 |
|---|---|---|---|

**C. N. Spike Flanders**
**808 C Street**
**Silver City, NM 88061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __2016__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,688.59 |
|---|---|---|---|

**Capital One**
**4515 N. Santa Fe Ave**
**Oklahoma City, OK 73118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit card purchases__

Last 4 digits of account number __0842__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,188.00 |
|---|---|---|---|

**Carl Scates**
**4246 N. Scottsdale Rd.**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __3455__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.60 |
|---|---|---|---|

**Carol Hitchcock**
**PO BOX 1524**
**Cave Creek, AZ 85327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consignment Contract__

Last 4 digits of account number __7710__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.90 |
|---|---|---|---|
| | **Carol Miller**<br>**5330 N Central Av**<br>**Phoenix, AZ 85012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0078** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.70 |
|---|---|---|---|
| | **Caroline Sitler**<br>**1501 W Sequoia Drive**<br>**Phoenix, AZ 85027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5811** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.50 |
|---|---|---|---|
| | **Cassie Martin**<br>**2275 E. Scenic St.**<br>**Apache Junction, AZ 85119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0024** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.30 |
|---|---|---|---|
| | **Cathy Poulos**<br>**9484 E. Adobe Dr.**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5657** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|
| | **Century Link**<br>**PO Box 91155**<br>**Seattle, WA 98111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **481B** | Basis for the claim: **Utility** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,279.00 |
|---|---|---|---|
| | **CenturyLink**<br>**Business Services PO Box 52187**<br>**Phoenix, AZ 85072-2187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1981** | Basis for the claim: **Utility** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.60 |
|---|---|---|---|
| | **Chad Lakridis**<br>**8175 E Evans Road  #12277**<br>**Scottsdale, AZ 85267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **3676** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 11 of 62

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,291.55 |
|---|---|---|---|

**Chana Tiechtel**
1246 W 10th St
Tempe, AZ 85281

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5817**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.49 |
|---|---|---|---|

**Charles P. Joyce**
2971 RT 417 E PO Box 330
Wellsville, NY 14895

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0056**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.00 |
|---|---|---|---|

**Charles Pshaenich**
28585 N. 114th St.
Scottsdale, AZ 85262

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0067**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,997.47 |
|---|---|---|---|

**Chase Ink**
PO Box 6294
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7260**

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,959.33 |
|---|---|---|---|

**Chase Kookoo Toys**
PO Box 6294
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9872**

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,535.10 |
|---|---|---|---|

**Cheryl Schneider**
14955 W. Crenshaw Drive
Goodyear, AZ 85395

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7696**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.55 |
|---|---|---|---|

**Chris Steinbeigle**
6560 E. El Paso
Mesa, AZ 85205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG   Doc 106   Filed 05/14/19   Entered 05/14/19 14:41:57   Desc
Main Document      Page 12 of 62

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.00 |
| --- | --- | --- | --- |

**Christina Nielsen**
**668 Cedar St**
**Central Point, OR 97502**

Date(s) debt was incurred _
Last 4 digits of account number  **8172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.35 |
| --- | --- | --- | --- |

**Cindy  Richmond**
**4319 N. 29th Street**
**Phoenix, AZ 85016**

Date(s) debt was incurred _
Last 4 digits of account number  **7689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.40 |
| --- | --- | --- | --- |

**Cindy Beaudry**
**7671 E. Pleasant Run**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _
Last 4 digits of account number  **0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.10 |
| --- | --- | --- | --- |

**Citi Business**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _
Last 4 digits of account number  **1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,313.64 |
| --- | --- | --- | --- |

**Citi Business Card**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _
Last 4 digits of account number  **0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,436.62 |
| --- | --- | --- | --- |

**CitiBank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _
Last 4 digits of account number  **8675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.17 |
| --- | --- | --- | --- |

**City of Phoenix**
**200 W. Washington Street**
**Phoenix, AZ 85003**

Date(s) debt was incurred _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 13 of 62

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,430.40 |
| --- | --- | --- | --- |
| | **Colleen Guhin**<br>**13828 N 28th Pl**<br>**Phoenix, AZ 85032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3421** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,621.00 |
| --- | --- | --- | --- |
| | **Colling Media, LLC**<br>**14362 N. Frank Lloyd Wright Blvd Ste. 12**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,276.99 |
| --- | --- | --- | --- |
| | **Comerica Master Card**<br>**PO Box 71203**<br>**Philadelphia, PA 19176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3737** | Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.80 |
| --- | --- | --- | --- |
| | **Cuauhtemoc Rendon**<br>**2601 N. 50th Ave.**<br>**Phoenix, AZ 85035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8080** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.06 |
| --- | --- | --- | --- |
| | **Cybertech Designs LLC**<br>**305 South Rockford**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.70 |
| --- | --- | --- | --- |
| | **Cyndi Ray**<br>**7125 N Howard Av, #442**<br>**Tampa, FL 33604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5816** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
| --- | --- | --- | --- |
| | **Cynthia Tyler**<br>**205 Casa De Corte Via**<br>**Sedona, AZ 86351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3366** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 14 of 62

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.70** |
|---|---|---|---|
| | **Dale Johnson**<br>**7551 E Kael Cirle**<br>**Mesa, AZ 85207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0025** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$564.50** |
|---|---|---|---|
| | **Dale Koehn**<br>**8407 E. Edgewood Ave.**<br>**Mesa, AZ 85208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0033** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329.40** |
|---|---|---|---|
| | **Dan Andris**<br>**900 S. Canal Dr. #105**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5727** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$397.50** |
|---|---|---|---|
| | **Daniel Milligan**<br>**1405 S Newberry Ln #A**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0183** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,139.40** |
|---|---|---|---|
| | **Danielle Rovinsky**<br>**6317 N. 10th Pl**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0200** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.00** |
|---|---|---|---|
| | **Darren  Lomay**<br>**1202 E. Meadow Lane**<br>**Phoenix, AZ 85022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7676** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$437.40** |
|---|---|---|---|
| | **Darrin Salvemini**<br>**3265 S Holly Ct**<br>**Chandler, AZ 85248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5517** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$378.25** |

**Dave Brown**
**16657 E Gunsight Dr.**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **7672**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.70** |

**David Roach**
**19109 N. 78th Lane**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0038**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,252.90** |

**David Blumberg**
**Empire Wholesale Jewelry**
**5016 Chesebro Rd Suite 102**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5564**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,269.00** |

**David Brown**
**8210 Aspen Glen Lane**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5831**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.90** |

**David Reimold**
**2626 E AZ Biltmore Cir, #1**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5827**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.80** |

**Dawn Birenbaum**
**1709 W. Sherman Street Apt 1**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **7674**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.05** |

**Dean Hall**
**8637 N. 84th St.**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0118**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.20 |
|---|---|---|---|

**Debbie Shook**
**1179 E. Goldcrest Street**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  8161**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,479.40 |
|---|---|---|---|

**Debbie Forde**
**4725 W Mayo Blvd**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  3807**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.65 |
|---|---|---|---|

**Debbie Meier**
**1169 E Sunset Drive**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7703**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.25 |
|---|---|---|---|

**Debbie Mueldener**
**9986 W Blue Sky Drive**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7707**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.40 |
|---|---|---|---|

**Deborah Davis**
**1024 East Palo Verde Drive**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5502**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.25 |
|---|---|---|---|

**Deborah Kray**
**4820 W Elecktra Lane**
**Glendale, AZ 85310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  0071**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
|---|---|---|---|

**Deborah Ratkovic**
**36050 N 61st Street**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7701**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,349.10 |
|---|---|---|---|

**Dennis Bourgeois**
**1301 W Aster Drive**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8130**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.65 |
|---|---|---|---|

**Dennis Stonewall**
**24654 N Lake Pleasant PKWY**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8165**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.30 |
|---|---|---|---|

**Denny Wisely**
**12010 N 114th Way**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0209**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Deonise Hannay**
**16212 E. Glenview Pl.**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0100**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diane Fox**
**900 W Broadway Ave House Number 39**
**Apache Junction, AZ 85120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0169**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.50 |
|---|---|---|---|

**Diane Suder**
**7215 E Silverlone Drive**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0083**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**DNS**
**DNS Services 6400 NE Hwy 99, Ste. G-291**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.90 |
|---|---|---|---|

**Don Rumer-Rivera**
12958 E Corrine Drive
Scottsdale, AZ 85259

Date(s) debt was incurred ___

Last 4 digits of account number **7708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,548.00 |
|---|---|---|---|

**Donald Donahue**
35619 7th Av
Phoenix, AZ 85086

Date(s) debt was incurred ___

Last 4 digits of account number **8157**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald Sharp**
2620 S Decantus
Mesa, AZ 85209

Date(s) debt was incurred **8/6/17**

Last 4 digits of account number **1316**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,697.00 |
|---|---|---|---|

**Donna Hoffman**
148 W Latigo Cir
San Tan Valley, AZ 85143

Date(s) debt was incurred ___

Last 4 digits of account number **6001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.00 |
|---|---|---|---|

**Donna Veile**
3859 Tarpon Pointe Cir.
Palm Harbor, FL 34684

Date(s) debt was incurred ___

Last 4 digits of account number **5729**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,765.05 |
|---|---|---|---|

**Donovan's Steak & Chop House**
**Attn: Aaron Selles**
5315 Avenida Encinas, Ste 250
Carlsbad, CA 92008

Date(s) debt was incurred ___

Last 4 digits of account number **5772**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.70 |
|---|---|---|---|

**Doris Monroe**
11612 N. 86th Street
Scottsdale, AZ 85254

Date(s) debt was incurred ___

Last 4 digits of account number **0199**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.75 |
|---|---|---|---|

**Dorothy Cohen**
**9915 E. Broken Spur Drive**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7694**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.20 |
|---|---|---|---|

**Doug Campbell**
**860 E. Silversword Lane**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7675**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,008.95 |
|---|---|---|---|

**Doug Crandall**
**8307 E Kiem Dr**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5783**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.50 |
|---|---|---|---|

**Douglas C Underwood**
**9025 N. 124th Street**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5813**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,908.25 |
|---|---|---|---|

**Douglas Simmons**
**4636 E Robert E Lee Street**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7704**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.20 |
|---|---|---|---|

**Dr. Glen Bowers**
**7215 E. Silverstone Drive #3012**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7692**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.50 |
|---|---|---|---|

**Earl Linderman**
**133 E. Tam Oshanter Dr.**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5710**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

Edward  De Paoli
2255 W. Germann Road #1048
Chandler, AZ 08528

Date(s) debt was incurred _

Last 4 digits of account number __5804__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$6,715.45**

---

| 3.116 | **Nonpriority creditor's name and mailing address** |

Eileen Oleary
11922 S 182nd Av
Goodyear, AZ 85338

Date(s) debt was incurred _

Last 4 digits of account number __0059__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$4,487.25**

---

| 3.117 | **Nonpriority creditor's name and mailing address** |

Elaine Oldman
1945 N Arroya
Mesa, AZ 85205

Date(s) debt was incurred _

Last 4 digits of account number __0069__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$3,144.50**

---

| 3.118 | **Nonpriority creditor's name and mailing address** |

Elizabeth  Hulings
5215 N. 18th Drive
Phoenix, AZ 85015

Date(s) debt was incurred _

Last 4 digits of account number __7670__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$801.50**

---

| 3.119 | **Nonpriority creditor's name and mailing address** |

Er-Chang Ping
42041 N. 107th Place
Scottsdale, AZ 85262

Date(s) debt was incurred _

Last 4 digits of account number __5809__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$2,216.80**

---

| 3.120 | **Nonpriority creditor's name and mailing address** |

Erica Schnitzer
10358 E. Bahia Dr.
Scottsdale, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number __5718__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$2,457.00**

---

| 3.121 | **Nonpriority creditor's name and mailing address** |

Eva Zautra
107 W. Granada
Phoenix, AZ 85003

Date(s) debt was incurred _

Last 4 digits of account number __8089__

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$722.40**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.50 |
|---|---|---|---|

**Fernando Barajas**
**3040 N 2nd St Apt 108**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7698**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Forrest Hill**
**345 E. Pomona Rd.**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0035**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,494.35 |
|---|---|---|---|

**Fred Shaulis**
**2402 E Esplanade Lane Apt 1203**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5784**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.25 |
|---|---|---|---|

**Gail  Snor**
**PO Box 21537**
**WIckenberg, AZ 85358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7687**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.90 |
|---|---|---|---|

**Ganko Donevski**
**20540 N 94th Ln**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7666**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.10 |
|---|---|---|---|

**Gary  Whitt**
**1221 E. Del Rio Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7697**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.55 |
|---|---|---|---|

**Gary Lvov**
**12800 N Saguaro Blvd**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8175**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Case 2:19-bk-02843-SHG   Doc 106   Filed 05/14/19   Entered 05/14/19 14:41:57   Desc
Main Document    Page 22 of 62

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**Gary Robinson**
**13043 Moody River Parkway**
**North Fort Myers, FL 33903**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,118.25 |
|---|---|---|---|

**Gaylen Brotherson**
**12002 N Hayden Rd**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __0208__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.25 |
|---|---|---|---|

**Gaylord McMurrin**
**13717 W Utica Drive**
**Sun City, AZ 85375**

Date(s) debt was incurred __

Last 4 digits of account number __3187__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.95 |
|---|---|---|---|

**George Catlin**
**9809 N 1st Street**
**Phoenix, AZ 85020**

Date(s) debt was incurred __

Last 4 digits of account number __7712__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**George McNeill**
**10270 N. 103rd Pl**
**Scottsdale, AZ 85258**

Date(s) debt was incurred __

Last 4 digits of account number __0095__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.50 |
|---|---|---|---|

**Gerald Marquart**
**474 E. Vesper Trail**
**San Tran Valley, AZ 85140**

Date(s) debt was incurred __

Last 4 digits of account number __5821__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.05 |
|---|---|---|---|

**Geraldine Lavallee**
**1738 E. Maygrass Lane**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred __

Last 4 digits of account number __7677__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 23 of 62

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.25 |
|---|---|---|---|

**Gerry Ecker**
**8459 W Aster Drive**
**Peoria, AZ 85381**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0079**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.50 |
|---|---|---|---|

**Gilbert Hacohen**
**4226 W Tuckey Lane**
**Phoenix, AZ 85019**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8141**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.30 |
|---|---|---|---|

**Ginny Temple**
**17212 N Scottsdale Rd #2350**
**Scottsdale, AZ 85255**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8118**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,798.95 |
|---|---|---|---|

**Gloria Laynor**
**909 E. Northern Ave. Apt. 123**
**Phoenix, AZ 85020**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.35 |
|---|---|---|---|

**Gove Security Systems**
**1233 W Laredo Street**
**Chandler, AZ 85224**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,677.37 |
|---|---|---|---|

**Gregg Granger**
**951 W. Watkins Road**
**Phoenix, AZ 85007**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **03/ 2019**

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.03 |
|---|---|---|---|

**Guardian Protection Services**
**PO Box 37751**
**Philadelphia, PA 19101-5051**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 24 of 62

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,411.10 |
|---|---|---|---|

**Heidi Zeisel**
5950 N.78th Street #253
Scottsdale, AZ 85250

Date(s) debt was incurred _

Last 4 digits of account number  **0188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.50 |
|---|---|---|---|

**Helen Anderson**
14575 N. Mountain View Blvd. #10203
Surprise, AZ 85374

Date(s) debt was incurred _

Last 4 digits of account number  **0060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.65 |
|---|---|---|---|

**Herb Bunchman**
3700 S. Waterfront
Chandler, AZ 85248

Date(s) debt was incurred _

Last 4 digits of account number  **8162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,047.50 |
|---|---|---|---|

**Hubert Field**
14790 W Goldwater Ridge Drive, #407
Surprise, AZ 85374

Date(s) debt was incurred _

Last 4 digits of account number  **0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,879.30 |
|---|---|---|---|

**Huifang Xuan**
2022 N Atwood
Mesa, AZ 85207

Date(s) debt was incurred _

Last 4 digits of account number  **3986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**iHeart Media**
20880 Stone Oak Parkway
San Antonio, TX 78258

Date(s) debt was incurred _

Last 4 digits of account number  **0573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.25 |
|---|---|---|---|

**Irene Neudeck**
9883 E Cortez St
Scottsdale, AZ 85259

Date(s) debt was incurred _

Last 4 digits of account number  **5611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.95 |
|---|---|---|---|

**Irene Sterling**
**701 S. Dobson #201**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number **0163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.72 |
|---|---|---|---|

**Isabel Hancock**
**29063 N Mountain View Rd**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _

Last 4 digits of account number **5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.50 |
|---|---|---|---|

**Ivan Grullon Contreras**
**3601 E McDowell Rd., APT 2111**
**Phoenix, AZ 85009**

Date(s) debt was incurred _

Last 4 digits of account number **5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Bulger**
**13535 Circle Dr**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number **5824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,237.60 |
|---|---|---|---|

**Jack McCormick**
**1601 W Glenrosa Ave**
**Phoenix, AZ 85015**

Date(s) debt was incurred _

Last 4 digits of account number **3768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.20 |
|---|---|---|---|

**Jacquelin Miller-Husome**
**8324 W. Hamster Ln.**
**Tolleson, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number **8069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,710.85 |
|---|---|---|---|

**Jacqueline Carroll**
**3219 E. Camelback Rd. #823**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number **3407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.70 |
|---|---|---|---|

**Jamal Judai**
**7366 W Cholla St**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0028__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
|---|---|---|---|

**James Freeman**
**850 E. Jones #319**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7681__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.80 |
|---|---|---|---|

**James Willinger**
**225 E Saddle Lane**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7651__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,996.75 |
|---|---|---|---|

**Jamie Balvin**
**Great AZ Estate Sales 28505 N 154th Stre**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3371__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.55 |
|---|---|---|---|

**Jana Sizemore**
**7007 W Indian School Road**
**Bldg #14  Apt #2234**
**Phoenix, AZ 85033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0037__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.75 |
|---|---|---|---|

**Jane Trumble**
**5113 Idylwild Trail**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0084__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.25 |
|---|---|---|---|

**Janeen Wheatley**
**2443 S. Catarina**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8140__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | $117.25 |

**Janet Neff**
**6015 W 119th St., Apt 2113**
**Brookdale Bldg #2**
**Shawnee Mission, KC 66209**

Date(s) debt was incurred _

Last 4 digits of account number  **5767**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | $210.60 |

**Janet Rees**
**3516 E North Lane**
**Phoenix, AZ 85028**

Date(s) debt was incurred _

Last 4 digits of account number  **0091**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | $1,160.25 |

**Janice Compton**
**7820 E Camelback Rd Bldg 21, Unit 306**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number  **3457**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | $404.00 |

**Janice Simon**
**6730 E Hermosa Vista Drive, #3**
**Mesa, AZ 85215**

Date(s) debt was incurred _

Last 4 digits of account number  **3498**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | $243.10 |

**Jean Quenzler**
**3104 E Broadway, Space 122**
**Mesa, AZ 85204**

Date(s) debt was incurred _

Last 4 digits of account number  **5789**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | $149.45 |

**Jean Renn**
**3539 W. Plymouth Drive**
**Anthem, AZ 85086**

Date(s) debt was incurred _

Last 4 digits of account number  **7691**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | $148.50 |

**Jeanne Vickroy**
**4436 E. Hartford Ave**
**Phoenix, AZ 85032**

Date(s) debt was incurred _

Last 4 digits of account number  **5828**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.90 |
|---|---|---|---|

**Jennifer  Gittings**
**602 E. Halifax Street**
**Mes, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5803**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,945.70 |
|---|---|---|---|

**Jennifer  O'Cualain**
**16413 N. 43rd Street**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **7688**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.15 |
|---|---|---|---|

**Jennifer Meggison**
**10836 E Cliffrose Lane**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0078**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $942.60 |
|---|---|---|---|

**Jennifer Snodgrass**
**4419 N. 27th**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Jennifer Trask-Chester**
**PO Box 199**
**Zephyr Cove, NV 89448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5753**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,549.00 |
|---|---|---|---|

**Jennifer Wahlberg**
**1148 N Barkley**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0210**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.40 |
|---|---|---|---|

**Jennifer Wright**
**669 N Eagle Street**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8123**

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.50 |
|---|---|---|---|

**Jesus Gonzalvez**
**1050 W Santa Cruz Drive**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0196__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.60 |
|---|---|---|---|

**Jim Faux**
**4747 W. Kristol Way**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5744__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,379.60 |
|---|---|---|---|

**Jim Friend**
**4363 E. Morrow Dr.**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3251__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,498.15 |
|---|---|---|---|

**Joan Koemptgen**
**20554 N 101st Ave, Apt #2019**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3426__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Joanne Kwan Trust**
**c/o Childers & Coventry**
**17215 N. 72nd Dr. Suite B110**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7654__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.50 |
|---|---|---|---|

**Jodie Smith**
**2054 E. Ranch Dr.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0113__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.75 |
|---|---|---|---|

**Joe Camarena**
**6844 N. 14th Dr.**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0187__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.35 |
|---|---|---|---|

**Joe Michaud**
13420 N. 21st Pl., Apt. 220
Phoenix, AZ 85022

Date(s) debt was incurred  _

Last 4 digits of account number  **7520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.50 |
|---|---|---|---|

**Joel Andrews**
6745 E Superstition Springs Blvd #1025
Mesa, AZ 85026

Date(s) debt was incurred  _

Last 4 digits of account number  **7587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,370.00 |
|---|---|---|---|

**Joel G. Lieberman Estate**
PO Box 613
Fredericksburg, VA 22404

Date(s) debt was incurred  _

Last 4 digits of account number  **0186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.60 |
|---|---|---|---|

**John  Kinsey**
6967 W Potter Dr.
Glendale, AZ 85308

Date(s) debt was incurred  _

Last 4 digits of account number  **3599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,623.10 |
|---|---|---|---|

**John (Jack) & Mary Ellen Burke**
7341 N. Via Camello Del Norte Unit 131
Scottsdale, AZ 85258

Date(s) debt was incurred  _

Last 4 digits of account number  **8166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.95 |
|---|---|---|---|

**John Blanton**
13310 W Serenade Lane
Sun City, AZ 85375

Date(s) debt was incurred  _

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.00 |
|---|---|---|---|

**John Bower**
2417 S Selrose Lane
Santa Barbara, CA 93109

Date(s) debt was incurred  _

Last 4 digits of account number  **8182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:19-bk-02843-SHG   Doc 106   Filed 05/14/19   Entered 05/14/19 14:41:57   Desc
Main Document     Page 31 of 62

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.80 |
|---|---|---|---|

**John Caudron**
**3754 E Chickadee Rd**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4002__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.50 |
|---|---|---|---|

**John Craig Egan**
**6808 E Bronco Drive**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0068__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.50 |
|---|---|---|---|

**John Lacagnina**
**2737 AZ Biltmore Cir.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0120__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $648.50 |
|---|---|---|---|

**John McKinstry**
**5372 W Geronimo Street**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0057__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.65 |
|---|---|---|---|

**John Mollerus**
**13225 W Micheltorena Dr.**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8181__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,351.41 |
|---|---|---|---|

**John Trump**
**2089 Platt Cline**
**Flagstaff, AZ 86005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0125__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.70 |
|---|---|---|---|

**Jon  Graham**
**122-A Honuhulu Place**
**Kihei, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0206__

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.20** |
| --- | --- | --- | --- |
| | **Jorge Perea**<br>**5437 E. Harmony Ave**<br>**Mesa, AZ 85206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$562.75** |
| --- | --- | --- | --- |
| | **Joseph Desalvo**<br>**3235 W Hwy 89A**<br>**Sedona, AZ 86336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0204** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$307.00** |
| --- | --- | --- | --- |
| | **Joseph Goldenberg**<br>**11513 N. 141st Street**<br>**Scottsdale, AZ 85259** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8156** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.50** |
| --- | --- | --- | --- |
| | **Josh French**<br>**660 S Tyler Court**<br>**Chandler, AZ 85226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7643** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Josh Levine**<br>**4362 E. Ludlow Dr.**<br>**Phoenix, AZ 85032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **03/ 2019**<br>Last 4 digits of account number _ | Basis for the claim: **Loans**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,836.00** |
| --- | --- | --- | --- |
| | **Joyce Bunce**<br>**10419 W Gulf Hills Dr**<br>**Sun City, AZ 85351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0160** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292.75** |
| --- | --- | --- | --- |
| | **Judy Kingery**<br>**13455 W Miner Trail**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0072** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 33 of 62

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,450.25 |
|---|---|---|---|

**Julian Burgoin**
101 W. 5th Apt. 1029
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7652**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.40 |
|---|---|---|---|

**Julian Soncco**
2728 E. Marconi Ave #3
Phoenix, AZ 85032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7709**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.50 |
|---|---|---|---|

**Julie Kendall**
313 W Sequoia Drive
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2013**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.25 |
|---|---|---|---|

**June Burruss**
12800 E. Double Tree Ranch Rd.
Scottsdale, AZ 85259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5738**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.00 |
|---|---|---|---|

**Karen  Nielsen**
5632 W. Hearn Road
Glendale, AZ 85306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7690**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,147.30 |
|---|---|---|---|

**Karen Rapp**
3511 E Indian School Rd
Phoenix, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8178**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.55 |
|---|---|---|---|

**Katherine Hartley**
2577 N Miller Rd
Scottsdale, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0066**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 34 of 62

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.40 |
|---|---|---|---|

**Katie Rice**
**2922 N 39th Street, APT 105**
**Phoenix, AZ 85018**

Date(s) debt was incurred _
Last 4 digits of account number **5826**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.20 |
|---|---|---|---|

**Kelly McCartney**
**6350 E Carolina Drive**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _
Last 4 digits of account number **8177**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.00 |
|---|---|---|---|

**Ken Mars**
**6300 N Camino Arturo**
**Tucson, AZ 85718**

Date(s) debt was incurred _
Last 4 digits of account number **2812**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.70 |
|---|---|---|---|

**Kenneth Marler**
**3516 E Monica Av**
**Phoenix, AZ 85032**

Date(s) debt was incurred _
Last 4 digits of account number **0074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.60 |
|---|---|---|---|

**Kim Lank**
**8708 E. Clarendon Ave**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number **0032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.75 |
|---|---|---|---|

**Kourosh Moradi**
**99 Talisman, Apt 424**
**Irvine, CA 92620**

Date(s) debt was incurred _
Last 4 digits of account number **5726**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.30 |
|---|---|---|---|

**Kristina Arment**
**4848 N. Goldwater Blvd. #1118**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _
Last 4 digits of account number **5689**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | **Nonpriority creditor's name and mailing address**<br>**L William McCrea**<br>**1630 Sheridan Road Apt# 4L**<br>**Wilmette, IL 60091** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,613.60** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  5797** | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address**<br>**L.J. Ford**<br>**3401 W Tonto Lane**<br>**Phoenix, AZ 85027** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9.10** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7711** | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address**<br>**Larry & Ginny Regner**<br>**15842 W Avalon Dr**<br>**Goodyear, AZ 85395** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$605.25** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7511** | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address**<br>**Larry Webster**<br>**7904 E Chaparral RD, STE A110**<br>**Scottsdale, AZ 85250** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,770.23** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address**<br>**Lauretta Laaning**<br>**319-9768-170 St**<br>**Edmonton, Canada T5T5L4** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.50** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  8143** | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address**<br>**Laurni Breedlove**<br>**8204 Scobey Road**<br>**Port Charlotte, FL 33981** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,376.20** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  0031** | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address**<br>**Lawrence Chapman**<br>**45960 W Barbara Lane**<br>**Maricopa, AZ 85139** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,256.70** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:  Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 36 of 62

**3.227**

Nonpriority creditor's name and mailing address
**Leigh Slaughter-RookF**
**PO Box 1254**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _
Last 4 digits of account number **0008**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$44.50**

---

**3.228**

Nonpriority creditor's name and mailing address
**Leona Robles**
**2267 E Hale St**
**Mesa, AZ 85213**

Date(s) debt was incurred _
Last 4 digits of account number **3165**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$9,837.80**

---

**3.229**

Nonpriority creditor's name and mailing address
**Leta  Smith**
**19830 N. Lake Forest Drive**
**Sun City, AZ 85373**

Date(s) debt was incurred _
Last 4 digits of account number **0193**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$457.60**

---

**3.230**

Nonpriority creditor's name and mailing address
**Linda Fry**
**539 N Aletta**
**Mesa, AZ 85207**

Date(s) debt was incurred _
Last 4 digits of account number **4001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$555.95**

---

**3.231**

Nonpriority creditor's name and mailing address
**Linda Hill**
**PO Box 1114**
**Pinedale, AZ 85934**

Date(s) debt was incurred _
Last 4 digits of account number **7686**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$860.60**

---

**3.232**

Nonpriority creditor's name and mailing address
**Lisa  Hansen**
**9595 E. Thunderbird Road #1042**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _
Last 4 digits of account number **7695**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$26.90**

---

**3.233**

Nonpriority creditor's name and mailing address
**Lisa Capozzoli**
**108 Timber View Drive**
**Oak Brook, IL 60523**

Date(s) debt was incurred _
Last 4 digits of account number **5782**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**
Lisa Lopez
2793 N. 149th Ave.
Goodyear, AZ 85395

Date(s) debt was incurred _
Last 4 digits of account number __5677__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$375.00**

---

**3.235**

**Nonpriority creditor's name and mailing address**
Liu Zheng
5711 W. Novak Way
Laveen, AZ 85339

Date(s) debt was incurred _
Last 4 digits of account number __7547__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

---

**3.236**

**Nonpriority creditor's name and mailing address**
LJ Mow
1315 E 3rd Street
Mesa, AZ 85203

Date(s) debt was incurred _
Last 4 digits of account number __2011__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,485.65**

---

**3.237**

**Nonpriority creditor's name and mailing address**
Lori Eldredge
1420 E 1st
Tucson, AZ 85719

Date(s) debt was incurred _
Last 4 digits of account number __0016__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$3,216.75**

---

**3.238**

**Nonpriority creditor's name and mailing address**
Lorraine Efune
7120 East Kierland Blvd., APT 817
Scottsdale, AZ 85254

Date(s) debt was incurred _
Last 4 digits of account number __5822__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$1,019.95**

---

**3.239**

**Nonpriority creditor's name and mailing address**
Lynne Lamb Bryant
252 Rainbow Drive, #15254
Livingston, TX 77399

Date(s) debt was incurred _
Last 4 digits of account number __0159__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**
M.H. Haber
8464 E Charter Oak Dr.
Scottsdale, AZ 85260

Date(s) debt was incurred _
Last 4 digits of account number __7611__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consignment Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$48.05**

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.80 |
|---|---|---|---|
| | **Marcy Dorsey** | ☐ Contingent | |
| | **29675 N Valley Pkwy, #2071** | ☐ Unliquidated | |
| | **Phoenix, AZ 85085** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5834** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,955.50 |
|---|---|---|---|
| | **Margaret  Ramar** | ☐ Contingent | |
| | **2514 S Angora Ct** | ☐ Unliquidated | |
| | **Sun Lakes, AZ 85248** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **3186** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,352.85 |
|---|---|---|---|
| | **Marianne Leiper** | ☐ Contingent | |
| | **1201 E Cambridge Av** | ☐ Unliquidated | |
| | **Phoenix, AZ 85006** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0075** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.20 |
|---|---|---|---|
| | **Marjorie Moote** | ☐ Contingent | |
| | **1111 W Townley Av** | ☐ Unliquidated | |
| | **Phoenix, AZ 85021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5777** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.25 |
|---|---|---|---|
| | **Mark  Autrey** | ☐ Contingent | |
| | **8970 N 83rd Pl** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7685** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.60 |
|---|---|---|---|
| | **Mark Brenner** | ☐ Contingent | |
| | **10668 E. Arabian Park Dr.** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.00 |
|---|---|---|---|
| | **Mark Culbertson** | ☐ Contingent | |
| | **423 N Ash** | ☐ Unliquidated | |
| | **Mesa, AZ 85201** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2021** | Basis for the claim: **Consignment Contract** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.50 |
|---|---|---|---|

**Mark Steele**
8500 E. Sahuaro Drive
Scottsdale, AZ 85260

Date(s) debt was incurred _

Last 4 digits of account number **5807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.15 |
|---|---|---|---|

**Marla Berger**
10108 E. Topaz Dr
Scottsdale, AZ 85258

Date(s) debt was incurred _

Last 4 digits of account number **0038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,523.75 |
|---|---|---|---|

**Mary  Hoffman**
6465 N. 79th Street
Scottsdale, AZ 85250

Date(s) debt was incurred _

Last 4 digits of account number **5808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,092.00 |
|---|---|---|---|

**May Bakhtiar**
Suite 707, 2008 Fullerton Ave
North Vancouvr, BC  V7P3G7  Canada

Date(s) debt was incurred _

Last 4 digits of account number **0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,254.85 |
|---|---|---|---|

**Maya  Shenoy**
222 E Joshua Tree Lane
Paradise Valley, AZ 85253

Date(s) debt was incurred _

Last 4 digits of account number **3467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.80 |
|---|---|---|---|

**Megan Keller**
2316 E Rancho Drive
Phoenix, AZ 85016

Date(s) debt was incurred _

Last 4 digits of account number **3423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Mercedes Godoy**
801 N. Federal St. #1060
Chandler, AZ 85226

Date(s) debt was incurred _

Last 4 digits of account number **0106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19   Entered 05/14/19 14:41:57    Desc
Main Document    Page 40 of 62

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,841.00 |
|---|---|---|---|

**Meredith Moore**
**1581 W. Corona Drive**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0148**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.00 |
|---|---|---|---|

**Merrill  Sauriol**
**290 East Horseshoe Drive**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0203**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.40 |
|---|---|---|---|

**Michael Flynn**
**7026 E Latham St**
**Scottsdale, AZ 85257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8092**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.95 |
|---|---|---|---|

**Michael Lissow**
**36404 Crucilo Drive**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0064**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |
|---|---|---|---|

**Michael Miller**
**6852 W Belmont Av**
**Glendale, AZ 85303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7700**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,950.40 |
|---|---|---|---|

**Michael Mills**
**4000 E Palm St**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0044**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.95 |
|---|---|---|---|

**Michael Paslay**
**2664 College Heights Rd.**
**Prescott, AZ 86301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5757**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Michael Valdez**<br>**7120 E Indian School Rd**<br>**Scottsdale, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/14/18** | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **8077** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Michelle Urszeni**<br>**12801 Kinsman Road**<br>**Burton, OH 44021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **0051** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.50 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|
| | **Mike McCarthy**<br>**5221 E. Janice Way**<br>**Scottsdale, AZ 85254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **8076** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|
| | **Mimi Zani**<br>**PO Box 1258**<br>**Tempe, AZ 85280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **9483** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,741.35 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|------------|
| | **MJ Claydon**<br>**40525 N Union Trail**<br>**Anthem, AZ 85086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **8126** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.30 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Murray Goldberg**<br>**10411 E Morning Vista Lane**<br>**Scottsdale, AZ 85262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **8137** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $614.40 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|
| | **Nadine Hinkeldey**<br>**10451W Palmeros Drive Suite 252W**<br>**Sun City, AZ 85373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Consignment Contract** | |
| | Last 4 digits of account number **0185** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 42 of 62

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address**<br>**Nancy O'Connor**<br>**983 W Palma de Pina**<br>**Tucson, AZ 85704** | As of the petition filing date, the claim is: *Check all that apply.*        **$10,007.20**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0201** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.270 | **Nonpriority creditor's name and mailing address**<br>**Naomi Thompson**<br>**1825 W. Emelita Ave #240**<br>**Mesa, AZ 85202** | As of the petition filing date, the claim is: *Check all that apply.*        **$2,396.70**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0080** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.271 | **Nonpriority creditor's name and mailing address**<br>**Nathan Crary**<br>**85 S. Pepperwood Pl.**<br>**Chandler, AZ 85226** | As of the petition filing date, the claim is: *Check all that apply.*        **$26.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0108** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>**National Pen Co. LLC**<br>**PO Box 847203**<br>**Dallas, TX 75284** | As of the petition filing date, the claim is: *Check all that apply.*        **$480.90**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Reed**<br>**3644 W. Monona Dr.**<br>**Glendale, AZ 85308** | As of the petition filing date, the claim is: *Check all that apply.*        **$18.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **8060** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>**Nick (Dominic) Battaglia**<br>**10268 W Sands Drive #Lot 486**<br>**Peoria, AZ 85383** | As of the petition filing date, the claim is: *Check all that apply.*        **$2,183.35**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **8147** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.275 | **Nonpriority creditor's name and mailing address**<br>**Nick Daugherty**<br>**267 E. Riversedge Dr**<br>**Eagle, ID 83616** | As of the petition filing date, the claim is: *Check all that apply.*        **$7,042.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **3984** | Basis for the claim:  **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case 2:19-bk-02843-SHG     Doc 106     Filed 05/14/19     Entered 05/14/19 14:41:57     Desc
Main Document      Page 43 of 62

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.45** |
|---|---|---|---|

**Nicole Collinet**
707 W. McKenzie Dr
Phoenix, AZ 85013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **8073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,246.00** |
|---|---|---|---|

**Nils  Standsbury**
3031 N. Civic Center Plaza #126
Scottsdale, AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **2024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,365.00** |
|---|---|---|---|

**Noah Williams**
2250 NW 114th Ave, Unit 1P
Miami, FL 33192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,253.04** |
|---|---|---|---|

**Pacific Office Automation**
P O Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **7376**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,345.36** |
|---|---|---|---|

**Pacific Office Automation**
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **5642**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,121.00** |
|---|---|---|---|

**Pam Riley**
26723 N 90th Ln
Peoria, AZ 85383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,774.80** |
|---|---|---|---|

**Pamela  Kecskemety**
11127 E Desert Troon Lane
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consignment Contract**

Last 4 digits of account number  **0191**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document        Page 44 of 62

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,921.40 |
|---|---|---|---|

**Pamela Morrison**
848 W Kiowa Avenue
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0207**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.10 |
|---|---|---|---|

**Pamela Ehlers**
7476 W Parasio Drive
Glendale, AZ 85310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5788**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.50 |
|---|---|---|---|

**Pamela Johnson**
13726 W. Port Royale Ln
Surprise, AZ 85379-8390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0010**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,845.60 |
|---|---|---|---|

**Patricia Danahy**
19700 N. 76th Street #1190
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0021**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.90 |
|---|---|---|---|

**Patricia Carriuolo**
2701 E Utopia, #124
Phoenix, AZ 85050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0058**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.40 |
|---|---|---|---|

**Paul Butler**
2407 W. Orangewood, Apt. Z
Phoenix, AZ 85021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8029**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.75 |
|---|---|---|---|

**Paul Sanchez**
4805 E. Hazel Dr. #1
Phoenix, AZ 85044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0064**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290**

Nonpriority creditor's name and mailing address
Peter Held
966 N Bradley Drive
Chandler, AZ 85226

Date(s) debt was incurred __

Last 4 digits of account number **5785**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

$1,037.25

---

**3.291**

Nonpriority creditor's name and mailing address
Phoenix Police Department
City of Phoenix, AZ ATTN: Alarm Permit R
Phoenix, AZ 85038-9117

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **False Alarm**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.292**

Nonpriority creditor's name and mailing address
Phyllis Shostack
14000 N 94 Street Apt. 2091
Scottsdale, AZ 85260

Date(s) debt was incurred __

Last 4 digits of account number **3191**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

$8,511.70

---

**3.293**

Nonpriority creditor's name and mailing address
Preston T Hill
3120 N. Cherry Lane
Camp Verde, AZ 85322

Date(s) debt was incurred __

Last 4 digits of account number **7669**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

$222.30

---

**3.294**

Nonpriority creditor's name and mailing address
Price Kong & Co
5300 N Central Avenue, Suite 200
Phoenix, AZ 85012

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,343.26

---

**3.295**

Nonpriority creditor's name and mailing address
Quarnig  Dorian
3901 E. Pinnacle Peak Road  Lot #169
Phoenix, AZ 85050

Date(s) debt was incurred __

Last 4 digits of account number **5810**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

$21.75

---

**3.296**

Nonpriority creditor's name and mailing address
Quest Software
4 Polaris Way
Mount Aukum, CA 95656

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$523.45

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.00 |
|---|---|---|---|

**Raymond Bates**
**11637 N. 21st Drive**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0052**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,195.65 |
|---|---|---|---|

**Raymond Dankel**
**8110 E Del Tiburon Dr.**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3777**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.80 |
|---|---|---|---|

**Rebecca  Maltenfort**
**12123 E Chama Road**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0202**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,749.39 |
|---|---|---|---|

**Relentless Accountability**
**18841 N 94th Way**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.50 |
|---|---|---|---|

**Rex Kidder**
**11653 N. 129th Way**
**Scottsdale, Az 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0051**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard  Lee Aguilar**
**4558 W. Palo Verde Drive**
**Glendale, AZ 85301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **7655**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.45 |
|---|---|---|---|

**Richard Becker**
**2291 Lockwood Drive**
**Lakeside, AZ 85929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **7662**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document        Page 47 of 62

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.00 |
|---|---|---|---|

**Richard F Nelson**
16450 W. Van Buren St. Apt 1049
Goodyear, AZ 85338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0034**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,886.10 |
|---|---|---|---|

**Richard Hagen**
2028 E. River Rd. Unit 100
Tucson, AZ 85718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0110**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,371.00 |
|---|---|---|---|

**Richard Reb**
33449 N 74th Way
Scottsdale, AZ 85266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3429**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,548.80 |
|---|---|---|---|

**Rick Orr**
PO Box 4031
Scottsdale, AZ 85261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3073**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.40 |
|---|---|---|---|

**Robert Davis**
7238 E Maverick Rd
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0061**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.50 |
|---|---|---|---|

**Robert Estabrook**
10859 E Tierra Drive
Scottsdale, AZ 85259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0005**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.50 |
|---|---|---|---|

**Robert Rumple**
3840 E. Harmony Ave.
Mesa, AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7541**

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 48 of 62

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.25 |
|---|---|---|---|
| | **Robert Shepard**<br>**26445 S Saddletree**<br>**Sun Lakes, AZ 85248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7706** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,068.00 |
|---|---|---|---|
| | **Robert Strander**<br>**PO Box 1**<br>**Arlington, AZ 85322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0142** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.95 |
|---|---|---|---|
| | **Robin Hanson**<br>**2127 E Mead Place**<br>**Chandler, AZ 85249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8168** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,492.60 |
|---|---|---|---|
| | **Roger Nelson**<br>**23005 N 74th Street, #3018**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0060** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.15 |
|---|---|---|---|
| | **Ron Spratling**<br>**10469 N 99th St**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0070** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.00 |
|---|---|---|---|
| | **Ronald E. Frank**<br>**6705 Cypress Hollow**<br>**Edmond, OK 73034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3396** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,598.25 |
|---|---|---|---|
| | **Ruby Elam**<br>**120 N. Val Vista Drive Lot 91**<br>**Mesa, AZ 85213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5796** | Basis for the claim: **Consignment Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.75 |
|---|---|---|---|

**Russ Russo**
**4400 N Scottsdale Road 9-848**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **0033**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.75 |
|---|---|---|---|

**Ryan  Lodge**
**PO Box 1583**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **0145**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.00 |
|---|---|---|---|

**Ryan Mapes**
**3242 E. Camelback Rd.**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **0039**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.30 |
|---|---|---|---|

**Ryan Scalise**
**4136 E Glenrosa Av**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **5818**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,070.00 |
|---|---|---|---|

**Sadie  Smith**
**5817 E. Cochise Road**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **3789**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.15 |
|---|---|---|---|

**Sal  Palermo**
**PO Box 117**
**Meyer, AZ 86333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **0039**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.30 |
|---|---|---|---|

**Sandy Jez**
**N 4402 County Rd E**
**Bruce, WI 54819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Consignment Contract**

Last 4 digits of account number  **0171**

Is the claim subject to offset? ■ No  ☐ Yes

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 50 of 62

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
|---|---|---|---|
| | **Sarah Glenn**<br>**3754 E. Vallejo Dr.**<br>**Gilbert, AZ 85298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0053** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,006.50** |
|---|---|---|---|
| | **Sarah Maresco**<br>**901 W Vista Av**<br>**Phoenix, AZ 85021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5766** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,874.00** |
|---|---|---|---|
| | **Scott Hopson**<br>**18602 N Summerbreeze Way**<br>**Surprise, AZ 85374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3188** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$489.60** |
|---|---|---|---|
| | **Scott Jones**<br>**9741 Gava Dr**<br>**El Paso, TX 79927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3367** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.90** |
|---|---|---|---|
| | **Scott Thibodeau**<br>**7921 E Nopal**<br>**Mesa, AZ 85209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7713** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.29** |
|---|---|---|---|
| | **ScreenVision**<br>**PO Box 3835**<br>**New York, NY 10008-3835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.75** |
|---|---|---|---|
| | **Shah Sahak**<br>**27363 N. 88th Lane**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7684** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document     Page 51 of 62

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,301.35 |
|---|---|---|---|

**Shantel Parks**
**13931 E Rancho Del Oro Drive**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _
Last 4 digits of account number **0168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,839.85 |
|---|---|---|---|

**Shawn O'Connor**
**6633 E. Lone Mountain Rd**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _
Last 4 digits of account number **5765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,274.70 |
|---|---|---|---|

**Shelly Asher**
**7650 E Williams Dr #1056**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _
Last 4 digits of account number **0011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.85 |
|---|---|---|---|

**Sherrill Sandell**
**660 Saguaro Way**
**Mesa, AZ 85208**

Date(s) debt was incurred _
Last 4 digits of account number **7702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.00 |
|---|---|---|---|

**Sheryl Hopkins**
**26621 S. Cloverland Dr.**
**Sun Lakes, AZ 85248**

Date(s) debt was incurred _
Last 4 digits of account number **7522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.65 |
|---|---|---|---|

**Shlomy Levertov**
**2136 E. Nicolet Avenue**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number **7673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,800.70 |
|---|---|---|---|

**Sima Madison**
**7351 E. Speedway Blvd. , APT # : 21 H**
**Tucson, AZ 85710**

Date(s) debt was incurred _
Last 4 digits of account number **3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248,000.00** |
|---|---|---|---|

**Sima Madison**
**7351 E. Speedway Blvd. , APT # :  21 H**
**Tucson, AZ 85710**

Date(s) debt was incurred  **4/25/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Small Business CRM Coach**
**548 S Alkire St**
**Lakewood, CO 80228-2504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**Sol Epstein**
**9263 E. Karen Drive**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number  **7667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.72** |
|---|---|---|---|

**Sparkletts - 2978 HUB**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.00** |
|---|---|---|---|

**Stephanie Wisniewki**
**10655 Pivitol Av**
**Mesa, AZ 85212**

Date(s) debt was incurred __

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.70** |
|---|---|---|---|

**Stephen Acreman**
**1042 N Higley Rd., #102-411**
**Mesa, AZ 85205**

Date(s) debt was incurred __

Last 4 digits of account number  **0156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.75** |
|---|---|---|---|

**Stephen Lawrence**
**Pawn First 9825 N Metro Parkway E**
**Phoenix, AZ 85051**

Date(s) debt was incurred __

Last 4 digits of account number  **3425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.25 |
|---|---|---|---|
| | **Stephen Marmon**<br>**7762 E Foxmore Ln**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __5812__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.60 |
|---|---|---|---|
| | **Steve Ruth**<br>**601 South Main Street**<br>**Sellersville, PA 18960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __3081__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.25 |
|---|---|---|---|
| | **Steve Sanchez**<br>**Hearts of Stone 5120 N. 42nd Pl.**<br>**Phoenix, AZ 85018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __5011__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.05 |
|---|---|---|---|
| | **Steve Schwartz**<br>**3901 E Pinnacle Peak Rd., Lot 52**<br>**Phoenix, AZ 85050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __0089__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,988.60 |
|---|---|---|---|
| | **Steve Wong**<br>**4436 E. Redwood Ln.**<br>**Phoenix, AZ 85048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __0034__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.60 |
|---|---|---|---|
| | **Steven Ruth**<br>**601 S Main St**<br>**Sellersville, PA 18960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __3081__ | Basis for the claim:  __Consignment Contract__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Straight North**<br>**1001 W 31st St. Suite 100**<br>**Downers Grove, IL 60515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,849.30 |
|---|---|---|---|

**Stuart Finn**
7735 E. Windrose Drive
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0036__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.10 |
|---|---|---|---|

**Stuart Boykoff**
7419 E Cactus Wren Road
Scottsdale, AZ 85250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7668__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.05 |
|---|---|---|---|

**Suniya Luthar**
1545 E Jeanine Drive
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8151__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.50 |
|---|---|---|---|

**Susan Assadi**
1709 Foster Ave #2
Brooklyn, NY 11230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5806__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.15 |
|---|---|---|---|

**Susan Cousino**
8840 E Sunland Ave #169
Mesa, AZ 85208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7661__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.25 |
|---|---|---|---|

**Susan Gurniak**
324 N 110th St
Apache Junction, AZ 85120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5825__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,849.20 |
|---|---|---|---|

**Susan Kingsbury**
10423 E Tillman Ave
Mesa, AZ 85212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0154__

Basis for the claim:  __Consignment Contract__

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.360**

Nonpriority creditor's name and mailing address
**Susan Sackett**
**7390 E. Milton Drive**
**Scottsdale, AZ 85266**

Date(s) debt was incurred _

Last 4 digits of account number **7659**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$306.50**

---

**3.361**

Nonpriority creditor's name and mailing address
**Susan Waldbaum**
**7840 E Camelback Rd., #309**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number **5832**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.50**

---

**3.362**

Nonpriority creditor's name and mailing address
**Sydni Satterlund**
**3920 W Glenaire Drive**
**Phoenix, AZ 85053**

Date(s) debt was incurred _

Last 4 digits of account number **5759**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$263.25**

---

**3.363**

Nonpriority creditor's name and mailing address
**TD Auto Finance**
**PO Box 9223**
**Farmington, MI 48333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,592.62**

---

**3.364**

Nonpriority creditor's name and mailing address
**Teen Challenge of AZ**
**C/O Patrick Knight 1515 W. Grand Ave.**
**Phoenix, AZ 85007**

Date(s) debt was incurred _

Last 4 digits of account number **0043**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$100.40**

---

**3.365**

Nonpriority creditor's name and mailing address
**Teltech Networks Inc**
**810 E Hammond Lane**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ☐ No ☐ Yes

**$968.71**

---

**3.366**

Nonpriority creditor's name and mailing address
**Terry Kane**
**11736 E. Aribian Park Dr.**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number **7679**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$41.85**

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Terry Maust**
**11530 W. Gnatcatcher Ln**
**Surprise, AZ 85378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$254.80** |
|---|---|---|---|

**Terry Work**
**26125 N. 116th #12**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3389**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,386.75** |
|---|---|---|---|

**Thomas Charles Editions, LLC**
**42302 N Vision Way  Suite 105**
**Phoenix, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5815**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.80** |
|---|---|---|---|

**Thomas Neel**
**579 Fir Street**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5667**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,024.80** |
|---|---|---|---|

**Tim Dickerson**
**Estate of Billie Jo Dickerson**
**4536 S. Sauk Ave**
**Siera Vista, AZ 85650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3183**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$307.45** |
|---|---|---|---|

**Tim Most**
**5540 E. Main St.**
**Mesa, AZ 85205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7542**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Price**
**3605 W Osborn #114**
**Phoenix, AZ 85019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8121**

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.05 |
|---|---|---|---|

**Todd Temple**
4715 W. Annette Cir.
Glendale, AZ 85308

Date(s) debt was incurred _
Last 4 digits of account number **8104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $931.20 |
|---|---|---|---|

**Tom  Milligan**
1725 E La Montana Drive
Fountain Hills, AZ 85268

Date(s) debt was incurred _
Last 4 digits of account number **8144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,983.40 |
|---|---|---|---|

**Tom  Pekar**
503 McKeever #1517
Arcola, TX 77583

Date(s) debt was incurred _
Last 4 digits of account number **0043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.75 |
|---|---|---|---|

**Tom Knott**
5618 N. 12th St.
Phoenix, AZ 85014

Date(s) debt was incurred _
Last 4 digits of account number **3444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.75 |
|---|---|---|---|

**Tom Scott**
13416 N. Cave Creek Rd.
Phoenix, AZ 85022

Date(s) debt was incurred _
Last 4 digits of account number **0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Tony  Den Boer**
10978 E. Southwind Lane
Scottsdale, AZ 85262

Date(s) debt was incurred _
Last 4 digits of account number **7693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,172.50 |
|---|---|---|---|

**Tony Hill**
710 Treasure Dr.
Pittsburg, CA 94646

Date(s) debt was incurred _
Last 4 digits of account number **8034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,803.30 |
| --- | --- | --- | --- |
| | **Tony Szmerei**<br>**2926 W. Maddock Rd.**<br>**Phoenix, AZ 85086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5800** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.20 |
| --- | --- | --- | --- |
| | **Tracy Slaughter**<br>**1420 Dexter Ridge Drive**<br>**Holly Springs, NC 27540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0189** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.55 |
| --- | --- | --- | --- |
| | **Trish Rogers**<br>**16046 N. 113th Way**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0205** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
| --- | --- | --- | --- |
| | **Ty Woodward**<br>**2323 N Central, #1902**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8164** | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.43 |
| --- | --- | --- | --- |
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Consignment Contract**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,750.29 |
| --- | --- | --- | --- |
| | **US Bank**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7157** | Basis for the claim: **Credit card purchases - 7157 & 5759**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,595.09 |
| --- | --- | --- | --- |
| | **US Bank**<br>**P.O. Box 9672**<br>**Saint Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9672** | Basis for the claim: **Credit card purchases - 9672 & 0986**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **V. Hernandez Landscaping**<br>**PO Box 43453**<br>**Phoenix, AZ 85080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** Services | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,168.00** |
|---|---|---|---|
| | **Vern Otto**<br>**14732 W. Buttonwood Drive**<br>**Sun City West, AZ 85375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  0197** | **Basis for the claim:** Consignment Contract | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|
| | **Virginia Webb**<br>**30311 N. 130th Glen**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  3447** | **Basis for the claim:** Consignment Contract | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.00** |
|---|---|---|---|
| | **Waste Management**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  3002** | **Basis for the claim:** Utility | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,987.03** |
|---|---|---|---|
| | **Wells Fargo**<br>**P.O. Box 51193**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  7198** | **Basis for the claim:** Credit card purchases - 3 LOCs:<br>7198 - $3049.60<br>7206 - $937.43<br>7214 - $1000 | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.50** |
|---|---|---|---|
| | **Wendy Herbal**<br>**121 W. Maripose**<br>**San Clemente, CA 92672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  8134** | **Basis for the claim:** Consignment Contract | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.65** |
|---|---|---|---|
| | **William Contreras**<br>**8210 S Jenna Kane**<br>**Laveen, AZ 85339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number  8133** | **Basis for the claim:** Consignment Contract | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,496.60 |
|---|---|---|---|

**3.395**

Nonpriority creditor's name and mailing address
**William Erickson**
**1694 W Glendale AV, #549**
**Phoenix, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number  **0054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$5,496.60**

---

**3.396**

Nonpriority creditor's name and mailing address
**William Friedman**
**31 E. San Miguel Ave.**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number  **5715**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$162.50**

---

**3.397**

Nonpriority creditor's name and mailing address
**William Gosney**
**9 W. Pepper Pl.**
**Mesa, AZ 85201**

Date(s) debt was incurred _

Last 4 digits of account number  **3410**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.00**

---

**3.398**

Nonpriority creditor's name and mailing address
**William Hall**
**12059 E. Laurel Ln.**
**Scottsdale, AZ 85259**

Date(s) debt was incurred _

Last 4 digits of account number  **5660**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$402.85**

---

**3.399**

Nonpriority creditor's name and mailing address
**William Helton**
**431 N. Red Rock St.**
**Gilbert, AZ 85234**

Date(s) debt was incurred _

Last 4 digits of account number  **8083**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$487.20**

---

**3.400**

Nonpriority creditor's name and mailing address
**Yoni Kalusky**
**5082 E. Hampden Ave. #162**
**Denver, CO 80222**

Date(s) debt was incurred _

Last 4 digits of account number  **3379**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consignment Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$2,142.85**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355-0701** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Capital One**<br>PO Box 71083<br>Charlotte, NC 28272 | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Danielle Rovinsky**<br>c/o Perkins Coie/ Attn: Jordan Kroop<br>2901 N Central Ave Ste 2000<br>Phoenix, AZ 85012-2740 | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Donovan's Steak & Chop House**<br>c/o Christopher N. Wollan<br>5315 Avenida Encinas, Suite 250<br>Carlsbad, CA 92008 | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Gary Robinson**<br>4820 Leonard Street<br>Cape Coral, FL 33904 | Line **3.129**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Linda Fry**<br>903 S. 261st Place<br>Seattle, WA 98198 | Line **3.230**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Sadie  Smith**<br>4201 E Marlette Ave<br>Paradise Valley, AZ 85253 | Line **3.322**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Stephen Marmon**<br>540 Dylan Dr<br>Carmel, IN 46032 | Line **3.346**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Straight North/ Attn: Eric Bates**<br>c/o Alexander, Miller & Assoc<br>7710-T Cherry Park Dr, Suite # 120, Hous<br>Houston, TX 77095 | Line **3.352**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **US Bank**<br>P.O. Box 790179<br>Saint Louis, MO 63179 | Line **3.386**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 79,446.52 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,726,647.69 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 1,806,094.21 |

Case 2:19-bk-02843-SHG    Doc 106    Filed 05/14/19    Entered 05/14/19 14:41:57    Desc
Main Document    Page 62 of 62