ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2616
Email: Renee.s.Shamblin@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>J. LEVINE AUCTION & APPRAISAL LLC,<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:19-BK-02843-SHG<br><br>**MOTION FOR EXPEDITED HEARING ON UNITED STATES TRUSTEE'S EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE; OR ALTERNATIVELY, TO CONVERT CASE TO CHAPTER 7** |

Pursuant to Local Rule 9013-1(h), the United States Trustee for the District of Arizona ("UST") by and through the undersigned attorney and in accordance with the administrative duties set forth in 28 U.S.C. § 586(a), hereby respectfully moves this Court for expedited consideration of the "*Emergency Motion to Appoint Chapter 11 Trustee; or Alternatively, to Convert Case to Chapter 7*," filed with the Court on June 12, 2019 (the "Motion"). As set forth in the Motion, there are serious concerns about the ability of current management to continue in possession of the Debtor.

WHEREFORE, the UST respectfully requests this Court set a hearing on the Motion on an expedited basis, to occur as soon as reasonably practical as determined by the Court, on any day but June 21, June 24, or June 25, 2019.

1  RESPECTFULLY SUBMITTED this 12th day of June, 2019.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

 /s/ RSS (#017473)
RENEE SANDLER SHAMBLIN
Trial Attorney

Copy of the foregoing served
via electronic mail this 12th day of June, 2019 to:

Wesley D. Ray
Michael Galen
Sacks Tierney, P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ  85251-3693
Email:  Wesley.Ray@sackstierney.com
        Michael.Galen@sackstierney.com
Counsel for the Debtor


/s/ Christopher Stewart