# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>J. LEVINE AUCTION<br>& APPRAISAL LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No.: 2:19-bk-02843-SHG<br><br>**ORDER APPROVING, AS MODIFIED, THE FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY SACKS TIERNEY P.A. AS COUNSEL FOR DEBTOR** |

This matter having come before the Court upon the *Final Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred by Sacks Tierney P.A. as Counsel for Debtor* (the "Final Application," Dkt. # 195) filed by Sacks Tierney P.A. ("Applicant"), and objections to the Final Application having been filed by the United States Trustee ("UST"), Ms. Jennifer Schenk (Wahlberg), Mr. John A. Cauldron, Ms. Janice Compton, and the State of Arizona *ex re.* Arizona Department of Revenue (collectively, the "Objections"), and the Court having conducted a hearing on the Final Application and the Objections on September 11, 2019 (the "Hearing"), and upon the stipulation of Applicant and the UST as evidenced by their respective signatures below, and with good cause otherwise appearing,

IT IS HEREBY FOUND, CONCLUDED, AND ORDERED AS FOLLOWS:

1. Notice of the Final Application and the Hearing were full and proper.

2. The Final Application is approved on the terms and conditions set forth in this Order.

3. To the extent they are not resolved by the terms of this Order, the Objections are overruled.

4. Applicant is hereby allowed an administrative expense claim, pursuant to 11 U.S.C. §§ 330, 503(b)(2), in the amount of $25,000 (the "Admin Claim").

5. Applicant is hereby authorized to apply any remaining pre-petition retainer in its possession toward satisfaction of the Admin Claim.

6. Applicant is hereby granted an allowed unsecured claim in the amount of $15,000, which will be paid in equal priority, although not *pro rata*, with general unsecured claims (*i.e.* if, and when, funds are distributed to unsecured creditors, half of the amount being distributed will be paid to Applicant, until Applicant has received the total sum of $15,000).

7. Applicant has waived, and is not entitled to receive any payment on account of the Application in excess of what is provided for herein.

**ORDERED, SIGNED, AND DATED ABOVE.**

AGREED AND APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| ILENE J. LASHINSKY<br>United States Trustee<br>District of Arizona | SACKS TIERNEY P.A. |
| /s/ Renee Sandler Shamblin<br>Renee Sandler Shamblin<br>Trial Attorney | /s/ Wesley D. Ray<br>Wesley D. Ray<br>Former Attorneys for Debtor |