**Guttilla Murphy Anderson**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 11 Trustee Peter S. Davis

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>J. LEVINE AUCTION & APPRAISAL LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-02843-SHG<br><br>**NOTICE OF FILING APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE CHAPTER 11 TRUSTEE**<br>**-and-**<br>**APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY CHAPTER 11 TRUSTEE** |

**NOTICE IS HEREBY GIVEN** that the *Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Chapter 11 Trustee* and *Application for Compensation of Fees and Reimbursement of Costs by Chapter 11 Trustee* ("Application"), was filed by Guttilla Murphy Anderson ("GMA"), counsel for Peter S. Davis (former "Chapter 11 Trustee"). The Application covers the period from June 28, 2019 through August 7, 2019 and requests approval of:

a. GMA's fees in the amount of $14,430.90 and reimbursement of costs advanced in the amount of $417.40, and
b. Former Chapter 11 Trustee's fees in the amount of $44,457.00 and reimbursement of costs advanced in the amount of $196.37.

A copy of the Application may be obtained from GMA upon request.

**ANY OBJECTIONS** to the Application shall be filed with the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706 within 21 days of service of this Notice and a copy of said objection shall be served upon counsel for the former Chapter 11 Trustee, Dawn M. Maguire, Guttilla Murphy Anderson, at 5415 East High Street, Suite 200, Phoenix, AZ 85054. If a party in interest timely objects to the Application, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objecting and the parties in interest will receive notice of the hearing on the objection. If there is no timely written objection, no hearing will be held and the court may enter an order approving the Application.

DATED: August 5, 2020

**GUTTILLA MURPHY ANDERSON, P.C.**

/s/ *Dawn M. Maguire*
Dawn M. Maguire
Attorneys for the Trustee

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300